Filed: 1/21/2026 3:29 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 110314115
By: Marissa Medina
1/22/2026 9:09 AM

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR | § § § | IN THE DISTRICT COURT |
| | § | Galveston County - 122nd District Court |
| *Plaintiffs,* | § § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER | § § § | |
| | § | |
| *Defendants.* | § | GALVESTON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiffs, Rachel Snow and Robert Snow A.N.F. of S.S., a minor ("Plaintiffs"), and files this Original Petition, complaining of and about Airbnb, Inc., Sarah Fiehler, and Nicholas Fiehler ("Defendants"), and for cause of action would show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

1.      Plaintiffs intend to conduct discovery under Discovery Level 3, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure. Pursuant to the Texas Rules of Civil Procedure 194.2, Defendants' initial disclosures are required to be made within thirty (30) days after the filing of the first answer or general appearance, unless a different time is set by the parties' agreement or Court order. Tex. R. Civ. P. 194.2.

### II.
### PARTIES

2.      Plaintiff, Rachel Snow, is a resident of Tarrant County, Texas.

EXHIBIT
A

Status Conference 04/23/2026

Copy from re:SearchTX

3.      Plaintiff, Robert Snow, is a resident of Tarrant County, Texas.

4.      Defendant, Airbnb, Inc., is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in San Francisco, California. Defendant conducts business in the State of Texas by, among other things, operating an online marketplace that facilitates short-term lodging transactions involving Texas properties, contracting with Texas residents and property owners, advertising and soliciting Texas consumers, processing payments arising from Texas transactions, and collecting fees in Texas. Defendant Airbnb, Inc., has failed to appoint or maintain a registered agent for service of process in the State of Texas, or its registered agent cannot with reasonable diligence be found. Accordingly, pursuant to Texas Business Organizations Code §§ 5.251 and 5.252 and Texas Civil Practice & Remedies Code § 17.044(b), Defendant is deemed to have appointed the Texas Secretary of State as its agent for service of process in this action. **Plaintiffs therefore request that service be effected upon Defendant Airbnb, Inc., through the Texas Secretary of State.**

5.      Defendant, Sarah Fiehler, is an individual residing in, Texas who may be served at their place of residence located at **963 S. Cove Crystal Beach, Texas 77650** or wherever else they may be found. **Issuance of citation is requested at this time.**

6.      Defendant, Nicholas Fiehler, is an individual residing in, Texas who may be served at their place of residence located at **963 S. Cove Crystal Beach, Texas 77650** or wherever else they may be found. **Issuance of citation is requested at this time.**

**III.**
**JURISDICTION**

7.      Jurisdiction in this Court is proper as the amount in controversy exceeds the minimal jurisdictional limits of this Court.

---

**PLAINTIFFS' ORIGINAL PETITION – Page 2**

Copy from re:SearchTX

## IV.
## VENUE

8.      Venue is proper in Galveston County, Texas as it is the county Defendant resided at the time of the cause of action accrued or in which all or a substantial part of the events or omissions giving rise to the claim occurred.

## V.
## STATEMENT OF FACTS

9.      On or about Thursday, August 15, 2024, Plaintiffs, along with their two minor daughters, accompanied close friends for a family vacation in Galveston, Texas. At that time, S.S. was 4 years old. Plaintiffs booked a trip for the property located at 963 S. Cove Dr., Crystal Beach, TX 77650 (the "Property").

10.      The trip was booked with Defendant Airbnb, Inc. ("Airbnb") under the name of Sarah "Katie" Griffin (confirmation #HMC92ZZCZQ) and the property owners, Defendants Nicholas Fiehler and Sarah Fiehler ("Fiehler Defendant"), were notified of all guests including their names and ages. The Property was booked through for August 15, 2024 to August 19, 2024.

11.      Unfortunately, though, on or about Sunday, August 18, 2024, around 8:30 a.m. (CST), Plaintiffs' relaxing vacation was dramatically cut short. That morning, Plaintiffs went downstairs to go outside and enjoy the morning of their last full day of vacation together. In the backyard of the Property, an area provided for guest use, there was a sitting area with multiple chairs arranged around a metal coffee table containing a firepit.

12.      As S.S. sat down, in a normal and expected manner, the chair suddenly became unstable and tipped forward, lifting the rear legs off the ground, causing S.S. to fall forward and smash the front of her face against the metal coffee table in front of the chair. As Plaintiffs looked

**PLAINTIFFS' ORIGINAL PETITION – Page 3**

Copy from re:SearchTX

further at the subject chair, after the incident, they found the bottom, which is supposed to keep the chair secure to the ground, warped, bent, and not as originally designed.



13.     That unfortunate morning, S.S. launched face first so hard into the coffee table that her front teeth left indentions in the metal coffee table.



**PLAINTIFFS' ORIGINAL PETITION – Page 4**

Copy from re:SearchTX

14.     Immediately following the fall resulting from the chair, S.S. began screaming intensely as blood was pouring out of her mouth. Plaintiffs first brought S.S. upstairs to get a better view of the injury and to determine its extent. As soon as Plaintiffs opened S.S.'s mouth, they observed that her front teeth had been forcibly displaced and were dangling from her gums. After this unfortunate discovery, Plaintiffs quickly packed their items to find emergency care for S.S.

## VI.
## CAUSE OF ACTION

**A.     Negligence and Negligence Per Se – All Defendants**

15.     All preceding and succeeding paragraphs are incorporated herein by reference.

16.     Defendants owed Plaintiffs a duty to keep the Property reasonably safe condition.

17.     Defendants breached this duty by:

    a.  Failing to inspect outdoor furniture;
    b.  Allowing warped/bent furniture to remain in use;
    c.  Failing to remove or warn about unsafe seating; and
    d.  Failing to account for foreseeable use by children guests.

18.     Defendants further violated lodging safety regulations or local codes requiring safe rental properties.

19.     Defendants' breaches caused S.S.'s injuries described herein.

**B.     Premises Liability – All Defendants**

20.     All preceding and succeeding paragraphs are incorporated herein by reference.

21.     Plaintiffs and their minor child were invitees lawfully on the Property for a paid vacation stay. Defendants owed a duty to inspect, make safe, or warn of unreasonably dangerous conditions. The defective, warped, and unstable chair constituted an unreasonably dangerous condition. The condition was not open and obvious, especially to a four-year-old child. Defendants

Copy from re:SearchTX

knew or should have known of the defect through reasonable inspection. Failure to repair or remove the chair was a proximate cause of S.S.'s injuries.

### C.    Negligent Activity – All Defendants

22.    All preceding and succeeding paragraphs are incorporated herein by reference.

23.    Defendants' ongoing activity of furnishing and offering unsafe seating to guests constitutes negligent activity distinct from a static premises condition. The injury occurred contemporaneously with the use of the defective chair provided by Defendants.

### D.    Gross Negligence – All Defendants

24.    All preceding and succeeding paragraphs are incorporated herein by reference.

25.    The chair's condition was objectively dangerous and posed an extreme risk of serious injury. Defendants proceeded with conscious indifference to guest safety by leaving defective furniture in place.

### E.    Negligent Misrepresentation – All Defendants

26.    All preceding and succeeding paragraphs are incorporated herein by reference.

27.    Defendants, in the course of its business, represented that the Property was safe and suitable for guest use. Defendants failed to exercise reasonable care in communicating that information, as the outdoor chair provided at the Property was warped, bent, and unstable, rendering it unsafe for its intended use.

28.    Plaintiffs justifiably relied on Defendants' representations in booking and occupying the Property. Defendants' misrepresentations were a proximate cause of the injuries and damages suffered by S.S.

### F.    Texas Deceptive Trade Practices Act

29.    All preceding and succeeding paragraphs are incorporated herein by reference.

---

**PLAINTIFFS' ORIGINAL PETITION – Page 6**

Copy from re:SearchTX

30.     Plaintiffs are consumers under the Texas Deceptive Trade Practices Act. Defendants engaged in false, misleading, or deceptive acts by representing that the Property and its furnishings were of a particular standard, quality, or safety when they were not, and by failing to disclose the unsafe condition of the outdoor seating.

31.     Defendants' conduct violated Tex. Bus. & Com. Code § 17.46(b). Airbnb's deceptive acts were a producing cause of Plaintiffs' damages. Plaintiffs seek all relief available under the DTPA, including damages, attorneys' fees, and costs.

## VII.
## DAMAGES

32.     As a direct and proximate result of the occurrence made the basis of this lawsuit, and the negligent acts and/or omissions of the Defendants set out above, Plaintiffs suffered serious bodily injuries that resulted in personal physical injuries and damages. Because of the nature of the personal physical injuries sustained by S.S., they are entitled to monetary compensation for damages as set out further below, which have been incurred in the past and, in all reasonable probability, will be sustained in the future.

a.     Reasonable expenses for necessary medical care incurred in the past for the treatment of S.S.'s injuries resulting from the incident complained herein. Such charges are reasonable and were usual and customary charges for such services;

b.     Reasonable expenses of necessary medical care that continues and, in all reasonable probability, S.S. will incur in the future, including the reasonable and necessary expenses for medical care, services, and treatment of her injuries resulting from the incident complained of herein;

c.     Physical pain and mental anguish sustained by the S.S. in the past;

Copy from re:SearchTX

d.      Physical pain and mental anguish that, in reasonable probability, will be sustained by in the future;

e.      Physical impairment sustained by in the past;

f.      Physical impairment that, in reasonable probability, will be sustained by in the future;

g.      Disfigurement sustained by S.S. in the past; and

h.      Disfigurement that, in reasonable probability, S.S. will sustain in the future.

## VIII.
## PRE-JUDGMENT and POST-JUDGMENT INTEREST SOUGHT

33.     Plaintiffs seek pre-judgment and post-judgment interest as allowed by the laws of the State of Texas.

## IX.
## RULE 193.7 NOTICE

34.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby gives actual notice to Defendant that any and all documents produced may be used against the Defendant at any pre-trial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.
## TRCP RULE 47 STATEMENT OF RELIEF SOUGHT

35.     Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs states that they seek monetary relief from $250,000 to $1,000,000, excluding interest, or statutory or punitive damages and penalties, and attorney's fees and costs. Plaintiffs expressly reserve the right to amend this Rule 47 statement of relief if necessary.

Copy from re:SearchTX

## XI.
## JURY DEMAND

36.    Plaintiffs hereby demand a jury trial in connection with this matter pursuant to Texas Rule of Civil Procedure 216, and are paid with the filing of Plaintiffs' Original Petition as payment of the jury.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request that Defendants be cited to appear and answer herein, and upon final hearing of the cause, judgment be entered against Defendantd for Plaintiffs' damages in an amount within the jurisdictional limits of this Court, together with pre-judgment interest from the date of Plaintiffs' injury through the date of judgment at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and for such other and further relief, in law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully Submitted,

**HAVENS LAW, PLLC**

/s/ Christian Havens
**Christian Havens**
Texas Bar No. 24119469
christian@havenslawpllc.com
6301 Gaston Ave., Ste. 1134
Dallas, Texas 75204
P. (214) 614-7080
F. (214) 306-7880

**ATTORNEY FOR PLAINTIFFS**

---

**PLAINTIFFS' ORIGINAL PETITION – Page 9**

Copy from re:SearchTX

# CITATION

**State of Texas**

**RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR
VS. AIRBNB, INC., ET AL**

**Cause No.:  26-CV-0119**

**122nd District Court of Galveston County**

**TO: Airbnb, Inc., upon whom service may be obtained by serving, Texas Secretary of State, 1019 Brazos Street, Austin, TX 78701, who shall then forward a copy to, 888 Brannan Street, San Francisco, CA  94103**

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org..**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **122nd District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **01/21/2026**. It bears cause number **26-CV-0119** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of January, 2026.**

Issued at the request of:
Christian Havens
Havens Law PLLC
6301 Gaston Avenue
Suite 1134
Dallas TX 75204
**SEE ATTACHED STATUS CONFERENCE FORM**
*NOTE: Status Conference set: 04/23/26 at 9:00 A.M.*



**JOHN D. KINARD** ,District Clerk
Galveston County, Texas

By:  *Marissa Medina*

Marissa Medina, Deputy

---

OFFICER/AUTHORIZED RETURN

Came to hand on the _____ day of _____, 20___ at _____ o'clock ___. M. and executed at_____ _____ in _____County, Texas , on the _____ day of _____, 20___ at _____ o'clock ___m, by delivering to____ _____, in person a true copy of this Citation together with the accompanying _____ copy(ies) of the **Original Petition - OCA** attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the _____ day of _____, 20___.

Fee-Serving: _____

Amount: _____

_____
Sheriff/Constable

_____ County, Texas

BY: _____
Authorized Person/Deputy Signature

On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____ 20 _____

_____
Notary Public

**This form has been revised due to the data provided on the OCA Civil Case Information Sheet that is required to be filed with every new suit. The OCA Civil Case Information Sheet is available on our website.**

## The District Courts of Galveston County, Texas Status Conference Notice

### Please calendar this event

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:30 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date: 04/23/2026 set in the 122nd District Court

| Case Number: | 26-CV-0119 |
|---|---|
| **Case Style:  Rachel Snow and Robert Snow A.N.F. of S.S., a minor vs. Airbnb, Inc., Et Al** | |

*Helpful Information: Please visit our website at* http://www.galvestoncountytx.gov/dc

*FAQ*

*Forms*
*Fee Schedules*
*Remote Access to on-line case record searches*
*Contact and Mailing information*
*Passport Services*
*E Filing Information*
*E Juror- online juror registration*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

*JOHN D. KINARD, District Clerk, Galveston County, Texas*
*District Clerk Personnel proudly serving our customers, community, and supporting the Judiciary*

# CITATION

## THE STATE OF TEXAS

RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR
VS. AIRBNB, INC., ET AL

Cause No.: 26-CV-0119

122nd District Court of Galveston County

TO:      Sarah Fiehler
         963 S Cove
         Crystal Beach, TX  77650

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **122nd District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **January 21, 2026**. It bears cause number **26-CV-0119** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of January, 2026.**

Issued at the request of:
Christian Havens
Havens Law PLLC
6301 Gaston Avenue
Suite 1134
Dallas, TX 75204



**John D. Kinard**, District Clerk
Galveston County, Texas

By      Alondra Alvarez, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice | | | | |
|---|---|---|---|---|
| **Please calendar this event** | | | | |
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
| Court Name | Status Conference Time | Court Phone Number | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date :04/23/2026 set in the 122nd District Court - Judge Jeth Jones

## RETURN OF SERVICE

| Case No. 26-CV-0119 | In the 122nd District Court |
|---|---|

**Rachel Snow and Robert Snow A.N.F. of S.S., a minor vs. Airbnb, Inc., Et Al**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:    Sarah Fiehler**
       **963 S Cove**
       **Crystal Beach, TX  77650**

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| **DATE** | **TIME** | **PLACE, COURSE, AND DISTANCE FROM COURT HOUSE** | **MILEAGE** |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

_____

**FEES: Serving CITATION and copy  $_____**

**TOTAL FEES AND MILEAGE $**

**Mileage _____  miles @ $_____ per mile    Total $_____**

Signed on _____day of _____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"**My name is** _____, my date of birth is_____

              **(First)**         **(Middle)**         **(Last)**

**And my address is** _____

           **Street, City, State, Zip, County**

"**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**"

**Executed in** _____ **County, State of** _____, **on** _____.

_____

    **Declarant/Authorized Process Server Signature**

         **ID# and expiration of certification**

# CITATION

**THE STATE OF TEXAS**

**RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR**
**VS. AIRBNB, INC., ET AL**

**Cause No.: 26-CV-0119**

**122nd District Court of Galveston County**

TO:    Nicholas Fiehler
       963 S Cove
       Crystal Beach, TX  77650

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **122nd District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **January 21, 2026**. It bears cause number **26-CV-0119** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of January, 2026.**

Issued at the request of:
Christian Havens
Havens Law PLLC
6301 Gaston Avenue
Suite 1134
Dallas, TX 75204



**John D. Kinard**, District Clerk
Galveston County, Texas

By    Alondra Alvarez, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice Please calendar this event | | |
|---|---|---|
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | |
| Court Name | Status Conference Time | Court Phone Number |
| 10th District Court | @ 9:00 A.M. | 409-766-2230    Fax    409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226    Fax    409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275    Fax    409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266    Fax    409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688    Fax    409-765-2689 |

## Date :04/23/2026 set in the 122nd District Court - Judge Jeth Jones

**RETURN OF SERVICE**

| Case No. 26-CV-0119 | In the 122nd District Court |
|---|---|

**Rachel Snow and Robert Snow A.N.F. of S.S., a minor vs. Airbnb, Inc., Et Al**

Come to hand on _____ at _____ o'clock _____**.**m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:    Nicholas Fiehler**
**963 S Cove**
**Crystal Beach, TX  77650**

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason**:**_____
_____

FEES: Serving CITATION and copy  $_____

**TOTAL FEES AND MILEAGE $**

Mileage _____  miles @ $_____ per mile    Total $_____

Signed on _____day of _____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT**

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"**My name is** _____, my date of birth is_____
                    **(First)            (Middle)            (Last)**

**And my address is** _____
                    **Street, City, State, Zip, County**

"**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**"

**Executed in** _____ **County, State of** _____, **on** _____.

_____
**Declarant/Authorized Process Server Signature**

_____
**ID# and expiration of certification**

**Medina, Marissa**

| | |
|---|---|
| **From:** | Jennie Varnon <jennie@havenslawpllc.com> |
| **Sent:** | Thursday, January 22, 2026 11:08 AM |
| **To:** | Medina, Marissa |
| **Subject:** | [EXTERNAL]Cause No. 26-CV-0119: Forwarding Address for Airbnb, Inc. |

> **CAUTION:** This email is from outside Galveston County's system. Only click links or open attachments if you trust the sender. Suspect phishing? Select **"Report phishing"** in Outlook.

Good morning,

Below is a forwarding address for Airbnb, Inc. in the above referenced cause no.

888 Brannan Street,
San Francisco,
California 94103


Thanks,

Jennie Varnon
*Legal Assistant*

**Havens Law PLLC**
6301 Gaston Ave, Suite 1134
Dallas, Texas 75214
P: 214.614.7080
F: 217.306.7880
E-Mail: jennie@havenslawpllc.com
Website: havenslawpllc.com

1

**Medina, Marissa**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | christian@havenslawpllc.com |
| **Sent:** | Thursday, January 22, 2026 2:46 PM |
| **Subject:** | Relayed: 26-CV-0119 Citation |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

christian@havenslawpllc.com (christian@havenslawpllc.com)

Subject: 26-CV-0119 Citation

Filed: 2/5/2026 1:01 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 110902664
By: Shailja Dixit
2/5/2026 1:05 PM

## CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| VS. | § § | 122ND JUDICIAL DISTRICT |
| AIRBNB, INC., ET AL | § | |
| Defendant. | § | GALVESTON COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on Jan 28, 2026, 4:41 pm,

### CITATION, PLAINTIFFS' ORIGINAL PETITION

and was executed at 400 West 15th Street, Austin, TX 78701 within the county of Travis at 03:14 PM on **Tue, Feb 03 2026**, by delivering a true copy to the within named

**AIRBNB, INC., UPON WHOM SERVICE MAY BE OBTAINED BY SERVING, TEXAS SECRETARY OF STATE**
Accepted by intake specialist Mini Barnhart

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **February 03, 2026.**

_____
**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2026**

## CITATION

### State of Texas

RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR
VS. AIRBNB, INC., ET AL

Cause No.: 26-CV-0119

122nd District Court of Galveston County

TO: Airbnb, Inc., upon whom service may be obtained by serving, Texas Secretary of State, 1019 Brazos Street, Austin, TX 78701, who shall then forward a copy to, 888 Brannan Street, San Francisco, CA 94103

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org..

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **122nd District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **01/21/2026**. It bears cause number **26-CV-0119** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 22nd day of January, 2026.**

Issued at the request of:
Christian Havens
Havens Law PLLC
6301 Gaston Avenue
Suite 1134
Dallas TX 75204
SEE ATTACHED STATUS CONFERENCE FORM
*NOTE: Status Conference set: 04/23/26 at 9:00 A.M.*



JOHN D. KINARD ,District Clerk
Galveston County, Texas

By: *Marissa Medina*

Marissa Medina, Deputy

### OFFICER/AUTHORIZED RETURN

Came to hand on the _____ day of _____, 20___ at _____ o'clock ___. M. and executed at_____
_____ in _____County, Texas , on
the _____ day of _____, 20___ at _____ o'clock ___m, by delivering to_____, in person a true copy of this Citation together with the accompanying _____ copy(ies) of the **Original Petition - OCA** attached thereto and I endorsed on said copy of the Citation the date of delivery. To certify which I affix my hand officially this the _____ day of _____, 20___.

Fee-Serving: _____

Amount:_____

_____
Sheriff/Constable

_____ County, Texas

BY: _____
Authorized Person/Deputy Signature

On this day personally appeared _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being duly sworn by me, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

Sworn to and subscribed before me, on this _____ day of _____ 20 _____

_____
Notary Public

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 110902664
Filing Code Description: Return of Service on Citation/Subpoena
Filing Description: ROS - AIRNB,INC.
Status as of 2/5/2026 1:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Havens | | christian@havenslawpllc.com | 2/5/2026 1:01:17 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/5/2026 1:01:17 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/5/2026 1:01:17 PM | SENT |

Filed: 2/27/2026 2:42 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 111821793
By: Shailja Dixit
2/27/2026 3:00 PM

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| VS. | § § | 122ND JUDICIAL DISTRICT COURT |
| AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER, | § § § | |
| *Defendants.* | § § | GALVESTON COUNTY, TEXAS |

### AIRBNB'S MOTION TO COMPEL ARBITRATION AND STAY THE CASE PENDING ARBITRATION

Plaintiffs Rachel Snow and Robert Snow, as next friends of their minor child, S.S., seek to hold Airbnb, Inc. ("Airbnb") liable for alleged injuries sustained when she allegedly fell out of a patio chair on August 18, 2024 at a property located in Galveston, Texas, that is owned by defendants Sarah Fiehler and Nicholas Fiehler, and over which Airbnb had no ownership, possession, access, or control. There is no legal basis to hold Airbnb liable for this incident. But the Court need not—and indeed, cannot—reach the merits, because Plaintiffs' claims are governed by a binding arbitration agreement under the Federal Arbitration Act ("FAA"). [1]

Plaintiff Rachel Snow consented to Version 14 of the Airbnb Terms of Service (the "Terms") when she created her Airbnb account on August 15, 2024. By agreeing to the Terms, she agreed to the Terms' arbitration agreement, which requires her to arbitrate all disputes against Airbnb, including threshold disputes about arbitrability. *See* Ex. 1, Declaration of Luke Huscher, at ¶¶ 12-17; Ex. 1-A at § 22.4.

---

[1] In the alternative, Airbnb has simultaneously filed a Motion to Dismiss. If the Court grants Airbnb's motion to compel arbitration, the Court need not (and should not) consider the Motion to Dismiss

1

Plaintiffs' traveling companion, Sarah Griffin (the "Booking Guest"), booked the Property via Airbnb's online marketplace. *See* Ex. 1 at ¶ 11; Ex. 1-B. The Booking Guest consented to Version 6 of the Terms when she created her Airbnb account on May 19, 2017. *See* Ex. 1 at ¶ 18-23; Ex. 1-F. The Booking Guest consented to updated Terms on six subsequent occasions. The Booking Guest's most recent consent before S.S.'s alleged injury was to Version 14 of the Terms, to which she consented on April 28, 2024. *See* Ex. 1 at ¶ 24; Ex. 1-B. The Terms to which the Booking Guest agreed likewise contain an arbitration agreement with a delegation clause. *See* Ex. 1-A at § 22.4.

In addition to being bound by Plaintiff Snow's own assent to the Terms, Plaintiffs received the benefit of the Booking Guest's agreement with Airbnb to access the online marketplace and are further bound to arbitrate their claims under principles of direct benefits estoppel. So, too, is their minor child, S.S. The Court should honor the strong federal policy favoring arbitration, compel Plaintiffs to arbitrate their claims, and stay all proceedings in the interim.

## BACKGROUND

Airbnb provides an online marketplace that offers opportunities for individuals seeking to book unique accommodations, known as "Guests," to connect with individuals who wish to offer accommodations, known as "Hosts."[2] *See* Ex. 1 at ¶¶ 2; Ex. 1-A at p. 1. All users must create an

---

[2] As courts have recognized, this means that Airbnb "facilitates the marketplace for property rentals and payment for bookings but is otherwise not involved in the interaction between a host and guest." *Selden v. Airbnb, Inc.*, 4 F.4th 148, 152 (D.C. Cir. 2021). In particular, "Airbnb does not operate the accommodations, set the price, or determine availability" as "[t]hose decisions are made exclusively by a host, who decides whether to rent his property and on what terms." *Selden*, 4 F.4th at 152; Exh. 1, ¶ 2. *Accord Airbnb, Inc. v. City & County of San Francisco*, 217 F. Supp. 3d 1066, 1069 (N.D. Cal. 2016) (noting that "Airbnb does not own, manage or operate any of the host properties, and is not a party to the rental agreements").

Airbnb account and agree to Airbnb's Terms, which constitutes the governing agreement between Airbnb and each user. *See* Ex. 1 at ¶¶ 7-9; Ex. 1-A at p. 1 & § 12.1. Only after consenting to the Terms can a Guest use Airbnb's online marketplace to communicate and contract with a property's Host. *See* Ex. 1 at ¶¶ 7-9; Ex. 1-A at p. 1.

### A. Plaintiff Rachel Snow Agreed to Arbitrate All Disputes with Airbnb.

Plaintiff Rachel Snow created her Airbnb account on August 15, 2024, and consented at that time to Version 14 of the Terms. *See* Ex. 1, ¶¶ 12-17; Ex. 1-C; Ex. 1-D.



In creating her account, Plaintiff Rachel Snow was informed, via conspicuous hyperlink with bold text, that "By selecting **Agree and continue**, I agree to Airbnb's Terms of Service." Plaintiff Rachel Snow affirmatively indicated her consent to the Terms upon completing the sign-up procedure. *See* Ex. 1, ¶¶ 12-17; Ex. 1-B; Ex. 1-D.

The first page of Version 14 of the Terms, to which Plaintiff Rachel Snow agreed, informed her in **bold** typeface that "**Section 22 of these Terms contains an arbitration agreement and class action waiver that apply to all claims brought against Airbnb in the United States. Please read them carefully.**" *See* Ex. 1, ¶ 25, Ex. 1-A at p. 1.

Section 22 then provides, in ALL CAPS, "PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECUSAE THEY PROVIDE THAT YOU AND AIRBNB

AGREE TO RESOLVE ALL DISPTUES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION AND INCLUDE A CLASS ACTION WAIVER AND JURY TRIAL WAIVER." *See* Ex. 1-A, § 22. Section 22.4 then provides in **bold** text:

> **22.4 Agreement to Arbitrate. You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or any use of the Airbnb Platform, Host Services, or any Content (collectively, "Disputes") will be settled by binding arbitration on an individual basis (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute, you and Airbnb agree that an arbitrator will decide that issue. For the avoidance of doubt, you and Airbnb agree that any question regarding arbitrability and the formation, enforceability, validity, scope, or interpretation of all or part of this Section 22, including any dispute over compliance with the Pre-Dispute Notice requirement and a party's responsibility to pay arbitration fees, shall be resolved exclusively by an arbitrator.**

*See* Ex. 1, ¶ 26; Ex. 1-A at § 22.4. The arbitration agreement applies broadly to all uses of Airbnb's online marketplace, content, and services, including Plaintiffs' stay at the property at issue. *See* Ex. 1, ¶ 29; Ex. 1-A at p. 1 & § 9 ("Airbnb Platform," "Host Services," and "Content," defined). All substantive and procedural interpretation and enforcement of this arbitration agreement is governed by the FAA. *See* Ex. 1-A, § 22.6

The arbitration agreement also clearly states that **"[i]f there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute . . . an arbitrator will decide that issue."** Ex. 1, ¶ 26; Ex. 1-A § 22.4. Thus, Plaintiff Rachel Snow agreed not only to arbitrate all disputes arising out of or relating to any use of the online marketplace, but she also agreed to arbitrate questions about arbitrability.

**B.   The Booking Guest Likewise Agreed to Arbitrate All Disputes with Airbnb.**

The Booking Guest created her Airbnb account on May 19, 2017, and at that time consented to Version 6 of the Terms. *See* Ex. 1, ¶¶ 18-24; Ex. 1-B. In creating her account, the Booking Guest was required to indicate her acceptance of the Terms in order to continue the sign-up process. *See* Ex. 1, ¶¶ 18-23.

The Booking Guest affirmatively indicated her consent to the Terms upon completing the sign-up procedure. *See* Ex. 1, ¶ 23.  The Booking Guest consented to updated Terms on six subsequent occasions, as required for her continued use of Airbnb's online marketplace. *See* Ex. 1, ¶ 24; Ex. 1-B. The Booking Guest agreed to Version 14 of the Terms on April 18, 2024. *See* Ex. 1, ¶ 24; Ex. 1-B; Ex. 1-A.

## ARGUMENT

**A.  Plaintiffs Must Arbitrate Their Claims Against Airbnb.**

Plaintiff Rachel Snow's and the Booking Guest's agreements to the Airbnb Terms and the arbitration agreement contained within "evidences a transaction in interstate commerce." *See* Ex. A at § 22.6. The Booking Guest's use of Airbnb's website to book a property owned by the Host involved interstate commerce and thus triggered application of the Federal Arbitration Act ("FAA"). *Caballero v. Contreras*, 2010 Tex. App. LEXIS 7176, at *6-7 (Tex. App.—Corpus Christi Aug. 31, 2010) ("The FAA applies to transactions that involve interstate commerce.") (citing 9 U.S.C. § 2 (2009)). The Airbnb Terms to which Plaintiff Rachel Snow and the Booking Guest agreed also provide that the Federal Arbitration Act "governs all substantive and procedural interpretation[s] and enforcement[s]" of the arbitration agreement. Ex. A at § 22.6.

5

Airbnb is a Delaware corporation with its principal place of business in California. *See* Ex. 1 at ¶ 2. Plaintiff and the Booking Guest created their accounts through Airbnb's website.[3] Texas courts apply the FAA in cases where a party enters into an agreement with an out-of-state company and/or makes payment across state lines. *See Momentis U.S. Corp. v. Perissos Holdings, Inc.*, 2014 Tex. App. LEXIS 8346, at *4 (Tex. App.—Dallas July 30, 2014) ("A contract between parties residing in different states involves interstate commerce and is governed by the FAA."); *Nexion Health at Humble, Inc.*, 173 S.W.3d 67, 69 (Tex. 2005) (holding payments crossing state lines established interstate commerce and the FAA's application).[4]

Under the FAA, Airbnb "must establish that (1) there is a valid arbitration clause, and (2) the claims in dispute fall within that agreement's scope." *In re Rubiola*, 334 S.W.3d 220, 223 (Tex. 2011) (citing *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005)).

But where, as here, the arbitration agreement clearly and unmistakably delegates threshold issues of arbitrability to the arbitrator, so long as an agreement to arbitrate exists, the Court should

---

[3] Airbnb's website is not directed to any particular state and is instead simultaneously directed to all states. *See Souquette v. Airbnb, Inc.*, 2024 U.S. Dist. LEXIS 220129, at *8-9 (W.D. Tex. Dec. 5, 2024) (recognizing that Airbnb's "website is not directed to Texas users as distinguished from users in other states").

[4] "'Commerce' has been broadly defined and encompasses contracts relating to interstate commerce." *Id*. (citing *In re Gardner Zemke Co*., 978 S.W.2d 624, 626 (Tex. App.-El Paso 1998, orig. proceeding). "As defined by the FAA, 'interstate commerce' is not limited to the interstate shipment of goods, but includes all contracts 'relating to' interstate commerce.'" *Id*. (citing *In re FirstMerit Bank*, 52 S.W.3d 749, 754 (Tex. 2001) (orig. proceeding)). "Interstate commerce is evidenced by, inter alia, the location of a party's headquarters in another state … and billings prepared in another state." *Id*. at *6-7 (citing *TMI, Inc. v. Brooks*, 225 S.W.3d 783, 791 (Tex. App.-Houston [14th Dist.] 2007, pet. denied). "Further, the word 'involving' in the FAA is construed broadly and is the functional equivalent of 'affecting,' signaling Congress's intent to exercise its Commerce Clause power to the fullest extent." *Id*. at * 7 (citing *Allied-Bruce Terminix Cos. v. Dobson*, 513 U.S. 265, 272-74 (1995)).

stay the case and refer the matter to arbitration without further consideration. *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 139 S. Ct. 524, 530 (2019) ("[A] court may not decide an arbitrability question that the parties have delegated to an arbitrator."); *TotalEnergies E&P USA, Inc. v. MP Gulf of Mex., LLC*, 667 S.W.3d 694, 697 (Tex. 2023).

**1.    Plaintiff Rachel Snow and the Booking Guest Each Agreed to a Valid and Enforceable Arbitration Agreement.**

Plaintiff Rachel Snow and the Booking Guest each assented to a valid arbitration agreement.  When deciding whether the parties agreed to arbitrate a certain matter (including arbitrability), courts "apply ordinary state-law principles that govern the formation of contracts." *First Options of Chi., Inc. v. Kaplan*, 514 U.S. 938, 944-45, (1995); *see also Kikuchi v. Silver Bourbon, Inc.*, No. 20-2764, 2021 U.S. Dist. LEXIS 102390, at *8 (E.D. La. June 1, 2021) (same).

The Airbnb Terms contain a California choice of law provision. *See* Ex. A at § 21; *Selden v. Airbnb, Inc.*, 4 F.4th 148, 156 (D.C. Cir. 2021) (applying California law to enforceability of Airbnb's arbitration clause). Under California law, online contracts—like the Terms—are treated no differently than any other type of contract: assent is established by either actual or constructive knowledge of contract terms, and courts uniformly recognize that affirmatively clicking an online "accept"-type button constitutes an objective manifestation of assent. *See, e.g.*, *Patrick v. Running Warehouse, LLC*, 93 F.4th 468, 476-77 (9th Cir. 2024) (holding that plaintiffs consented to the arbitration agreement in defendants' terms of service where defendants' websites informed plaintiffs that by completing their purchase, they agreed to defendants' terms of service); *Oberstein v. Live Nation Entm't, Inc.*, 60 F.4th 505, 515-18 (9th Cir. 2023) (holding plaintiffs manifested assent to the arbitration agreement in Live Nation's Terms of Use where website notified users that "by creating an account, signing in, or purchasing a ticket, and proceeding to the next page, the user 'agrees to our Terms of Use'"); *Holl v. United States Dist. Court (In re Holl)*, 925 F.3d

7

1076, 1084-85 (9th Cir. 2019) (finding assent to arbitration agreement incorporated by reference in UPS user agreement because plaintiff "affirmatively assented to the UPS My Choice Service Terms. He checked a box acknowledging as much"); *Meyer v. Uber Techs., Inc.*, 868 F.3d 66, 75-80 (2d Cir. 2017) (finding under California law plaintiff affirmatively assented to Uber's mandatory arbitration agreement in its Terms of Service by creating account and using the mobile app).

Courts across the country have considered Airbnb's sign-up procedure and have compelled arbitration, finding that the process adequately notifies registrants that they are agreeing to arbitrate their disputes with Airbnb. Indeed, numerous courts have previously enforced the arbitration provision found in Airbnb's Terms. *See Profit v. Coleman*, No. 23-7103, 2024 U.S. Dist. LEXIS 169125, at *9 (E.D. La. Sept. 19, 2024) (finding Airbnb arbitration clause enforceable); *Selden*, 4 F.4th at 152, 157 (enforcing Airbnb's arbitration provision because the click-wrap "was clearly legible, appropriately sized, and unobscured by other visual elements" and it allowed users to "know that, by signing up," they "would be agreeing to Airbnb's terms."); *Plazza v. Airbnb, Inc.*, 289 F. Supp. 3d 537, 552 (S.D.N.Y. 2018) (enforcing Airbnb's arbitration provision); *Carroll v. Am. Empire Surplus Lines Ins. Co.*, No. 16-2589, 2017 U.S. Dist. LEXIS 19075, at *5 (E.D. La. Feb. 10, 2017) (same).

And even if the Court applied Texas law, the result would be the same. *See StubHub, Inc. v. Ball*, 676 S.W.3d 193, 200 (Tex. App.—Houston 2023) ("Texas state and federal courts have recognized the validity of clickwrap agreements."); *see also Lewis v. Circle K Stores, Inc.*, 2023 U.S. Dist. LEXIS 177855, at *3 (S.D. Tex. Oct. 3, 2023) ("Electronic contracts and 'clickwrap' agreements are valid in Texas.") (enforcing arbitration agreement); *Johnson v. SW. Recovery Servs. Inc.*, No. 3:22-CV-X-BH, 2023 U.S. Dist. LEXIS 23784, 2023 WL 1944127, at *1-2, 7

(N.D. Tex. Jan. 24, 2023) (Defendant provided an employee declaration, blank webform screenshots, and user agreements with an arbitration clause, demonstrating that clicking the button to complete an order signified acceptance of the hyperlinked terms of use, thereby satisfying the burden of proving the existence of an arbitration agreement.); *see also In re Online Travel Co.*, 953 F. Supp. 2d 713, 718-19 (N.D. Tex. 2013) ("Since the User Agreement was conspicuously presented and Plaintiffs assented to the User Agreement by clicking the 'Accept' button to complete each online transaction, it is a valid clickwrap agreement.").

2. **Plaintiffs and S.S. are Bound to the Terms' Mandatory Arbitration Agreement Under Principles of Agency and Estoppel.**

While the Court need look no further than Plaintiff Rachel Snow's agreement to the Terms when she created her account and consented to the Terms, Plaintiffs and S.S. are also separately bound to the Terms' mandatory arbitration agreement under the principles of agency and estoppel.

First, the Booking Guest assented to a valid and enforceable arbitration agreement and acted and held herself out as Plaintiffs' and S.S.'s agent when making the shared travel arrangements at issue in this case. Plaintiffs' claims against Airbnb arise from that actual and apparent agency relationship, as Plaintiffs assert claims based on injuries S.S. allegedly sustained while staying at the Property that Booking Guest booked through Airbnb's online marketplace. *See In re: Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 738 (Tex. 2005) ("principles of contract law and agency may bind a non-signatory to an arbitration agreement"); *Sunergon Oil, Gas and Mining Grp., Inc. v. Cuen*, 2021 Tex. App. LEXIS at *7-8 (Tex. App.—Houston [1st Dist.] 2021) (discussing principles of actual and apparent authority). Courts have found the arbitration agreement binding under similar circumstances. *Accord, e.g., Hofer v. Gap, Inc.*, 516 F. Supp. 2d 161, 175 (D. Mass. 2007) (holding that the travel companion had "the power to bind the [plaintiff] as to matters within the scope of the relationship, including the acceptance of [Expedia.com's]

9

terms");[5] *McCollum v. Friendly Hills Travel Ctr.*, 172 Cal. App. 3d 83, 91 (1985) (concluding that a travel agent who arranged vacation plans on behalf of another was acting as the traveler's agent); *Indep. Living Res. Ctr. S.F. v. Uber Techs., Inc.*, No.18-cv-6503, 2019 U.S. Dist. LEXIS 127072, at *9 (N.D. Cal. July 30, 2019) (holding that plaintiffs were bound to Uber's terms of service, including its arbitration agreement, where plaintiffs' alleged injuries arose from their agent's use of the Uber application).

Second, Plaintiffs and S.S. are also bound to the Booking Guest's arbitration agreement under principles of direct benefits estoppel. When Plaintiffs and S.S. stayed at the Property that the Booking Guest reserved through Airbnb's online marketplace, Plaintiffs accepted the benefit of Booking Guest's agreement with Airbnb. *See In re: Kellogg Brown & Root, Inc.*, 166 S.W.3d at 739 ("Under 'direct benefits estoppel,' a non-signatory plaintiff seeking the benefits of a contract is estopped from simultaneously attempting to avoid the contract's burdens, such as the obligation to arbitrate disputes."). *Accord, e.g., NORCAL Mut. Ins. Co. v. Newton*, 84 Cal. App. 4th 64, 84 (2000) (A party is "not entitled to make use of [a contract containing an arbitration clause] as long as it worked to her advantage, then attempt to avoid its application defining the forum in which her dispute . . . should be resolved."); *Montoya v. Comcast Corp.*, 2016 U.S. Dist. LEXIS 130806, at *13-14 (E.D. Cal. Sept. 23, 2016) (compelling non-signatories to arbitration under equitable estoppel principles because plaintiff's admitted active use of defendant's services established knowing exploitation of the arbitration agreement). Plaintiffs cannot simultaneously seek the benefits of the Booking Guest's agreement with Airbnb while avoiding the agreement's obligations. *See Taylor Morrison of Tex., Inc. v. Skufca*, 660 S.W.3d 525, 527 (Tex. 2023) ("direct-

---

[5] In *Hofer*, it did not matter that the plaintiff "did not use the Expedia.com website, or . . . interact with Expedia in any way," because the plaintiff "obviously authorized" her travel companion to make travel arrangements on the plaintiff's behalf." *See* 516 F. Supp. 2d at 174.

10

benefits estoppel . . . applies when a nonsignatory seeks direct benefits from the court *outside* of litigation" and, in such circumstances, applies to "tort or other noncontractual claims"); *Hofer v. Emley*, No. 19-cv-02205, 2019 U.S. Dist. LEXIS 161377, at \*19 (N.D. Cal. Sept. 20, 2019) (holding nonsignatory rental car passenger to arbitration provision in brother's car rental agreement under doctrine of estoppel because he "knowingly received a direct benefit from the Agreement and seeks to exploit the benefits of the Agreement by alleging a breach of a duty that arose from that Agreement"); *Atencio v. Bird Rides Inc.*, No. 23-cv-4787, 2023 U.S. Dist. LEXIS 211733, at \*6 (C.D. Cal. Nov. 3, 2023) (plaintiff who rode scooter she knew was rented by her son equitably estopped from avoiding arbitration because she "received the primary benefit of the Rental Agreement: the ability to use the rental scooter," and if it were not for her son "entering into the agreement, the scooter could not have been unlocked or used").

Minor child S.S., on whose behalf Plaintiffs bring suit, is equally bound to the arbitration agreement through direct benefits estoppel. Parents may "equitably bind their children to an arbitration agreement through direct-benefits estopped by seeking direct benefits for their children from the contract outside of litigation." *Taylor Morrison of Tex., Inc. v. Ha*, 660 S.W.3d 529, 534 (Tex. 2023) (compelling nonsignatory spouse and nonsignatory children to arbitration). *Accord Beaumont Adventure Park Urb. Air, LLC v. Geter ex rel. K.G.*, 2024 Tex. App. LEXIS 6752, at \*1 (Tex. App.—Houston [14th Dist.] Sept. 12, 2024) ("Can children be bound to an arbitration agreement they did not sign through direct-benefits estoppel? This is a settled question, to which the answer is yes.").

The Court would reach the same result by application of California law (the TOS contains a choice-of-law provision in favor of California law). *See* Ex. 1-H, § 21. Plaintiff cannot simultaneously seek the benefits of the Booking Guest's agreement with Airbnb while avoiding

11

the agreement's obligations. California courts have regularly estopped nonsignatory travel companions from avoiding arbitration agreements in similar circumstances. *See, e.g.*, *In re Ring LLC Privacy Litig.*, No. CV-19-10899-MWF-RAOx, 2021 U.S. Dist. LEXIS 118461, at \*29-30 (C.D. Cal. June 24, 2021) (finding arbitration binding "where a nonsignatory to a contract knowingly exploits the agreement containing the arbitration clause despite having never signed the agreement."); *Montoya v. Comcast Corp.*, 2016 U.S. Dist. LEXIS 130806, at \*13-14 (E.D. Cal. Sept. 23, 2016) (compelling non-signatories to arbitration under equitable estoppel principles because plaintiff's admitted active use of defendant's services established knowing exploitation of the arbitration agreement); *Jensen v. U-Haul Co. of Calif.*, 18 Cal. App. 5th 295, 300 (Cal. App. 2017) ("A nonsignatory plaintiff may be estopped from refusing to arbitrate when he or she asserts claims that are dependent upon, or inextricably intertwined with the underlying contractual obligations of the agreement containing the arbitration clause.") (cleaned up); *Goldman v. KPMG, LLP*, 173 Cal. App. 4th 209, 229 (Cal. App. 2009) ("The purpose of the [equitable estoppel] doctrine is to prevent a plaintiff from, in effect, relying on the contract when it works to his advantage by establishing the claim, and repudiating it when it works to his disadvantage by requiring arbitration.") (cleaned up).

### 3. The Terms Clearly and Unmistakably Delegate Issues of Arbitrability to the Arbitrator.

The arbitration agreements to which Plaintiff and the Booking Guest agreed include clear and unmistakable delegation provisions that delegate all issues of arbitrability to the arbitrator. The Court therefore should refer this matter to arbitration without further consideration. *Henry Schein, Inc.*, 139 S. Ct. at 530; *TotalEnergies E&P USA, Inc. v. MP Gulf of Mex., LLC*, 667 S.W.3d 694, 719 (Tex. 2023) (enforcing delegation clause for the arbitrator to determine whether the particular dispute falls within the scope of the arbitration agreement).

12

Indeed, the Terms to which Plaintiff and the Booking Guest agreed plainly provide that "**[i]f there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute, you and Airbnb agree that an arbitrator will decide that issue**," and incorporate the American Arbitration Association's rules granting the arbitrator authority to determine all questions of arbitrability. *See* Ex. A at §§ 22.4. Courts have consistently held that this provision in Airbnb's Terms clearly and unmistakably delegates all issues of arbitrability to the arbitrator. *See, e.g.*, *Profit v. Coleman*, 2024 U.S. Dist. LEXIS 169125 at *4-5 (E.D. La. Sept. 19, 2024); *Airbnb, Inc. v. Rice*, 518 P.3d 88, 89, 92 (Nev. 2022) (holding that "the parties have a valid arbitration agreement with a clear delegation clause requiring that an arbitrator decide any dispute as to whether the agreement applies to the claims at issue"); *Airbnb, Inc. v. Doe*, 336 So. 3d 698, 705-06 (Fla. 2022) ("We hold that, because Airbnb's Terms of Service incorporate by reference the AAA Rules that expressly delegate arbitrability determinations to an arbitrator, the agreement clearly and unmistakably evidences the parties' intent to empower an arbitrator, rather than a court, to resolve questions of arbitrability."); *Jackson v. Airbnb, Inc.*, 639 F. Supp. 3d 994, 1003 (C.D. Cal. 2022) (concluding that the Terms "clearly and unmistakably gives the arbitrator authority over the threshold question of arbitrability."); *Dunbar v. Airbnb, Inc.*, 2020 U.S. Dist. LEXIS 56828, at *8 (D. Haw. Apr. 1, 2020) (holding that the Terms' "delegation clause is neither silent nor ambiguous and specifically designates the arbitrator to decide disputes about whether the arbitration agreement is enforceable or applicable (that is, arbitrable)").[6] This Court should do the same and refer this case to arbitration.

---

[6] *See also Farmer v. Airbnb, Inc.*, No. 20-cv-07842-JST, 2021 U.S. Dist. LEXIS 206791, at *3 (N.D. Cal. June 1, 2021) (same); *Walter v. Airbnb, Inc.*, 2021 U.S. Dist. LEXIS 25924, at *1 (M.D. Fla. Feb. 11, 2021) (same); *Morris v. Airbnb, Inc.*, 2020 U.S. Dist. LEXIS 180532, at *7 n.2 (W.D. Okla. Sept. 30, 2020) (same).

### 4.    Plaintiffs' Claims are Within the Terms' Scope.

Even if the Court were to consider arbitrability—which it need not and should not do—Plaintiffs' claims fall within the arbitration agreement's scope. The arbitration agreement provides **"that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or *any* use of the Airbnb Platform, Host Services, or any Content . . . will be settled by binding arbitration on an individual basis."** Ex. 1 at ¶ 26; Ex. 1-A at § 22.4. "Broad arbitration clauses such as this one are consistently interpreted as applying to extracontractual disputes between the contracting parties." *Khalatian v. Prime Time Shuttle, Inc.*, 237 Cal. App. 4th 651, 660 (2015). Indeed, under broad arbitration provisions, arbitration is warranted even where the allegations "only touch matters covered by the contract containing the arbitration clause and all doubts are to be resolved in favor of arbitrability." *Simula, Inc. v. Autoliv, Inc.*, 175 F.3d 716, 721 (9th Cir. 1999) (internal quotation marks omitted). Plaintiffs' claims fall within the Terms' scope as they are related to injuries that S.S. allegedly sustained while staying as a Guest at the property, which the Booking Guest booked through Airbnb's online marketplace. *See* Ex. 1 at ¶ 11; Petition ¶¶ 9-12.[7] And even if there was doubt (but here there is none), "any doubts concerning the scope of arbitrable issues should be resolve din favor of arbitration." *In re: Serv. Corp. Int'l*, 85 S.W.3d 171, 174 (Tex. 2002). Because Plaintiffs are bound to the arbitration agreement and their claims fall within the agreement's scope, the Court must compel Plaintiffs to arbitration.

---

[7] Plaintiffs allege that they, "along with their two minor daughters, accompanied close friends for a family vacation in Galveston, Texas," and that "Plaintiffs booked a trip for the property" via Airbnb "under the name of Sarah 'Katie' Griffin," and that "the property owners . . . were notified of all guests including their names and ages."

**B.** **The Court Must Stay These Proceedings Pending Arbitration.**

The Court must stay this litigation pending arbitration. Section 3 of the FAA requires courts to stay litigation upon referring a dispute to arbitration. 9 U.S.C. § 3. A stay is required here because Plaintiffs must arbitrate all claims against Airbnb, as well as any gateway issues of enforceability, scope, and validity. *In re Devon Energy Corp.*, 332 S.W.3d 543, 548-550 (Tex. App.—Houston [1st District] 2009) (explaining mandatory stay); *Countrywide Home Loans, Inc. v. Mortg. Guar. Ins. Corp.*, 642 F.3d 849, 854 (9th Cir. 2011) (same).

And because Plaintiffs' claims against Airbnb and the Hosts rely on the same facts and legal theories, a stay of all proceedings is warranted. Absent such a stay, the arbitrator and this Court would duplicate efforts and potentially reach conflicting decisions on the same issues, which will result in inefficient and uncertain proceedings for all. *See Devon Energy Corp.*, 332 S.W.3d at 548-550 (staying litigation of claims against nonsignatory to arbitration agreement); *Shepardson v. Adecco USA, Inc.*, No. 15-cv-05102-EMC, 2016 U.S. Dist. LEXIS 46754, at *19-20 (N.D. Cal. Apr. 5, 2016) (staying all proceedings where non-arbitrable claims were derivative of arbitrable claims). *Waste Management v. Residuos Industriales Multiquim, S.A. de C.V.*, 372 F.3d 339, 345 (5th Cir. 2004) (mandatory stay provision applies to non-signatories to an arbitration agreement when the claims against the non-signatories (1) involve the same operative facts, (2) inherently inseparable claims, and (3) have a critical impact on the arbitration); *Bell v. Marshall, et al.*, No. 25-799, Order [Doc. 24] (W.D. Tex. Nov. 20, 2025) (holding that "the mandatory stay provision of Section 3 of the FAA applies" to plaintiff's claims against the Hosts, and staying entirety of the case pending arbitration with Airbnb).  Thus, the Court should stay the entirety of this litigation pending arbitration.

15

## **CONCLUSION**

The arbitration agreement is clear: this case cannot proceed in this Court because Plaintiff

Rachel Snow and the Booking Guest assented to an arbitration provision that delegates questions

of arbitrability to an arbitrator, and Plaintiffs and S.S. are bound to that agreement under principles

of agency and estoppel. This Court should issue an order compelling Plaintiffs to arbitrate their

claims pursuant to the TOS and staying the litigation pending the outcome of arbitration.

Dated: February 27, 2026.

Respectfully Submitted,

*/s/ Avery B. Pardee*
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    504-582-8000
Fax:    504-589-8322
Email: apardee@joneswalker.com
          tanada@joneswalker.com
          emchard@joneswalker.com
*Attorneys for Airbnb, Inc.*

## **CERTIFICATE OF CONFERENCE**

This is to certify that representatives from my office conferred with Plaintiffs' counsel via telephone on February 26, 2026, prior to filing this Motion.  Plaintiff opposed this Motion.

*/s/ Avery B. Pardee*
Avery B. Pardee

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a true and correct copy of this document and all exhibits, if any, was filed electronically pursuant to Rule 21 of the Texas Rules of Civil Procedure and service requested electronically to all counsel of record pursuant to Rule 21a through the electronic filing manager.

*/s/ Avery B. Pardee*
Avery B. Pardee

16

# EXHIBIT 1

CAUSE NO. 26-CV-0119

RACHEL SNOW AND ROBERT
SNOW A.N.F. OF S.S. A MINOR

§
§
§
§
§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

122ND JUDICIAL DISTRICT

Plaintiffs,

v.

AIRBNB, INC., SARAH FIEHLER,
AND NICHOLAS FIEHLER

Defendants.

——

GALVESTON COUNTY, TEXAS

**AFFIDAVIT OF LUKE HUSCHER IN SUPPORT OF
AIRBNB'S MOTION TO COMPEL ARBITRATION AND
STAY THE CASE PENDING ARBITRATION AND
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

STATE OF OREGON

COUNTY OF MULTNOMAH

I, Luke Huscher, after being duly sworn, state as follows upon personal knowledge:

1.      My name is Luke Huscher.  I am over the age of 18, of sound mind, have personal and direct knowledge of the facts herein, and am not a party to this litigation.  I am currently employed by Airbnb, Inc. ("Airbnb") as a Legal Investigation Associate.  As an Airbnb Legal Investigation Associate, I work with, and am familiar with, Airbnb's online marketplace and website pages maintained by Airbnb.  I am also familiar with the manner in which Airbnb maintains its records of user assent and account creation in the ordinary course of its business, as well as the manner in which Airbnb regularly maintains records pertaining to bookings made through Airbnb's online marketplace.  Unless otherwise indicated, the records relied upon by me are business records of Airbnb which I have personally reviewed.  The business records that I

reviewed are all regularly maintained in the ordinary course of Airbnb's business and were made at or near the time of the events, conditions, or occurrences they describe. I have personal knowledge of the facts set forth below except those facts set forth upon information and belief. As to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts herein. I am authorized to provide this Declaration on Airbnb's behalf, and I submit this Declaration in support of Airbnb's Motions to Compel Arbitration and to Dismiss for Lack of Personal Jurisdiction.

### *Airbnb's Online Marketplace*

2.      Airbnb is a Delaware corporation with its principal place of business in San Francisco, California. Airbnb does not have a registered agent in Texas, does not own or lease property in Texas, does not maintain an office or business address in Texas, and does not maintain a bank account or investment account in Texas. Airbnb provides an online marketplace accessible anywhere in the world with an internet connection. The online marketplace is not targeted at any particular state or country via direct marketing or otherwise. Rather, Airbnb's online marketplace is available domestically and internationally and offers the opportunity for individuals who wish to offer accommodations, known as "Hosts," to connect with those seeking to book accommodations, known as "Guests." *See* **Exhibit A**, Version 14 of Airbnb's Terms of Service, at 1. A Guest who wants to book an accommodation can sign up and use Airbnb's marketplace to communicate directly with a property's Host to request a booking or, for an "instant book" listing, confirm and pay for the booking instantly.

3.      Hosts are responsible for listing their accommodations on the online marketplace, which includes any content, photographs, or descriptions they choose to post about their accommodation. *See id*. §§ 5.1, 5.4. Hosts alone decide whether, to whom, when, and on what

material terms they will offer their accommodations. *See id.* at 1 & §§ 5.1, 5.2, 5.4. Each Host operates as an "independent" person or entity and not as "an employee, agent, joint venturer, or partner of Airbnb." *See id.* § 4.3.

4.      Agreements for bookings are entered into directly between Hosts and Guests. Airbnb is not a party to the booking transactions or any agreements between Hosts and Guests. *See id.* at 1.

5.      Airbnb's role is limited to offering the online marketplace, which "enables Members to publish, offer, search for, and book Host Services." *See id.* § 15. Airbnb "do[es] not and cannot control the conduct of Guests and Hosts," and all users must acknowledge "that Airbnb (or its affiliates) has the right, but does not have any obligation, to monitor the use of the Airbnb Platform and verify information provided by our Members." *See id.*

6.      In addition, Airbnb does not own, control, or manage any of the accommodations listed on its online marketplace and does not have the right to access the property where Plaintiff allegedly was injured. *See id.* at 1. Airbnb's Terms of Service also disclaim any liability for the accommodations listed on the online marketplace, stating that Airbnb "do[es] not endorse or warrant the existence, conduct, performance, safety, quality, legality or suitability of any Guest, Host, Host Service, Listing or third party." *See id.* § 17.

### *Consent to the Terms of Service*

7.      At all times relevant to this litigation, Airbnb users, including Plaintiff Rachel Snow and the Booking Guest Sarah Griffin, were required to agree to Airbnb's then-current Terms of Service (among other agreements incorporated therein) (the "Terms") before they could create an Airbnb account, list or book an accommodation via Airbnb's online marketplace, or send messages via Airbnb's online marketplace. The Terms are the only agreement entered into between Airbnb

3

and its users and governs each user's use of the website and associated services.  *See* **Exhibit A** at 1.  The Terms are clear that Airbnb does not act as an agent for any Member and is in no way an employer, partner, or joint venturer of any Host who lists their accommodation on Airbnb's online marketplace.  *See id.* at 1 & § 4.3.

8.    Prospective users who sought to transact using Airbnb's online marketplace were first required to proceed through Airbnb's account creation process.  At all times relevant to this litigation, when a user signed up for an Airbnb account, that user was required to press a button to affirmatively indicate their agreement to the Terms and, depending on the time of sign-up, certain other policies incorporated therein.  The Terms and other applicable policies were visibly hyperlinked, and the user was given an opportunity to review the Terms before agreeing to create an account.  Thus, in the process of signing up for an Airbnb account, prospective users were notified about the Terms; had the opportunity to review the Terms; and indicated their agreement to be bound by the Terms for as long as they continued using Airbnb's online marketplace, website, and services.

9.    Thereafter, when Airbnb updated its Terms, it required its accountholders to affirmatively indicate their agreement to the updated Terms as a condition of their continued use of Airbnb's online marketplace, website, and services.  In order to inform users of an update before the update became effective, Airbnb sent an email to the email address associated with each of its current account holders to notify them of the impending update and provide them with an opportunity to preview the updated Terms by clicking on a hyperlink in the email.  Then, the first-time account holders logged in to their Airbnb accounts after the effective date of the updated Terms, they were presented with the updated Terms, either in a scroll-box or via a hyperlink, and were required to affirmatively click an electronic button indicating their agreement to continue to

4

be bound by the updated Terms.  The button account holders clicked was accompanied by text indicating that they were accepting the updated Terms and other applicable policies.  Users were required to click this button before they were able to continue using Airbnb's services or transact with other users via their Airbnb account.  Starting with the adoption of version 12 of the Terms, when Airbnb updated its Terms, Airbnb account holders could log in and navigate Airbnb's online marketplace before agreeing to the updated Terms.  However, account holders were required to indicate their acceptance of the updated Terms in order to perform certain actions, including making a reservation.

10.    In addition, Airbnb's current Terms are available by hyperlink on Airbnb's homepage, www.airbnb.com, and directly at www.airbnb.com/terms. The current Terms are publicly available—no Airbnb account is required to access them.

***The Booking Guest, Sarah Griffin***
***Booked the Property Through Airbnb's Online Marketplace***

11.    According to Airbnb's business records, on April 28, 2024, Plaintiff's friend and traveling companion Sarah Griffin (the "Booking Guest") used what I believe to be her Airbnb account to make reservation confirmation code HMC92ZZCZQ for the property that is identified in Airbnb's business records as being located at 963 South Cove Dr., Bolivar Peninsula, TX. (the "Property"), for a reservation from August 14, 2024, through August 19, 2024, (the "Reservation"), which I understand to be the reservation at issue in this lawsuit.[1]

---

[1] All dates and times referred to in this declaration and the attached exhibits are coordinated universal time ("UTC").  The dates and times have not been adjusted to reflect the user's local time.

*Plaintiff Rachel Snow Consented to the Terms of Service*

12.     I am familiar with the user interface presentation and the behavior of Airbnb's online marketplace.  The date and time that an account is created and the dates and times of users' initial assent to each version of the Terms are recorded automatically in Airbnb's database in the ordinary course of business at or near the time of the event recorded.  I have personally reviewed Airbnb's business records pertaining to the account associated with the user ID 596347463 and email address rmonnat20@yahoo.com ("Ms. Snow"). Upon information and belief, Ms. Snow consented to Airbnb's Terms on one occasion.

13.     The business records showing the date that Ms. Snow created her account and the dates upon which she consented to updated Terms are attached hereto as **Exhibit B** and incorporated herein by this reference. Based on my review of Airbnb's business records associated with this account, and as reflected in **Exhibit B**, Ms. Snow created an account on August 15, 2024, and consented to the Terms on that date. As further reflected in **Exhibit B**, Ms. Snow created the account using a mobile device and thus would have been presented with the account creation flow identical or substantially similar to that described in paragraph 14-15 below.

14.     Attached hereto as **Exhibit C** and incorporated herein by this reference, is a true and correct copy of the initial sign-up screen, as captured by the Wayback Machine, that is substantially similar to that users would have seen if they created an account on August 15, 2024, when they created an account through a mobile device. As **Exhibit C** illustrates, the users were presented with four click button options: "Continue with Facebook", "Continue with Google", "Continue with Apple" and "Continue with email."

15.     Attached hereto as **Exhibit D** and incorporated herein by this reference, is an identical or substantially similar copy of the final sign-up screen that users would have seen if they

6

created an account on August 15, 2024. Regardless of which option the prospective user selected and clicked in the initial sign-up screen available at **Exhibit C,** all users who created an account on August 15, 2024**,** would ultimately have been directed to the final "Before you join" screen shown at **Exhibit D**. As **Exhibit D** illustrates, users are required to indicate their acceptance or declination of the Terms, which are provided via a hyperlink just above the acceptance button for users to continue the sign-up process ("Accept button"). Users must press the Accept button in order to log in, interact with other users, create listings, or book reservations using Airbnb's online marketplace.

16.    A true and correct copy of the version of the Terms that were in effect on August 15, 2024 (Version 14), and which were available to Ms. Snow through the Terms of Service hyperlink on the final sign-up screen, as shown in **Exhibit D**, is attached hereto as **Exhibit A,** and is incorporated herein by this reference.

17.    **Exhibit B** confirms that, on August 15, 2024, Ms. Snow agreed to the Terms by going through a process on a mobile device substantially similar to that described in paragraphs 14-15 above, that she was presented with the sign-up flow substantially similar to that contained in **Exhibits C & D,** and that she clicked the "Accept" button at the end of the account creation process indicating her acceptance of the Terms (Version 14) attached hereto as **Exhibit A.**

### The Booking Guest Consented to the Terms of Service

18.    I have personally reviewed Airbnb's business records pertaining to the account associated with the user ID 131021125 and email address katiecooper328@gmail.com ("Ms. Griffin") and pertaining to the Reservation.  Upon information and belief, Ms. Griffin consented to Airbnb's Terms on seven occasions.

7

19.     The business records showing the date that Ms. Griffin created her account are attached hereto as **Exhibit B** and are incorporated herein by this reference.  Based on my review of Airbnb's business records associated with this account, and as reflected in **Exhibit B,** Sarah Griffin created an account on May 19, 2017, and consented to Version 6 of the Terms on that date. As further reflected in **Exhibit B**, Sarah Griffin created the account using a mobile device and thus would have been presented with the account creation flow identical or substantially similar to that described in paragraph 20 below.

20.     Attached hereto as **Exhibit E**, and incorporated herein by this reference, is a true and correct copy of the initial sign-up screen, as captured by the Wayback Machine, that is substantially similar to that users would have seen if they created an account on May 19, 2017, through a mobile device.  As **Exhibit E** illustrates, the users were presented with three click button options: "Continue with Facebook", "Continue with Google", or "Sign up with Email.".  As **Exhibit E** further illustrates, the text immediately below the three click buttons states, "By clicking Sign up or Continue with, I agree to Airbnb's Terms of Service," with the phrase "Terms of Service" hyperlinked in blue text in close proximity to the sign-up button.

21.     A true and correct copy of the version of the Terms that were in effect on May 19, 2017 (Version 6) and which were available to Ms. Griffin through the Terms of Service hyperlink on the sign-up screen, is attached hereto as **Exhibit F** and is incorporated herein by this reference.

22.     **Exhibit E** confirms that, on May 19, 2017, Ms. Griffin agreed to the Terms by going through a process on a mobile device substantially similar to that described in paragraph 20 above, that she was presented with the sign-up flow substantially similar to that contained in **Exhibit E** and that she clicked the "Continue with Facebook" button at the end of the account creation process indicating her acceptance of the Terms attached hereto as **Exhibit F.**

23. Upon information and belief, and as reflected in Airbnb's business records attached hereto as **Exhibit B,** Ms. Griffin indicated her agreement to the Terms not only on May 19, 2017, but also on 6 subsequent occasions: Version 8 on January 30, 2019, Version 10 on August 11, 2019, Version 11 on July 6, 2021, Version 12 on August 28, 2022, Version 13 on August 8, 2023 and Version 14 on April 28, 2024.  A true and correct copy of Version 14 of the Terms, to which Ms. Griffin consented on April 28, 2024, is attached hereto as **Exhibit A.**

### *By Consenting to the Terms, Ms. Snow and Ms. Griffin Agreed to Binding Arbitration*

24. The first page of the Terms in version 14 informed the Plaintiff, Ms. Snow and the booking guest, Sarah Griffin in **bold** typeface that "**Section 22 of these Terms Contain an arbitration agreement and class action waiver that apply to all claims brought against Airbnb in the United States.  Please read them carefully.**"

25. Section 22.4 then states:

**22.4 You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or any use of the Airbnb Platform, Host Services, or any Content (collectively, "Disputes") will be settled by binding arbitration on an individual basis (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to our Dispute, you and Airbnb agree that the arbitrator will decide that issue.**

**Ex. A.**

29. The Terms indicate that the Agreement to Arbitrate applies broadly to all uses of Airbnb's online marketplace, content, and services.  *See* **Ex. A** § 22.4, *supra.*

30. By creating her account and accepting the Terms six times, Ms. Griffin agreed not only to arbitrate all disputes arising out of or relating to her use of Airbnb's online marketplace, but she also agreed to arbitrate questions about arbitrability.

31.     By creating her account and accepting the Terms, Ms. Snow also agreed not only to arbitrate all disputes arising out of or relating to her use of Airbnb's online marketplace, but she also agreed to arbitrate questions about arbitrability.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LUKE HUSCHER

BEFORE ME personally appeared LUKE HUSCHER, known to be the person named in the foregoing instrument, who is personally known to me, and has acknowledged before me that he executed the foregoing Affidavit freely and voluntarily for the purposes therein expressed.

WITNESS my hand and official seal at said County and State this __26__ day of __February__, 2026.

BRIANNE KLEISS
NOTARY PUBLIC for the
State of Montana
Residing at Sidney, Montana
My Commission Expires
August 3, 2026

SEAL

This notarial act was performed using communication technology - **OnlineNotary.us**

_____
NOTARY PUBLIC, STATE OF __Montana__
MY COMMISSION EXPIRES: __August 3, 2026__

10

# EXHIBIT A

 **Help Center**

Legal terms

# Terms of Service

> 🌐 If your country of residence or establishment is within the European Economic Area ("EEA"), Switzerland or the United Kingdom, the **Terms of Service for European Users** apply to you.
>
> If your country of residence or establishment is outside of Australia, the EEA, Switzerland, and the United Kingdom, the **Terms of Service for Non-European Users** apply to you.
>
> If your country of residence or establishment is within Australia, the **Terms of Service for Australian Users** apply to you.

## Terms of Service Users outside of the EEA, UK, and Australia

**Section 22 of these Terms contains an arbitration agreement and class action waiver that apply to all claims brought against Airbnb in the United States. Please read them carefully.**

Last Updated: January 25, 2024

Thank you for using Airbnb!

These Terms of Service ("**Terms**") are a binding legal agreement between you and Airbnb that govern the right to use the websites, applications, and other offerings from Airbnb (collectively, the "**Airbnb Platform**"). When used in these Terms, "**Airbnb**," "**we**," "**us**," or "**our**" refers to the Airbnb entity set out on **Schedule 1** with whom you are contracting.

The Airbnb Platform enables users ("**Members**") to publish, offer, search for, and book services. Members who publish and offer services are "**Hosts**" and Members who search for, book, or use services are "**Guests**." Hosts offer accommodations ("**Accommodations**"), activities, excursions, and events ("**Experiences**"), and a variety of travel and other services (collectively, "**Host Services**," and each Host Service offering, a "**Listing**"). As the provider of the Airbnb Platform, Airbnb (or its affiliates) does not own, control, offer or manage any Listings or Host Services. Airbnb is not a party to the contracts entered into directly between Hosts and Guests, nor is Airbnb a real estate broker, travel agency, or insurer. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the **Payments Terms of Service** ("**Payment Terms**"). To learn more about Airbnb's role see Section 15.

We maintain other **terms** and **policies** that supplement these Terms like our **Privacy Policy**, which describes our collection and use of personal data, and our **Payments Terms**, which govern any

payment services provided to Members by the Airbnb payment entities (collectively "**Airbnb Payments**").

# Table of Contents for users outside of the EEA, UK, and Australia

## Guest Terms

1. Searching and Booking on Airbnb.

2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

3. Your Responsibilities and Assumption of Risk.

## Host Terms

4. Hosting on Airbnb.

5. Managing Your Listing.

6. Cancellations, Reservation Issues, and Booking Modifications.

7. Taxes.

## General Terms

8. Reviews.

9. Content.

10. Fees.

11. Airbnb Platform Rules.

12. Termination, Suspension and other Measures.

13. Modification.

14. Resolving Complaints and Damage Claims.

15. Airbnb's Role.

16. Member Accounts.

17. Disclaimer of Warranties.

18. Limitations on Liability.

19. Indemnification.

20. Contracting Entities.

21. United States Governing Law and Venue.

22. United States Dispute Resolution and Arbitration Agreement.

23. China Governing Law and Dispute Resolution.

24. Brazil Governing Law and Venue.

25. Rest of World Dispute Resolution, Venue and Forum, and Governing Law.

26. Miscellaneous.

Schedule 1 - Contracting Entities

## Guest Terms

# 1. Searching and Booking on Airbnb.

### 1.1 Searching.

You can search for Host Services by using criteria like the type of Host Service, type of listing, travel destination, travel dates, and number of guests. You can also use filters to refine your search results. Search results are based on their relevance to your search and other criteria. Relevance considers factors like price, availability, Reviews, customer service and cancellation history, popularity, previous trips and saved Listings, Host requirements (e.g. minimum or maximum nights), and more. Learn more about search results in our **Help Center**.

### 1.2 Booking.

When you book a Listing, you are agreeing to pay all charges for your booking including the Listing price, applicable fees like **Airbnb's service fee**, **offline fees**, **taxes**, and any other items identified during checkout (collectively, "**Total Price**"). If you choose to pay using a currency that differs from the currency set by the Host for their Listing, the price displayed to you is based on a currency conversion rate determined by us. You are also agreeing that Airbnb via Airbnb Payments may charge the Payment Method (as defined in the Payment Terms) used to book the Listing in order to collect Damage Claim (as defined in Section 14) amounts.

When you receive the booking confirmation, a contract for Host Services (a "**Reservation**") is formed directly between you and the Host. By making a Reservation you are agreeing to the terms of the contract. The terms of the contract include these Terms, all terms of the Reservation, including without limitation, the cancellation policy and any other rules, standards, policies, or requirements identified in the Listing or during checkout that apply to the Reservation. It is your responsibility to read and understand these terms of the contract including these Terms and all

terms of the Reservation including all rules, standards, policies, and requirements prior to booking a Listing. Be aware that some Hosts work with a co-host or as part of a team to provide their Host Services.

### 1.3 Accommodation Reservations.

An Accommodation Reservation is a limited license to enter, occupy, and use the Accommodation. The Host retains the right to re-enter the Accommodation during your stay, to the extent: (i) it is reasonably necessary, (ii) permitted by your contract with the Host, and (iii) permitted by applicable law. If you stay past checkout, the Host has the right to make you leave in a manner permitted with applicable law, including by imposing reasonable overstay penalties. You may not exceed the maximum number of allowed Guests.

### 1.4 Reservations for Experiences and Other Host Services.

An Experience or other Host Service Reservation entitles you to participate in, attend, or use that Host Service. You are responsible for confirming that you, and anyone you invite, meet minimum age, proficiency, fitness, or other requirements. You are responsible for informing the Host of any medical or physical conditions, or other circumstances that may impact your ability to participate, attend, or use the Experience or Host Service. Except where expressly authorized, you may not allow any person to join an Experience or Host Service unless they are included as an additional guest during the booking process.

## 2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

### 2.1 Cancellations, Reservation Issues, and Refunds.

In general, if you cancel a Reservation, the amount refunded to you is determined by the Host's **cancellation policy** that applies to that Reservation. But, in certain situations, other policies take precedence and determine what amount is refunded to you. If something outside your control forces you to cancel a Reservation, you may be eligible for a partial or full refund under our **Major Disruptive Events Policy**. If the Host cancels, or you experience a Reservation Issue (as defined in our **Rebooking and Refund Policy**), you may be eligible for rebooking assistance or a partial or full refund under the **Rebooking and Refund Policy**. Different policies apply to certain categories of Listings; for example Experiences Reservations are governed by the **Experiences Guest Refund Policy**. See each **Additional Legal Term** or **Policy** for details about what is covered, and what refund applies in each situation.  You may appeal a decision by Airbnb by contacting our **customer service.**

### 2.2 Booking Modifications.

Guests and Hosts are responsible for any booking modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf ("**Booking Modifications**"), and agree to pay any additional amounts, fees, or taxes associated with any Booking Modification.

### 3. Your Responsibilities and Assumption of Risk.

### 3.1 Your Responsibilities.

You are responsible and liable for your own acts and omissions and are also responsible for the acts and omissions of anyone you invite to join or provide access to any Accommodation, all areas and facilities where the Accommodation is located that the Host and Guest are legally entitled to use in connection with the Accommodation ("**Common Areas**"), or any Experience or other Host Service. For example, this means: (i) you are responsible for leaving an Accommodation (and related personal property) or Common Areas in the condition it was in when you arrived, (ii) you are responsible for paying all reasonable Damage Claim amounts, and (iii) you must act with integrity, treat others with respect, and comply with applicable laws at all times. If you are booking for an additional guest who is a minor or if you bring a minor to a Host Service, you must be legally authorized to act on behalf of the minor and you are solely responsible for the supervision of that minor.

### 3.2 Your Assumption of Risk.

**You acknowledge that many activities carry inherent risks and agree that, to the maximum extent permitted by applicable law, you assume the entire risk arising out of your access to and use of the Airbnb Platform and any Content (as defined in Section 9), including your stay at any Accommodation, participation in any Experience, use of any other Host Service, or any other interaction you have with other Members whether in person or online. This means it is your responsibility to investigate a Host Service to determine whether it is suitable for you. For example, Host Services may carry risk of illness, bodily injury, disability, or death, and you freely and willfully assume those risks by choosing to participate in those Host Services.**

## Host Terms

## 4. Hosting on Airbnb.

### 4.1 Host.

As a Host, Airbnb offers you the right to use the Airbnb Platform in accordance with these Terms to share your Accommodation, Experience, or other Host Service with our vibrant community of Guests - and earn money doing it. It's easy to create a Listing and you are in control of how you host - set your price, availability, and rules for each Listing.

### 4.2 Contracting with Guests.

When you accept a booking request, or receive a booking confirmation through the Airbnb Platform, you are entering into a contract directly with the Guest, and are responsible for delivering

the Host Service under the terms and at the price specified in your Listing. You are also agreeing to pay applicable fees like **Airbnb's service fee** (and applicable **guest taxes**) for each booking. Airbnb Payments will deduct amounts you owe from your payout unless we and you agree to a different method. Any terms or conditions that you include in any supplemental contract with Guests must: (i) be consistent with these Terms, our **Additional Legal Terms**, **Policies**, and the information provided in your Listing, and (ii) be prominently disclosed in your Listing description.

### 4.3 Independence of Hosts.

Your relationship with Airbnb is that of an independent individual or entity and not an employee, agent, joint venturer, or partner of Airbnb, except that Airbnb Payments acts as a payment collection agent as described in the Payments Terms. Airbnb does not direct or control your Host Service, and you understand that you have complete discretion whether and when to provide Host Services, and at what price and on what terms to offer them.

## 5. Managing Your Listing.

### 5.1 Creating and Managing Your Listing

The Airbnb Platform provides tools that make it easy for you to set up and manage a Listing. Your Listing must include complete and accurate information about your Host Service, your price, other charges like cleaning fees, resort fees, **offline fees,** and any rules or requirements that apply to your Guests or Listing. You are responsible for your acts or omissions as well as keeping your Listing information (including calendar availability) and content (like photos) up-to-date and accurate at all times. You are responsible for obtaining appropriate insurance for your Host Services and we suggest you carefully review policy terms and conditions including coverage details and exclusions. You may only maintain one Listing per Accommodation, but may have multiple Listings for a single property if it has multiple places to stay. Any offer of an Experience is subject to our **Additional Terms for Experience Hosts**.

### 5.2 Know Your Legal Obligations.

You are responsible for understanding and complying with any laws, rules, regulations, and contracts with third parties that apply to your Listing or Host Services. For example: Some landlords and leases, or homeowner and condominium association rules, restrict or prohibit subletting, short-term rentals and/or longer-term stays. Some cities have zoning or other laws that restrict the short-term rental of residential properties. Some jurisdictions require Hosts to register, get a permit, or obtain a license before providing certain Host Services (such as short-term rentals, longer-term stays, preparing food, serving alcohol for sale, guiding tours, or operating a vehicle). In some places, the Host Services you want to offer may be prohibited altogether. Some jurisdictions require that you register Guests who stay at your Accommodation. Some jurisdictions have laws that create tenancy rights for Guests and additional obligations for Hosts. For example, some places have landlord-tenant, rent control, and eviction laws that may apply to longer stays. Check

your local rules to learn what rules apply to the Host Services you plan to offer. Information we provide regarding legal requirements is for informational purposes only and you should independently confirm your obligations. You are responsible for handling and using personal data of Guests and others in compliance with applicable privacy laws and these Terms, including our **Host Privacy Standards**. If you have questions about how local laws apply you should always seek legal advice.

### 5.3 Search Results.

The ranking of Listings in search results on the Airbnb Platform depends on a variety of factors, including these main parameters:

- Guest search parameters (e.g. number of Guests, destination, time and duration of the trip, price range),

- Listing characteristics (e.g. price, calendar availability, number and quality of images, Reviews, type of Host Service, Host status, length of time the Listing has been live on the Airbnb Platform, Guest engagement and popularity),

- Guest experience (e.g. customer service and cancellation history of the Host, ease of booking),

- Host and Listing requirements (e.g. minimum or maximum nights, booking cut-off time), and

- Guest preferences and history (e.g. previous trips, viewed and saved Listings, location from where the Guest is searching).

Search results may be different on our mobile application than on our website, and may also differ in the map view. Airbnb may allow Hosts to promote their Listings in search or elsewhere on the Airbnb Platform by paying an additional fee. More information about the factors that determine how your Listing appears in search results, our current promotional programs (if any), and how we identify promoted Content can be found in our **Help Center**.

### 5.4 Your Responsibilities.

You are responsible and liable for your own acts and omissions and are also responsible for the acts and omissions of anyone you allow to participate in providing your Host Services. You are responsible for setting your price and establishing rules and requirements for your Listing. You must describe any and all fees and charges in your Listing description and may not collect any additional fees or charges outside the Airbnb Platform except those expressly authorized by our **Offline Fee Policy**. Do not encourage Guests to create third-party accounts, submit reviews, provide their contact information, or take other actions outside the Airbnb Platform in violation of our **Off-Platform Policy**.

### 5.5 Hosting as a Team or Organization.

If you work with a co-host or host as part of a team, business, or other organization, you are responsible and liable as a Host under these Terms for the acts and omissions of each entity and individual who participates in providing your Host Services and you are responsible for informing personnel engaged by you to deliver any Host Services of your obligations under these Terms. If you accept terms or enter into contracts with third parties, you represent and warrant that you are authorized to enter into contracts for and bind your team, business or other organization, and that each entity you use is in good standing under the laws of the place where it is established. If you perform other functions, you represent and warrant that you are authorized to perform those functions. If you instruct Airbnb to transfer a portion of your payout to a co-host or other Hosts, or send payments to someone else, you must be authorized to do so, and are responsible and liable for the payment amounts and accuracy of any payout information you provide.

### 5.6 Your Assumption of Risk.

**You acknowledge that hosting carries inherent risks and agree that you assume the entire risk arising out of your access to and use of the Airbnb Platform, offering Host Services, or any interaction you have with other Members whether in person or online. You agree that you have had the opportunity to investigate the Airbnb Platform and any laws, rules, regulations, or obligations that may be applicable to your Listings or Host Services and that you are not relying upon any statement of law made by Airbnb.**

## 6. Cancellations, Reservation Issues, and Booking Modifications.

### 6.1 Cancellations and Reservation Issues.

In general, if a Guest cancels a Reservation, the amount paid to you is determined by the cancellation policy that applies to that Reservation. As a host, you should not cancel on a Guest without a valid reason under our Major Disruptive Events Policy or applicable law. If you cancel on a Guest without such a valid reason, we may impose a cancellation fee and other consequences. If: (i) a Guest experiences a Reservation Issue (as defined by the Rebooking and Refund Policy), (ii) a Major Disruptive Event arises, or (iii) a Reservation is canceled under Section 12 of these Terms, the amount you are paid will be reduced by the amount we refund or otherwise provide to the Guest, and by any other reasonable costs we incur as a result of the cancellation. If a Guest receives a refund after you have already been paid, or the amount of the refund and other costs incurred by Airbnb exceeds your payout, Airbnb (via Airbnb Payments) may recover that amount from you, including by deducting the refund against your future payouts. You agree that Airbnb's Rebooking and Refund Policy, Major Disruptive Events Policy, and these Terms preempt the cancellation policy you set in situations where they allow for the cancellation of a Reservation and/or the issuance of refunds to Guests. If we reasonably expect to provide a refund to a Guest under one of these policies, we may delay release of any payout for that Reservation until a refund decision is made. If you Host an Experience please note that the Experience Cancellation Policy, Experiences Guest Refund Policy and different cancellation fees and consequences apply to your

Reservations. See each __Policy__ for details about what is covered, and what your payout will be in each situation.

### 6.2 Booking Modifications.

Hosts and Guests are responsible for any Booking Modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf, and agree to pay any additional amounts, fees or taxes associated with a Booking Modification.

## 7. Taxes.

### 7.1 Host Taxes.

As a Host, you are responsible for determining and fulfilling your obligations under applicable laws to report, collect, remit, or include in your price any applicable VAT or other indirect taxes, occupancy taxes, tourist, income, or other taxes ("**Taxes**").

### 7.2 Collection and Remittance by Airbnb.

In jurisdictions where Airbnb facilitates the collection and/or remittance of Taxes on behalf of Hosts, you instruct and authorize Airbnb to collect Taxes on your behalf, and/or to remit such Taxes to the relevant Tax authority. Any Taxes that are collected and/or remitted by Airbnb are identified to Members on their transaction records, as applicable. Airbnb may seek additional amounts from Members (including by deducting such amounts from future payouts) when the Taxes collected and/or remitted are insufficient to fully discharge that Members' tax obligations, and you agree that your sole remedy for Taxes collected by Airbnb is a refund from the applicable Tax authority. You acknowledge and agree that we retain the right, with prior notice to affected Members, to cease the collection and remittance of Taxes in any jurisdiction for any reason.

### 7.3 Tax Information.

In certain jurisdictions, Tax regulations may require that we collect and/or report Tax information about you, or withhold Taxes from payouts to you, or both. If you fail to provide us with documentation that we determine to be sufficient to support any such obligation to withhold Taxes from payouts to you, we may withhold payouts up to the amount as required by law, until sufficient documentation is provided. You agree that Airbnb may issue on your behalf invoices or similar documentation for VAT, GST, consumption or other Taxes for your Host Services to facilitate accurate tax reporting.

## General Terms

## 8. Reviews.

After each Host Service, Guests and Hosts will have an opportunity to review each other. Your Review must be accurate and may not contain any discriminatory, offensive, defamatory, or other language that violates these Terms, applicable law, or our **Content Policy** or **Review Policy**. Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

## 9. Content.

Parts of the Airbnb Platform enable you to provide feedback, text, photos, audio, video, information, and other content ("**Content**"). By providing Content, in whatever form and through whatever means, you grant Airbnb a non-exclusive, worldwide, royalty-free, perpetual, sub-licensable and transferable license to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit, in any manner such that Content to provide and/or promote the Airbnb Platform, in any media or platform, known or unknown to date and in particular on Internet and social networks. If Content includes personal information, such Content will only be used for these purposes if such use complies with applicable data protection laws in accordance with our **Privacy Policy**. Where Airbnb (including its affiliates) pays for the creation of Content or facilitates its creation, Airbnb (including its affiliates) may own that Content, in which case supplemental terms or disclosures will say that. You are solely responsible for all Content that you provide and warrant that you either own it or are authorized to grant Airbnb (including its affiliates) the rights described in these Terms. You are responsible and liable if any of your Content violates or infringes the intellectual property or privacy rights of any third party. Content must comply with our **Content Policy** and **Nondiscrimination Policy,** which prohibit, among other things, discriminatory, obscene, harassing, deceptive, violent, and illegal content. You agree that Airbnb may make available services or automated tools to translate Content and that your Content may be translated using such services or tools. Airbnb does not guarantee the accuracy or quality of translations and Members are responsible for confirming the accuracy of such translations.

## 10. Fees.

Airbnb may charge fees (and applicable Taxes) to Hosts and Guests for the right to use the Airbnb Platform. More information about when service fees apply and how they are calculated can be found on our **Service Fees page**. Any applicable fees are disclosed to Guests before making a Booking. Except as otherwise provided on the Airbnb Platform, service fees are non-refundable. Airbnb reserves the right to change the service fees at any time, and will provide Members notice of any fee changes before they become effective. Fee changes will not affect bookings made prior to the effective date of the fee change. If you disagree with a fee change you may terminate this agreement at any time pursuant to Section 12.2.

## 11. Airbnb Platform Rules.

**11.1 Rules.**

You must follow these rules and must not help or induce others to break or circumvent these rules.

- Act with integrity and treat others with respect
    - Do not lie, misrepresent something or someone, or pretend to be someone else.
    - Be polite and respectful when you communicate or interact with others.
    - Do not attempt to evade enforcement of these Terms, our **Additional Legal Terms**, **Policies**, or our **Standards**, such as by creating a duplicate account or listings.
    - Follow our **Nondiscrimination Policy** and do not discriminate against or harass others.

- Do not scrape, hack, reverse engineer, compromise or impair the Airbnb Platform
    - Do not use bots, crawlers, scrapers, or other automated means to access or collect data or other content from or otherwise interact with the Airbnb Platform.
    - Do not hack, avoid, remove, impair, or otherwise attempt to circumvent any security or technological measure used to protect the Airbnb Platform or Content.
    - Do not decipher, decompile, disassemble, or reverse engineer any of the software or hardware used to provide the Airbnb Platform.
    - Do not take any action that could damage or adversely affect the performance or proper functioning of the Airbnb Platform.

- Only use the Airbnb Platform as authorized by these Terms or another agreement with us
    - You may only use another Member's personal information as necessary to facilitate a transaction using the Airbnb Platform as authorized by these Terms.
    - Do not use the Airbnb Platform, our messaging tools, or Members' personal information to send commercial messages without their express consent.
    - You may use Content made available through the Airbnb Platform solely as necessary to enable your use of the Airbnb Platform as a Guest or Host.
    - Do not use Content unless you have permission from the Content owner or the use is authorized by us in these Terms or another agreement you have with us.
    - Do not request, make, or accept a booking or any payment outside of the Airbnb Platform to avoid paying fees, taxes or for any other reason. See our **Offline Fee Policy** for exceptions.
    - Do not require or encourage Guests to open an account, leave a review, complete a survey, or otherwise interact, with a third party website, application or service before, during or after a Reservation, unless authorized by Airbnb.
    - Do not engage in any practices that are intended to manipulate our search algorithm.
    - Do not book Host Services unless you are actually using the Host Services.

- Do not use, copy, display, mirror or frame the Airbnb Platform, any Content, any Airbnb branding, or any page layout or design without our consent.

- Honor your legal obligations
  - Understand and follow the laws that apply to you, including privacy, data protection, and export laws.

  - If you provide us with someone else's personal information, you: (i) must do so in compliance with applicable law, (ii) must be authorized to do so, and (iii) authorize us to process that information under our **Privacy Policy**.

  - Read and follow our Terms, **Additional Legal Terms**, **Policies**, and **Standards**.

  - Do not organize or facilitate unauthorized parties or events. You are responsible and liable for any party or event during your Reservation that violates our **rules for parties and events**, as incorporated by reference herein.

  - Do not use the name, logo, branding, or trademarks of Airbnb or others without permission, and only as set forth in our **Trademark Guidelines**.

  - Do not use or register any domain name, social media handle, trade name, trademark, branding, logo, or other source identifier that is confusingly similar to any Airbnb trademarks, logos or branding. See our **Trademark Guidelines** for additional details.

  - Do not offer Host Services that violate the laws or agreements that apply to you.

  - Do not offer or solicit prostitution or participate in or facilitate human trafficking.

## 11.2 Reporting Violations.

If you believe that a Member, Listing or Content poses an imminent risk of harm to a person or property, you should immediately contact local authorities before contacting Airbnb. In addition, if you believe that a Member, Listing or Content has violated our **Standards**, you should report your concerns to Airbnb. If you reported an issue to local authorities, Airbnb may request a copy of that report. Except as required by law, we are not obligated to take action in response to any report.

## 11.3 Copyright Notifications.

If you believe that Content on the Airbnb Platform infringes copyrights, please notify us in accordance with our **Copyright Policy**.

# 12. Termination, Suspension and other Measures.

## 12.1 Term.

The agreement between you and Airbnb reflected by these Terms is effective when you access the Airbnb Platform (for example to create an account) and remains in effect until either you or we terminate the agreement in accordance with these Terms.

## 12.2 Termination.

You may terminate this agreement at any time by sending us __an email__ or by deleting your account. Airbnb may terminate this agreement and your account for any reason by providing you 30 days' notice via email or using any other contact information you have provided for your account. Airbnb may also terminate this agreement immediately and without notice and stop providing access to the Airbnb Platform if you breach these Terms, you violate our __Additional Legal Terms__, or __Policies__, you violate applicable laws, or we reasonably believe termination is necessary to protect Airbnb, its Members, or third parties. If your account has been inactive for more than two years, we may terminate your account without prior notice.

## 12.3 Member Violations.

If (i) you breach these Terms, our __Additional Legal Terms__, __Policies__, or our __Standards__, (ii) you violate applicable laws, regulations, or third-party rights, or (iii) Airbnb believes it is reasonably necessary to protect Airbnb, its Members, or third parties; Airbnb (or its affiliates) may, with or without prior notice:

- suspend or limit your access to or use of the Airbnb Platform and/or your account;

- suspend, remove, disable access to, or restrict visibility of Listings, Reviews, or other Content;

- cancel pending or confirmed bookings; or

- suspend or revoke any special status associated with your account.

For minor violations or where otherwise appropriate as Airbnb (or its affiliates) determines in its sole discretion, you will be given notice of any intended measure by Airbnb and an opportunity to resolve the issue. You may appeal actions taken by us under this Section by contacting customer service. If a Reservation is canceled under this Section, the amount paid to the Host will be reduced by the amount we refund or otherwise provide to the Guest, and by any other costs we incur as a result of the cancellation.

## 12.4 Legal Mandates.

Airbnb may take any action it determines is reasonably necessary to comply with applicable law, or the order or request of a court, law enforcement, or other administrative agency or governmental body, including the measures described above in Section 12.3.

## 12.5 Effect of Termination.

If you are a Host and terminate your Airbnb account, any confirmed booking(s) will be automatically canceled and your Guests will receive a full refund. If you terminate your account as a Guest, any confirmed booking(s) will be automatically canceled and any refund will depend upon the terms of the Reservation's cancellation policy. When this agreement has been terminated, you are not entitled to a restoration of your account or any of your Content. If your access to or use of the Airbnb Platform has been limited, or your Airbnb account has been suspended, or this agreement has been terminated by us, you may not register a new account or access or use the Airbnb Platform through an account of another Member.

### 12.6 Survival.

Parts of these Terms that by their nature survive termination, will survive termination of this agreement, including Sections 1 through 25.

## 13. Modification.

Airbnb may modify these Terms at any time. When we make material changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will also provide you with notice of any material changes by email, notifications through the Airbnb Platform, messaging service, or any other contact method made available by us and selected by you at least 30 days before the date they become effective. If you disagree with the revised Terms, you may terminate this agreement immediately as provided in these Terms. If you do not terminate your agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platform will constitute acceptance of the revised Terms.

## 14. Resolving Complaints and Damage Claims.

If a Member provides valid evidence that you, your guest(s), or your pet(s) have:

(i) damaged the complaining Member's, or the Accommodation owner's (where the Accommodation owner is not also the Host), real or personal property, or real or personal property the complaining Member is responsible for, or has an economic interest in; or

(ii) caused loss of booking income for bookings via the Airbnb Platform or other consequential damages which result directly from the damage caused under (i) above; or

(iii) otherwise caused the complaining Member to incur cleaning costs in excess of the Member's cleaning fee (each of (i), (ii), and (iii) being a ("**Damage Claim**"),

the complaining Member can notify Airbnb and/or seek compensation through the **Resolution Center**. You will be notified of the Damage Claim and given an opportunity to respond. If you agree to pay, or if the Damage Claim is escalated to Airbnb and Airbnb determines in its sole discretion that the Damage Claim is valid and you are responsible for the Damage Claim, Airbnb via Airbnb Payments can collect the amount of the Damage Claim from you. You agree that Airbnb may seek to recover from you under any insurance policies you maintain and that Airbnb may also pursue

against you any remedies it may have available under applicable law, including referral of the matter to a collections agency, and/or pursuit of available causes of action and/or claims against you. You agree to cooperate in good faith, provide any information Airbnb requests, execute documents, and take further reasonable action, in connection with Damage Claims, Member complaints, claims under insurance policies, or other claims related to your provision or use of Host Services.

## 15. Airbnb's Role.

We offer you the right to use a platform that enables Members to publish, offer, search for, and book Host Services. While we work hard to ensure our Members have great experiences using Airbnb, we do not and cannot control the conduct of Guests and Hosts. You acknowledge that Airbnb (or its affiliates) has the right, but does not have any obligation, to monitor the use of the Airbnb Platform and verify information provided by our Members. For example, we may review, disable access to, remove, or edit Content to: (i) operate, secure and improve the Airbnb Platform (including for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) address Content that we determine is harmful or objectionable; (v) take actions set out in these Terms; and (vi) maintain and enforce any quality or eligibility criteria, including by removing Listings that don't meet quality and eligibility criteria. Members acknowledge and agree that Airbnb administers its **Additional Legal Terms**, **Policies** (such as our **Major Disruptive Events Policy**) and **Standards** (such as **basic requirements for hosts**), including decisions about whether and how to apply them to a particular situation, at its sole discretion. Members agree to cooperate with and assist Airbnb (or its affiliates) in good faith, and to provide us with such information and take such actions as may be reasonably requested by us with respect to any investigation undertaken by us regarding the use or abuse of the Airbnb Platform. Airbnb is not acting as an agent for any Member except for where Airbnb Payments acts as a collection agent as provided in the Payments Terms.

## 16. Member Accounts.

You must register an account to access and use many features of the Airbnb Platform. Registration is only permitted for legal entities, partnerships and natural persons who are 18 years or older. You represent and warrant that you are not a person or entity barred from using the Airbnb Platform under the laws of the United States, your place of residence, or any other applicable jurisdiction. You must provide accurate, current, and complete information during registration and keep your account information up-to-date. You may not transfer your account to someone else. You are responsible for maintaining the confidentiality and security of your account credentials and may not disclose your credentials to any third party. You are responsible and liable for activities conducted through your account and must immediately notify Airbnb if you suspect that your credentials have been lost, stolen, or your account is otherwise compromised. If and as permitted by applicable law, we may, but have no obligation to (i) ask you to provide identification or other information, (ii) undertake checks designed to help verify your identity or background, (iii) screen

you against third-party databases or other sources and request reports from service providers, and (iv) obtain reports from public records of criminal convictions or sex offender registrations or their local equivalents.

## 17. Disclaimer of Warranties.

The Airbnb Platform and all Content are provided "as is" without warranty of any kind and Airbnb (or its affiliates) disclaim all warranties, whether express or implied. For example: (i) we do not endorse or warrant the existence, conduct, performance, safety, quality, legality or suitability of any Guest, Host, Host Service, Listing or third party; (ii) we do not warrant the performance or non-interruption of the Airbnb Platform; and (iii) we do not warrant that verification, identity or background checks conducted on Listings or Members (if any) will identify past misconduct or prevent future misconduct. Any references to a Member or Listing being "verified" (or similar language) indicate only that the Member or Listing or Airbnb (or its affiliates) has completed a relevant verification or identification process and nothing else. The disclaimers in these Terms apply to the maximum extent permitted by law. If you have statutory rights or warranties Airbnb (or its affiliates) cannot disclaim, the duration of any such statutorily required rights or warranties, will be limited to the maximum extent permitted by law.

## 18. Limitations on Liability.

Neither Airbnb (including its affiliates and personnel) nor any other party involved in creating, producing, or delivering the Airbnb Platform or any Content will be liable for any incidental, special, exemplary or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services, or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Terms, (ii) the use of or inability to use the Airbnb Platform or any Content, (iii) any communications, interactions or meetings you may have with someone you interact or meet with through, or as a result of, your use of the Airbnb Platform, or (iv) publishing or booking of a Listing, including the provision or use of Host Services, whether based on warranty, contract, tort (including negligence), product liability or any other legal theory, and whether or not Airbnb has been informed of the possibility of such damage, even if a limited remedy set out in these Terms is found to have failed of its essential purpose.

Except for our obligation to transmit payments to Hosts under these Terms, or make payments under the Airbnb Host Damage Protection, in no event will Airbnb's aggregate liability for any claim or dispute arising out of or in connection with these Terms, your interaction with any Members, or your use of or inability to use the Airbnb Platform, any Content, or any Host Service, exceed: (A) to Guests, the amount you paid as a Guest during the 12-month period prior to the event giving rise to the liability, (B) to Hosts, the amount paid to you as a Host in the 12-month period prior to the event giving rise to the liability, or (C) to anyone else, one hundred U.S. dollars (US$100).

**These limitations of liability and damages are fundamental elements of the agreement between you and Airbnb. If applicable law does not allow the limitations of liability set out in these Terms, the above limitations may not apply to you.**

## 19. Indemnification.

**To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb (including Airbnb Payments, other affiliates, and their personnel) harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with: (i) your breach of these Terms (including any supplemental or additional terms that apply to a product or feature) or our** <u>Additional Legal Terms</u>**,** <u>Policies</u> **or** <u>Standards</u>**, (ii) your improper use of the Airbnb Platform, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience or other Host Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, (iv) your failure, or our failure at your direction, to accurately report, collect or remit Taxes, or (v) your breach of any laws, regulations or third party rights such as intellectual property or privacy rights.**

## 20. Contracting Entities.

Based on your country of residence or establishment and what you are doing on the Airbnb Platform, Schedule 1 below sets out the Airbnb entity with whom you are contracting. If we identify through the Airbnb Platform, an Airbnb entity other than the one set out on Schedule 1 as being responsible for a product, feature or transaction, the Airbnb entity so identified is your contracting entity with respect to that product, feature or transaction. If you change your country of residence or establishment, the Airbnb company you contract with (as set out on Schedule 1) and the applicable version of the Terms of Service will be determined by your new country of residence or establishment, from the date on which your country of residence or establishment changes.

## 21. United States Governing Law and Venue.

If you reside or have your place of establishment in the United States, these Terms will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other than small claims actions) that are excluded from the arbitration agreement in Section 22 must be brought in state or federal court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue and personal jurisdiction in San Francisco, California.

## 22. United States Dispute Resolution and Arbitration Agreement.

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY PROVIDE THAT YOU AND AIRBNB AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION AND INCLUDE A CLASS ACTION WAIVER AND JURY TRIAL WAIVER. This Arbitration Agreement supersedes all prior versions.

### 22.1 Application.

This Arbitration Agreement only applies to you if your country of residence or establishment is the United States. If your country of residence or establishment is not the United States, and you nevertheless attempt to bring any legal claim against Airbnb in the United States, this Arbitration Agreement will apply for determination of the threshold issue of whether this Section 22 applies to you, and all other threshold determinations, including residency, arbitrability, venue, and applicable law.

### 22.2 Overview of Dispute Resolution Process.

Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom this Section 22 applies: (1) an informal negotiation directly with Airbnb's customer service team (described in paragraph 22.3, below), and if necessary (2) a binding arbitration in accordance with the terms of this Arbitration Agreement. You and Airbnb each retain the right to seek resolution of the dispute in small claims court as an alternative to arbitration.

### 22.3 Mandatory Pre-Arbitration Dispute Resolution and Notification.

At least 30 days prior to initiating an arbitration, you and Airbnb each agree to send the other party an individualized notice of the dispute in writing ("**Pre-Dispute Notice**") and attempt in good faith to negotiate an informal resolution of the individual claim. You must send your Pre-Dispute Notice to Airbnb by mailing it to Airbnb's agent for service: **CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833**. Airbnb will send its Pre-Dispute Notice to the email address associated with your Airbnb account. A Pre-Dispute Notice must include: the date, your name, mailing address, your Airbnb username, the email address you used to set up your Airbnb account, your signature, a brief description of the dispute, and the relief sought. If the parties are unable to resolve the dispute within the 30-day period, only then may either party commence arbitration by filing a written demand for arbitration with the arbitration provider designated pursuant to Section 22.6, below. A claimant's Pre-Dispute Notice requirement is a prerequisite to any arbitration, and a copy of the Pre-Dispute Notice and evidence that it was sent as required by this Section must be attached to any arbitration demand.

### 22.4 Agreement to Arbitrate.

**You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or any use of the Airbnb Platform, Host Services, or any Content (collectively,**

**"Disputes") will be settled by binding arbitration on an individual basis (the** "Arbitration **Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute, you and Airbnb agree that an arbitrator will decide that issue. For the avoidance of doubt, you and Airbnb agree that any question regarding arbitrability and the formation, enforceability, validity, scope, or interpretation of all or part of this Section 22, including any dispute over compliance with the Pre-Dispute Notice requirement and a party's responsibility to pay arbitration fees, shall be resolved exclusively by an arbitrator.**

## 22.5 Exceptions to Arbitration Agreement.

You and Airbnb each agree that the following causes of action and/or claims for relief are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction (as defined by Section 22): (i) any claim or cause of action alleging actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) any claim or cause of action seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack); or (iii) a request for the remedy of public injunctive relief; (iv) any claim or cause of action for vexatious litigation; or (v) any individual claim of sexual assault or sexual harassment arising from your use of the Airbnb Platform or Host Services. You and Airbnb agree that any request for the remedy of public injunctive relief will proceed after the arbitration of all arbitrable claims, remedies, or causes of action, and will be stayed pending the outcome of the arbitration pursuant to section 3 of the Federal Arbitration Act.

## 22.6 Arbitration Forum Rules and Governing Law.

This Arbitration Agreement evidences a transaction in interstate commerce and the Federal Arbitration Act governs all substantive and procedural interpretation and enforcement of this Arbitration Agreement, and not state law. The arbitration will be administered by ADR Services, Inc. ("**ADR**") ([www.adrservices.com](www.adrservices.com)) in accordance with Rules 1, 6–7, 8–9, and 11–12, 45, 54, and 56 of the Federal Rules of Civil Procedure ("Selected **Federal Rules**") ([https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure](https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure)) and ADR's Arbitration Rules then in effect (the "**ADR Rules**"), except as the Selected Federal Rules or ADR Rules are modified by or conflict with this Arbitration Agreement. The ADR Rules are available at [www.adrservices.com](www.adrservices.com). If an arbitration demand is submitted to ADR Services in accordance with this agreement and the ADR Rules, and ADR Services cannot or will not administer the arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Selected Federal Rules and the AAA's Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at [www.adr.org](www.adr.org). If the AAA cannot and will not administer the arbitration, you and Airbnb shall confer and select an alternative arbitral forum, and if we are unable to agree, either you or Airbnb may ask a court to appoint an arbitrator pursuant to 9 U.S.C. § 5. In that event, the arbitration will be conducted in accordance with the rules of the appointed arbitral forum, unless those rules are inconsistent with the provisions of this Arbitration Agreement.

### 22.7 Modification of Arbitration Rules - Arbitration Hearing/Location.

In order to make the arbitration most cost-effective, efficient, and convenient, any required arbitration hearing in an arbitration wherein the amount in controversy does not exceed $1,000,000 shall be conducted remotely via video conference except as otherwise agreed by the parties or instructed by the arbitrator. Any required arbitration hearing in an arbitration wherein the amount in controversy exceeds $1,000,000 shall be conducted in San Francisco County except as otherwise agreed by the parties or instructed by the arbitrator. If the amount in controversy is $10,000 or less, the parties agree to proceed solely on the submission of documents to the arbitrator.

### 22.8 Modification of Arbitration Rules - Arbitration Fees and Costs.

Your arbitration fees and your share of arbitrator compensation shall be governed by the ADR Rules and the ADR Services fee schedule (available at www.adrservices.com). If you have a gross monthly income of less than 300% of the federal poverty guidelines, you are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. You may request a fee waiver by providing the arbitration provider with a declaration under oath stating your monthly income and the number of persons in your household. If a fee waiver is granted by the arbitration provider and you provide Airbnb with documents necessary to prove that your gross monthly income is less than 300% of the federal poverty guidelines, Airbnb will pay your share of any arbitrator fees.

### 22.9 Modification of Arbitration Rules - Claims Brought for an Improper Purpose or In Violation of This Arbitration Agreement.

Either party may make a request that the arbitrator impose sanctions upon proving that the other party or its attorney(s) has asserted a claim or defense that is groundless in fact or law, brought in bad faith or for the purpose of harassment, or is otherwise frivolous. As allowed by applicable law, the arbitrator shall impose sanctions equal to the requesting party's reasonable attorneys' fees and costs upon finding that a claim or defense is groundless in fact or law, brought in bad faith or for the purpose of harassment, asserted in violation of Fed. R. Civ. P. 11(b) (treating the arbitrator as "the court"), or is otherwise frivolous. Either party may seek dismissal of any arbitration filed in violation of any provision of this Arbitration Agreement. Either party may assert in arbitration a counterclaim for the other party's initiation of proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement. Upon finding that a party has initiated proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement, the arbitrator shall award the other party its actual damages, including but not limited to reasonable attorneys' fees and costs.

### 22.10 Arbitrator's Decision.

The arbitrator will issue a written decision which shall include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award any relief allowed by law or the ADR

Rules, but declaratory or injunctive relief may be awarded only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

### 22.11 Jury Trial Waiver.

You and Airbnb acknowledge and agree that both parties are each waiving the right to a trial by jury as to all arbitrable Disputes.

### 22.12 No Class Actions or Representative Proceedings.

You and Airbnb acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative or consolidated proceeding. Unless we agree in writing or as provided in this agreement, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If there is a final judicial determination that applicable law precludes enforcement of the waiver contained in this paragraph as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy, and only that claim, cause of action or requested remedy, will be severed from this agreement to arbitrate and will be brought in a court of competent jurisdiction. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and we agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator.

### 22.13 Mass Action Waiver.

You and Airbnb acknowledge and agree that the relative benefits and efficiencies of arbitration may be lost when 100 or more arbitration claims are filed within 180 days which (1) involve the same or similarly situated parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, alleged violations or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties ("**Mass Action**"). Accordingly, you and Airbnb agree to waive the right to have any Dispute administered, arbitrated, or resolved as part of a Mass Action (though Sections 21 and 22.12 of these Terms will continue to apply to the Dispute). In case of a dispute, the appointed arbitrator for the first matter instituted within a set of claims identified by either party shall decide whether those claims are part of a Mass Action. If no arbitrator has yet been appointed, an arbitrator shall be appointed solely to determine whether claims identified by either party are part of a Mass Action. Nothing in this provision prevents you or Airbnb from participating in a mass settlement of claims.

### 22.14 Modification of Arbitration Rules – Mass Action Batching Requirements.

If for any reason, notwithstanding Section 22.13, an arbitration proceeds as part of a Mass Action, the parties shall group the arbitration demands into batches of no more than 200. The batches

shall be determined by listing the claimants' alphabetically (by last name or business name, as applicable)—for example, the first 200 claimants listed will be the first batch, the next 200 claimants listed will be the second batch, and so forth. The parties shall randomly assign each batch a sequential number and arbitrate the batches one at a time, in sequential order. While one batch is being arbitrated, the arbitration provider shall hold the remainder in abeyance unless otherwise agreed by the parties or instructed by the arbitration provider. Each batch shall be resolved within 240 days of the pre-hearing conference for that batch. Notwithstanding the forgoing, if any claimant's demand has not been the subject of a pre-hearing conference within 2 years of the latest-filed demand in the Mass Action, such claimant may elect to pursue the claims asserted in the claimant's demand in court subject to Sections 21 and 22.12 of these Terms.

## 22.15 Modifications of Arbitration Rules - Offers of Judgment.

At least 10 days before the date set for the arbitration hearing, you or Airbnb may serve a written offer of judgment on the other party to allow judgment on specified terms. If the offer is accepted, the offer with proof of acceptance shall be submitted to the arbitration provider, who shall issue an award accordingly. If the offer is not accepted prior to the arbitration hearing or within 30 days after it is made, whichever occurs first, it shall be deemed withdrawn and cannot be given as evidence in the arbitration, other than with respect to costs (including all fees paid to the arbitration provider). If an offer made by one party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party shall not recover their post-offer costs and shall pay the offering party's costs (including all fees paid to the arbitration provider) from the time of the offer.

## 22.16 Severability.

Except as provided in Section 22.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision will be severed and the remainder of the Arbitration Agreement will be given full force and effect.

## 22.17 Amendment to Agreement to Arbitrate.

If Airbnb amends this Section 22 after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject the change by sending us written notice no later than 30 days of the date the change is effective. Your notice must include your name, mailing address, the date of the notice, your Airbnb username, the email address you used to set up your Airbnb account, your signature, and an unequivocal statement that you want to opt out of the amended Section 22. You must either mail your notice to this address: 888 Brannan St, San Francisco, CA 94103, Attn: Arbitration Opt-Out, or email the opt-out notice to arbitration.opt.out@airbnb.com. Rejecting a new change, however, does not revoke or alter your prior consent to any earlier agreements to arbitrate any Dispute between you and Airbnb (or your prior consent to any subsequent changes thereto), which will remain in effect and enforceable as to any Dispute between you and Airbnb.

**22.18 Survival.**

Except as provided in Section 22.12 and subject to Section 12.6, this Section 22 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb account.

# 23. China Governing Law and Dispute Resolution.

### 23.1 China Domestic Transactions.

If you reside or have your place of establishment in China, and are contracting with Airbnb China, these Terms and this Section 23.1 are governed by the laws of the People's Republic of China. In this situation, any dispute arising from or in connection with these Terms or use of the Airbnb Platform shall be submitted to the China International Economic and Trade Arbitration Commission ("**CIETAC**") for arbitration which shall be conducted in accordance with the Commission's arbitration rules in effect at the time of applying for arbitration. The arbitral award is final and binding upon both parties. The tribunal shall consist of three (3) arbitrators. The seat of the arbitration shall be Beijing. The language of the arbitration shall be English.

### 23.2 Cross-border Transactions.

If you reside or have your place of establishment in China, and are contracting with Airbnb, Inc., Airbnb Stays Inc., Airbnb Travel, LLC, Airbnb Global Holdings, Inc., Airbnb Singapore Private Limited, Luxury Retreats International ULC or any other non-China entity, these Terms and this Section 23.2 are governed by the laws of Singapore. In this situation, any dispute arising out of or in connection with these Terms or use of the Airbnb Platform, including any question regarding the existence, validity or termination of these Terms, shall be referred to and finally resolved by arbitration administered by the Singapore International Arbitration Centre ("**SIAC**") in accordance with the Arbitration Rules of the Singapore International Arbitration Centre ("**SIAC Rules**") for the time being in force, which rules are deemed to be incorporated by reference in this clause. The seat of the arbitration shall be Singapore. The Tribunal shall consist of three (3) arbitrators. The language of the arbitration shall be English.

### 23.3 Without Limitation Provisions.

The above Sections 23.1 and 23.2 are expressed to be without regard to conflict of laws provisions and shall not be construed to limit any rights which Airbnb (or its affiliates) may have to apply to any court of competent jurisdiction for any order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under the laws of Singapore, the People's Republic of China, or any other laws that may apply to you.

# 24. Brazil Governing Law and Venue

If you reside or have your place of establishment in Brazil, these Terms will be interpreted in accordance with the laws of Brazil, without regard to conflict-of-law provisions. Legal proceedings that you are able to bring against us arising from or in connection with these Terms may only be brought in a court located in Brazil.

## 25. Rest of World Dispute Resolution, Venue and Forum, and Governing Law.

If you reside or have your place of establishment outside of the United States, China, and Brazil, this Section applies to you and these Terms will be interpreted in accordance with Irish law. The application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) is excluded. If you are acting as an individual consumer and if mandatory statutory consumer protection regulations in your country of residence contain provisions that are more beneficial for you, such provisions shall apply irrespective of the choice of Irish law. As an individual consumer, you may bring any judicial proceedings relating to these Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in Ireland. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 26. Miscellaneous.

### 26.1 Other Terms Incorporated by Reference.

Our Host Damage Protection, Japan Host Insurance Terms, Rebooking and Refund Policy, Experiences Guest Refund Policy, Content Policy, Nondiscrimination Policy, Major Disruptive Events Policy, Additional Legal Terms, Policies, Standards and other supplemental policies and terms linked to in these Terms apply to your use of the Airbnb Platform, are incorporated by reference into this policy, and form part of your agreement with Airbnb.

### 26.2 Interpreting these Terms.

Except as they may be supplemented by additional terms, conditions, policies, guidelines, standards, and in-product disclosures, these Terms (including those items incorporated by reference) constitute the entire agreement between Airbnb and you pertaining to your access to or use of the Airbnb Platform and supersede any and all prior oral or written understandings or agreements between Airbnb and you. These Terms do not and are not intended to confer any rights or remedies upon anyone other than you and Airbnb. If any provision of these Terms is held to be invalid or unenforceable, except as otherwise indicated in Section 22.11 above, such provision will be struck and will not affect the validity and enforceability of the remaining provisions. Where the word "will" is used in these Terms it connotes an obligation with the same meaning as "shall."

### 26.3 No Waiver.

Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

### 26.4 Assignment.

You may not assign, transfer or delegate this agreement or your rights and obligations hereunder without Airbnb's prior written consent. Airbnb may without restriction assign, transfer or delegate this agreement and any rights and obligations hereunder, at its sole discretion, with 30 days' prior notice.

### 26.5 Notice.

Unless specified otherwise, any notices or other communications to Members permitted or required under this agreement, will be provided electronically and given by Airbnb via email, Airbnb Platform notification, messaging service (including SMS and WeChat), or any other contact method we enable and you provide. If a notification relates to a booking or Listing in Japan, you agree and acknowledge that such notifications via electronic means in lieu of a written statement, satisfies Airbnb's obligations under Article 59 (1) of the Japanese Housing Accommodation Business Act.

### 26.6 Third-Party Services.

The Airbnb Platform may contain links to third-party websites, applications, services or resources ("**Third-Party Services**") that are subject to different terms and privacy practices. Airbnb is not responsible or liable for any aspect of such Third-Party Services and links to such Third-Party Services are not an endorsement.

### 26.7 Google Terms.

Some translations on the Airbnb Platform are powered by Google. Google disclaims all warranties related to the translations, express or implied, including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and non-infringement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the **Google Maps/Google Earth Additional Terms of Service**.

### 26.8 Apple Terms.

If you access or download our application from the Apple App Store, you agree to **Apple's Licensed Application End User License Agreement**.

### 26.9 Platform Content.

Content made available through the Airbnb Platform, including without limitation trademarks, trade dress, inventions, algorithms, computer programs (in source code and object code), customer and marketing information and other content ("**Platform Content**"), whether registered or unregistered, which may be protected by copyright, trademark, patent, trade secrets, know how, and/or other laws of the United States and other countries. You acknowledge that all intellectual property rights for that Platform Content are the exclusive property of Airbnb and/or its licensors and agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices. You may not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit any Platform Content accessed through the Airbnb Platform except to the extent you are the legal owner of that Platform Content or as expressly permitted in these Terms. Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Airbnb Platform mobile application on your personal device(s); and (ii) access and view the Platform Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

### 26.10 Airbnb.org.

Airbnb.org is a nonprofit corporation exempt from income taxation under U.S. Internal Revenue Code Section 501(c)(3), operating as a public charity. Airbnb.org is not owned or controlled by Airbnb. Airbnb.org administers a number of charitable programs that benefit our Host and Guest communities and the public.

### 26.11 Force Majeure.

Airbnb shall not be liable for any delay or failure to perform resulting from abnormal or unforeseeable circumstances outside its reasonable control, the consequences of which would have been unavoidable despite all efforts to the contrary, including, but not limited to, acts of God, natural disasters, war, terrorism, riots, embargoes, acts of civil or military authorities, fire, floods, accidents, pandemics, epidemics or disease, strikes or shortages of transportation facilities, fuel, energy, labor or materials.

### 26.12 Emails and SMS.

You will receive administrative communications from us using the email address or other contact information you provide for your Airbnb account. Enrollment in additional email subscription programs will not affect the frequency of these administrative emails, though you should expect to receive additional emails specific to the program(s) to which you have subscribed. You may also receive promotional emails from us. No fee is charged for these promotional emails, but third-party data rates could apply. You can control whether you receive promotional emails using the notification preferences in your account settings. Please note that you will not be able to take advantage of certain promotions if you disable certain communication settings or do not have an

Airbnb account. In the U.S. if you consent to receive SMS (text messages) from us, you will be subject to our **SMS Terms**.

### 26.13 Contact Us.

If you have any questions about these Terms please **email us**.

## Schedule 1 - Contracting Entities

**Your Place of Resident or Establishment: United States**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
| --- | --- | --- |
| Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |

process or other product surface.

| | | |
|---|---|---|
| All other activities. | Airbnb, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |

**Your Place of Resident or Establishment: European Economic Area, Switzerland or the United Kingdom**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|
| Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |

process or other product surface.

| | | |
|---|---|---|
| All other activities. | Airbnb Ireland UC | 8 Hanover Quay, Dublin 2, Ireland |

**Your Place of Resident or Establishment: China (which for purposes of these Terms, refers to the People's Republic of China and does not include Hong Kong, Macau and Taiwan)**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|
| Booking or offering certain hotels or traditional accommodations, located outside of China, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |

| | | |
|---|---|---|
| process or other product surface. | | |
| Booking or offering of any other Host Service, located outside China. | From 2 August 2024 (CST): Airbnb Singapore Private Limited Prior to 2 August 2024 (CST): Airbnb Ireland UC | 158 Cecil Street, #14-01, Singapore 069545<br><br>8 Hanover Quay, Dublin 2, Ireland |
| Licensing of Content and/or Platform Content, and all other activities falling within scope of Sections 10 and 27.9 of these Terms | From 2 August 2024 (CST): Airbnb Global Holdings, Inc. Prior to 2 August 2024 (CST): Airbnb Ireland UC | 888 Brannan Street, San Francisco, CA 94103, United States<br><br>8 Hanover Quay, Dublin 2, Ireland |
| All other activities | From 2 August 2024 (CST): Airbnb Singapore Private Limited Prior to 2 August 2024 (CST): Airbnb Internet (Beijing) Co., Ltd. ("Airbnb China") | 158 Cecil Street, #14-01, Singapore 069545<br><br>01B, Unit 1401, 14th Floor, East Tower, World Financial Center, No.1, East Third Ring Middle Road Chaoyang District, Beijing, China 100020 |

**Your Place of Resident or Establishment: Japan**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|

| | | |
|---|---|---|
| Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering any other Host Service, located outside Japan. | Airbnb Ireland UC | 8 Hanover Quay, Dublin 2, Ireland |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing process or other product surface. | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |
| All other activities. | Airbnb Global Services Limited | 3 Dublin Landings, North Wall Quay, Dublin D01 H104, Ireland |

**Your Place of Resident or Establishment: Brazil (as of April 1, 2022)**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|
| Any booking, offering accommodations, or any other activity. | Airbnb Plataforma Digital Ltda. | Rua Aspicuelta 422, conjunto 51, CEP: 05433-010, São Paulo - SP - Brazil |

**Your Place of Resident or Establishment: All other countries and territories**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|
| Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |

| | | |
|---|---|---|
| process or other product surface. | | |
| All other activities. | Airbnb Ireland UC | 8 Hanover Quay, Dublin 2, Ireland |

# Terms of Service for European Users

As a consumer who resides in the EEA you can access the European Commission's online dispute resolution platform here: https://ec.europa.eu/consumers/odr. Please note that Airbnb is not committed nor obliged to use an alternative dispute resolution entity within the meaning of Directive 2013/11 EU to resolve disputes with consumers. The European Commission's online dispute resolution platform is not available for residents of Switzerland or the United Kingdom.

**Section 25 of these Terms contains an arbitration agreement and class action waiver that applies to all claims brought against Airbnb in the United States. Please read them carefully.**

Last Updated: January 25, 2024

Thank you for using Airbnb!

These Terms of Service for European Users ("**Terms**") are a binding legal agreement between you and Airbnb that govern your right to use the websites, applications, and other offerings from Airbnb (collectively, the "**Airbnb Platform**"). When used in these Terms, "**Airbnb**," "**we**," "**us**," or "**our**" refers to the Airbnb entity set out on Schedule 1 with whom you are contracting.

The Airbnb Platform offers an online venue that enables users ("**Members**") to publish, offer, search for, and book services. Members who publish and offer services are "**Hosts**" and Members who search for, book, or use services are "**Guests**." Hosts offer accommodations ("**Accommodations**"), activities, excursions and events ("**Experiences**"), and a variety of travel and other services (collectively, "**Host Services**," and each Host Service offering, a "**Listing**"). As the provider of the Airbnb Platform, Airbnb does not own, control, offer or manage any Listings, Host Services, or tourism services. Airbnb is not a party to the contracts entered into directly between Hosts and Guests, nor is Airbnb a real estate broker, travel agency, insurer or an organiser or retailer of travel packages under Directive (EU) 2015/2302. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms of Service ("**Payment Terms**"). To learn more about Airbnb's role see Section 17.

We maintain other terms and policies that supplement these Terms like our Privacy Policy, which describes our collection and use of personal data, and our Payments Terms, which govern any payment services provided to Members by the Airbnb payment entities (collectively "**Airbnb Payments**").

# Table of Contents for European Users

**Guest Terms**

1. Searching and Booking on Airbnb.

2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

3. Your Responsibilities.


**Host Terms**

4. Hosting on Airbnb.

5. Managing Your Listing.

6. Cancellations, Reservation Issues, and Booking Modifications.

7. Taxes.


**General Terms**

8. Reviews.

9. Content.

10. Fees.

11. Airbnb Platform Rules.

12. Content Notifications and Content Moderation.

13. Termination, Suspension and other Measures.

14. Complaint Handling System.

15. Modification of these Terms.

16. Resolving Complaints and Damage Claims between Members.

17. Airbnb's Role.

18. Member Accounts.

19. Disclaimer.

20. Liability.

21. Indemnification.

22. Contracting Entities.

23. Applicable law and Jurisdiction.

24. Miscellaneous.

25. United States Dispute Resolution and Arbitration Agreement.


Additional Terms Specific to Business Hosts

26. Hosting on Airbnb as a Business Host.

27. Complaint Handling and Mediation.

28. Access to Data.

29. Additional Distribution Channels.

Schedule 1 - Contracting Entities


# Guest Terms


# 1. Searching and Booking on Airbnb.


### 1.1 Searching.

You can search for Host Services by using criteria like the type of Host Service, type of listing, travel destination, travel dates, and number of guests. You can also use filters to refine your search results. Search results are based on their relevance to your search and other criteria. Relevance considers factors like price, availability, reviews, customer service and cancellation history, popularity, previous trips and saved Listings, Host requirements (e.g. minimum or maximum nights), and more. Learn more about search results in Section 5.3 and in our Help Center.


### 1.2 Booking.

When you book a Listing, you are agreeing to pay all charges for your booking including the Listing price, applicable fees like Airbnb's service fee, offline fees, taxes and any other items identified during checkout (collectively, "**Total Price**"). If you choose to pay using a currency that differs from the currency set by the Host for their Listing, the price displayed to you is based on a currency conversion rate determined by us. When you receive the booking confirmation, a contract for Host Services (a "**Reservation**") is formed directly between you and the Host. In addition to these Terms, you will be subject to, and responsible for complying with, all terms of the Reservation, including without limitation, the cancellation policy and any other rules, standards, policies, or requirements identified in the Listing or during checkout that apply to the Reservation. It is your responsibility to

read and understand these rules, standards, policies, and requirements prior to booking a Listing. Be aware that some Hosts work with a co-host or as part of a team to provide their Host Services.

### 1.3 Accommodation Reservations.

An Accommodation Reservation is a limited license to enter, occupy and use the Accommodation. The Host retains the right to re-enter the Accommodation during your stay, to the extent: (i) it is reasonably necessary, (ii) permitted by your contract with the Host, and (iii) permitted by applicable law. If you stay past checkout, the Host has the right to make you leave in a manner permitted by applicable law, including by imposing reasonable overstay penalties. You may not exceed the maximum number of allowed Guests.

### 1.4 Reservations for Experiences and Other Host Services.

An Experience or other Host Service Reservation entitles you to participate in, attend, or use that Experience or Host Service. You are responsible for confirming that you, and anyone you invite, meet minimum age, proficiency, fitness or other requirements. You are responsible for informing the Host of any medical or physical conditions, or other circumstances that may impact your ability to participate, attend or use the Experience or Host Service. Except where expressly authorized, you may not allow any person to join an Experience or other Host Service unless they are included as an additional guest during the booking process.

## 2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

### 2.1 Cancellations, Reservation Issues, and Refunds.

In general, if you cancel a Reservation, the amount refunded to you is determined by the cancellation policy that applies to that Reservation. But, in certain situations, other policies may take precedence and determine what amount is refunded to you. If something outside your control requires you to cancel a Reservation, you may be entitled to a partial or full refund under our Major Disruptive Events Policy. If the Host cancels, or you experience a Reservation Issue (as defined in our Rebooking and Refund Policy), you may be entitled to rebooking assistance or a partial or full refund under our Rebooking and Refund Policy. Different policies apply to certain categories of Listings; for example, Experiences Reservations are governed by the Experiences Guest Refund Policy. See each Additional Legal Term or Policy for details about what is covered, and what refund applies in each situation. You may appeal a decision by Airbnb by contacting our customer service.

### 2.2 Booking Modifications.

Hosts and Guests are responsible for any booking modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf ("**Booking Modifications**"), and

agree to pay any additional amounts, fees or taxes associated with any Booking Modification.

## 3. Your Responsibilities.

**You are responsible for your own acts and omissions and are also responsible for the acts and omissions of anyone you invite to join or provide access to any Accommodation, all areas and facilities where the Accommodation is located that the Host and Guest are legally entitled to use in connection with the Accommodation ("Common Areas"), or any Experience or other Host Service. For example, this means: (i) you are responsible for leaving an Accommodation (and related personal property) or Common Areas in the condition it was in when you arrived, (ii) you are responsible for paying all reasonable Damage Claim amounts, and (iii) you must act with integrity, treat others with respect and comply with applicable laws at all times. If you are booking for an additional guest who is a minor or if you bring a minor to a Host Service, you must be legally authorized to act on behalf of the minor and you are solely responsible for the supervision of that minor.**

## Host Terms

## 4. Hosting on Airbnb.

### 4.1 Host.

As a Host, Airbnb offers you the right to use the Airbnb Platform in accordance with these Terms to share your Accommodation, Experience, or other Host Service with our vibrant community of Guests - and earn money doing it. It's easy to create a Listing and you are in control of how you host - set your price, availability, and rules for each Listing. If you are a Business Host according to Section 26 additional terms apply.

### 4.2 Contracting with Guests.

When you accept a booking request, or receive a booking confirmation through the Airbnb Platform, you are entering into a contract directly with the Guest, and are responsible for delivering the Host Service under the terms and at the price specified in your Listing. You are also agreeing to pay applicable fees like **Airbnb's service fee** (and applicable **guest taxes**) for each booking. Airbnb Payments will deduct amounts you owe from your payout unless we and you agree to a different method. Any terms or conditions that you include in any supplement contract with Guests must: (i) be consistent with these Terms, our **Additional Legal Terms**, **Policies**, and the information provided in your Listing, and (ii) be prominently disclosed in your Listing description.

### 4.3 Independence of Hosts.

Your relationship with Airbnb is that of an independent individual or entity and not an employee, agent, joint venturer or partner of Airbnb, except that Airbnb Payments acts as a payment collection agent as described in the Payments Terms. Airbnb does not direct or control your Host Service and you understand that you have complete discretion whether and when to provide Host Services and at what price and on what terms to offer them.

## 5. Managing Your Listing.

### 5.1 Creating and Managing Your Listing.

The Airbnb Platform provides tools that make it easy for you to set up and manage a Listing. Your Listing must include complete and accurate information about your Host Service, your price, other charges like cleaning fees, resort fees, **offline fees**, and any rules or requirements that apply to your Guests or Listing. You are responsible for your acts and omissions as well as for keeping your Listing information (including calendar availability) and content (like photos) up-to-date and accurate at all times. You are responsible for obtaining appropriate insurance for your Host Services and we suggest you carefully review policy terms and conditions like coverage details and exclusions. You may only maintain one Listing per Accommodation, but may have multiple Listings for a single property if it has multiple places to stay. Any offer of an Experience is subject to our **Additional Terms for Experience Hosts**.

### 5.2 Know Your Legal Obligations.

You are responsible for understanding and complying with any laws, rules, regulations and contracts with third parties that apply to your Listing or Host Services. For example: Some landlords and leases, or homeowner and condominium association rules, restrict or prohibit subletting, short-term rentals and/or longer-term stays. Some cities have zoning or other laws that restrict the short-term rental of residential properties. Some jurisdictions require Hosts to register, get a permit, or obtain a license before providing certain Host Services (such as short-term rentals, longer-term stays, preparing food, serving alcohol for sale, guiding tours or operating a vehicle). In some places, the Host Services you want to offer may be prohibited altogether. Some jurisdictions require that you register Guests who stay at your Accommodation. Some jurisdictions have laws that create tenancy rights for Guests and additional obligations for Hosts. For example, some places have landlord-tenant, rent control, and eviction laws that may apply to longer stays. Check your local rules to learn what rules apply to the Host Services you plan to offer. Information we provide regarding legal requirements is for informational purposes only and you should independently confirm your obligations. You are responsible for handling and using personal data of Guests and others in compliance with applicable privacy laws and these Terms, including our **Host Privacy Standards**. If you have questions about how local laws apply you should always seek legal advice.

### 5.3 Search Results.

The ranking and display of Listings in search results on the Airbnb Platform depends on a variety of factors, including these main parameters:

- Guest search parameters (e.g. number of Guests, destination, time and duration of the trip, price range),

- Listing characteristics (e.g. location, price, calendar availability, number and quality of images, reviews, ratings and other quality signals, type or category of Host Service, host status, length of time the Listing has been live on the Airbnb Platform, Guest engagement and popularity),

- Guest experience (e.g. customer service and cancellation history of the Host, ease of booking),

- Host and Listing requirements (e.g. minimum or maximum nights, booking cut-off time), and

- Guest preferences and history (e.g. previous trips, viewed and saved Listings, location from where the Guest is searching).

Search results may be different on our mobile application than on our website, and may also differ in the map view. Airbnb may allow Hosts to promote their Listings in search or elsewhere on the Airbnb Platform by paying an additional fee. More information about the factors that determine how your Listing appears in search results, our current promotional programs (if any) and how we identify promoted Content can be found in our **Help Center**.

## 5.4 Your Responsibilities.

**You are responsible for your own acts and omissions and are also responsible for the acts and omissions of anyone you allow to participate in providing your Host Services. You are responsible for setting your price and establishing rules and requirements for your Listing. You must describe any and all fees and charges in your Listing description and may not collect any additional fees or charges outside the Airbnb Platform except those expressly authorized by our Offline Fee Policy. Do not encourage Guests to create third-party accounts, submit reviews, provide their contact information, or take other actions outside the Airbnb Platform in violation of our Off-Platform Policy.**

## 5.5 Hosting as a Team or Organization.

If you work with a co-host or host as part of a team, business or other organization, you are responsible and liable as a Host under these Terms for the acts and omissions of each entity and individual who participates with you in providing Host services for each of your listings and you are required to inform personnel engaged by you to deliver any Host Services of your obligations under these Terms. If you accept terms or enter into contracts, you represent and warrant that you are authorized to enter into contracts for and bind your team, business or other organization, and that each entity you use is in good standing under the laws of the place where it is established. If you perform other functions, you represent and warrant that you are authorized to perform those

functions. If you instruct Airbnb to transfer a portion of your payout to a co-host or other Hosts, or send payments to someone else, you must be authorized to do so, and are responsible and liable for the payment amounts and accuracy of any payout information you provide.

## 6. Cancellations, Reservation Issues, and Booking Modifications.

### 6.1 Cancellations and Reservation Issues.

In general, if a Guest cancels a Reservation, the amount paid to you is determined by the cancellation policy that applies to that Reservation. As a host, you should not cancel on a Guest without a valid reason under our **Major Disruptive Events Policy** or applicable law. If you cancel on a Guest without such a valid reason, we may impose a **cancellation fee and other consequences**. If: (i) a Guest experiences a Reservation Issue (as defined by the **Rebooking and Refund Policy**), (ii) a **Major Disruptive Event** arises, or (iii) a Reservation is canceled under Section 13 of these Terms, the amount you are paid will be reduced by the amount we refund or otherwise provide to the Guest, and by any other reasonable costs we incur as a result of the cancellation. If a Guest receives a refund after you have already been paid, or the amount of the refund and other costs incurred by Airbnb exceeds your payout, Airbnb (via Airbnb Payments) may recover that amount from you, including by deducting the refund against your future payouts. You agree that Airbnb's **Rebooking and Refund Policy**, **Major Disruptive Events Policy**, and these Terms preempt the cancellation policy you set in situations where they allow for the cancellation of a Reservation and/or the issuance of refunds to Guests. If we reasonably expect to provide a refund to a Guest under one of these policies, we may delay release of any payout for that Reservation until a refund decision is made. If you Host an Experience please note that the **Experience Cancellation Policy**, **Experiences Guest Refund Policy** and different **cancellation fees and consequences** apply to your Reservations. See each **Policy** for details about what is covered, and what your payout will be in each situation. You may appeal a decision by Airbnb by contacting our **customer service**.

### 6.2 Booking Modifications.

Hosts and Guests are responsible for any Booking Modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf, and agree to pay any additional amounts, fees or taxes associated with a Booking Modification.

## 7. Taxes.

### 7.1 Host Taxes.

As a Host, you are responsible for determining and fulfilling your obligations under applicable laws to report, collect, remit or include in your price any applicable VAT or other indirect taxes, occupancy taxes, tourist, income or other taxes ("**Taxes**").

**7.2 Collection and Remittance by Airbnb.**

In jurisdictions where Airbnb facilitates the collection and/or remittance of Taxes on behalf of Hosts, you instruct and authorize Airbnb to collect Taxes on your behalf, and/or to remit such Taxes to the relevant Tax authority. Any Taxes that are collected and/or remitted by Airbnb are identified to Members on their transaction records, as applicable. Airbnb may seek additional amounts from Members (including by deducting such amounts from future payouts) in the event that the Taxes collected and/or remitted are insufficient to fully discharge that Members' tax obligations, and you agree that your sole remedy for Taxes collected by Airbnb is a refund from the applicable Tax authority. You acknowledge and agree that we retain the right, with prior notice to affected Members, to cease the collection and remittance of Taxes in any jurisdiction for any reason.

**7.3 Tax Information.**

In certain jurisdictions, Tax regulations may require that we collect and/or report Tax information about you, or withhold Taxes from payouts to you, or both. If you fail to provide us with documentation that we determine to be sufficient to support any such obligation to withhold Taxes from payouts to you, we may withhold payouts up to the amount as required by law, until sufficient documentation is provided. You agree that Airbnb may issue on your behalf invoices or similar documentation for VAT, GST, consumption or other Taxes for your Host Services to facilitate accurate tax reporting.

# General Terms

# 8. Reviews.

After each Host Service, Guests and Hosts will have an opportunity to review each other. Your review must be accurate and may not contain any discriminatory, offensive, defamatory, or other language that violates these terms, applicable law, or our **Content Policy** or **Review Policy**. Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

# 9. Content.

Parts of the Airbnb Platform enable you to provide feedback, text, photos, audio, video, information and other content ("**Content**"). By providing Content, in whatever form and through whatever means, you grant Airbnb a non-exclusive, worldwide, royalty-free, sub-licensable and transferable license, for the term of the protection of the rights so licensed, to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit in any manner such Content to provide and/or promote the Airbnb Platform, in any media or platform, known or unknown to date and in particular on Internet and social networks. If Content includes personal information, such Content will only be used for these purposes if such use complies with applicable data protection laws in accordance with our **Privacy Policy**. Where Airbnb pays for the creation of Content or facilitates its creation, Airbnb may own

that Content, in which case supplemental terms or disclosures will say that. You are solely responsible for all Content that you provide and warrant that you either own it or are authorized to grant Airbnb the rights described in these Terms. You are responsible and liable if any of your Content violates or infringes the intellectual property or privacy rights of any third party. Content must comply with our **Content Policy** and **Nondiscrimination Policy**, which prohibit, among other things, discriminatory, obscene, harassing, deceptive, violent and illegal content. You agree that Airbnb may make available services or automated tools to translate Content and that your Content may be translated using such services or tools. Airbnb does not guarantee the accuracy or quality of translations and Members are responsible for confirming the accuracy of such translations.

## 10. Fees.

Airbnb may charge fees (and applicable Taxes) to Hosts and Guests for the right to use the Airbnb Platform. Any applicable fees are disclosed to Hosts before publishing a listing and to Guests before making a booking. More information about when service fees apply and how they are calculated can be found on our **Service Fees page**. Except as otherwise provided on the Airbnb Platform, service fees are non-refundable.

## 11. Airbnb Platform Rules.

### 11.1 Rules.

You must follow these rules and must not help or induce others to break or circumvent these rules.

- Act with integrity and treat others with respect
  - Do not lie, misrepresent something or someone, or pretend to be someone else.
  - Be polite and respectful when you communicate or interact with others.
  - Do not attempt to evade enforcement of these Terms, our **Additional Legal Terms**, **Policies** and **Standards**, such as by creating duplicate accounts or listings.
  - Follow our **Nondiscrimination Policy** and do not discriminate against or harass others.
- Do not scrape, hack, reverse engineer, compromise or impair the Airbnb Platform
  - Do not use bots, crawlers, scrapers or other automated means to access or collect data or other content from or otherwise interact with the Airbnb Platform.
  - Do not hack, avoid, remove, impair, or otherwise attempt to circumvent any security or technological measure used to protect the Airbnb Platform or Content.
  - Do not decipher, decompile, disassemble or reverse engineer any of the software or hardware used to provide the Airbnb Platform.
  - Do not take any action that could damage or adversely affect the performance or proper functioning of the Airbnb Platform.

- Only use the Airbnb Platform as authorized by these Terms or another agreement with us
  - You may only use another Member's personal information as necessary to facilitate a transaction using the Airbnb Platform as authorized by these Terms.

  - Do not use the Airbnb Platform, our messaging tools, or Members' personal information to send commercial messages without their express consent.

  - You may use Content made available through the Airbnb Platform solely as necessary to enable your use of the Airbnb Platform as a Guest or Host.

  - Do not use Content unless you have permission from the Content owner or the use is authorized by us in these Terms or another agreement you have with us.

  - Do not request, make or accept a booking or any payment outside of the Airbnb Platform to avoid paying fees, taxes or for any other reason. See our **Offline Fee Policy** for exceptions.

  - Do not require or encourage Guests to open an account, leave a review, or otherwise interact, with a third party website, application or service before, during or after a Reservation, unless authorized by Airbnb.

  - Do not engage in any practices that are intended to manipulate our search algorithm.

  - Do not book Host Services unless you are actually using the Host Services.

  - Do not use, copy, display, mirror or frame the Airbnb Platform, any Content, any Airbnb branding, or any page layout or design without our consent.

- Honor your legal obligations
  - Understand and follow the laws that apply to you, including privacy, data protection, and export laws.

  - If you provide us with someone else's personal information, you: (i) must do so in compliance with applicable law, (ii) must be authorized to do so, and (iii) authorize us to process that information under our **Privacy Policy**.

  - Read and follow our Terms, **Additional Legal Terms**, **Policies** and **Standards**.

  - Do not organize or facilitate unauthorized parties or events. You are responsible and liable for any party or event during your Reservation that violates our **rules for parties and events**, as incorporated by reference herein.

  - Do not use the name, logo, branding, or trademarks of Airbnb or others without permission, and only as set forth in our **Trademark Guidelines**.

  - Do not use or register any domain name, social media handle, trade name, trademark, branding, logo or other source identifier that is confusingly similar to any Airbnb trademarks, logos or branding. See our **Trademark Guidelines** for additional details.

  - Do not offer Host Services that violate the laws or agreements that apply to you.

    ◦ Do not offer or solicit prostitution or participate in or facilitate human trafficking.

### 11.2 Reporting Violations.

If you believe that a Member, Listing or Content poses an imminent risk of harm to a person or property, you should immediately contact local authorities before contacting Airbnb. In addition, if you believe that a Member, Listing or Content has violated our <u>Standards</u>, you should report your concerns to Airbnb. If you reported an issue to local authorities, Airbnb may request a copy of that report. Except as required by law, we are not obligated to take action in response to any report.

## 12. Content Notifications and Content Moderation.

### 12.1

You acknowledge that Airbnb has no general obligation to monitor Content provided by and stored on behalf of Members, or to actively seek facts or circumstances indicating illegal activity or the incompatibility of Content with the rights of third parties, these Terms, or Airbnb's <u>Policies</u> and <u>Standards</u>. However, Airbnb reserves the right to carry out voluntary own-initiative investigations to detect, identify, and remove or disable access to illegal or incompatible Content, and to take any necessary measures in accordance with these Terms.

### 12.2

You agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb regarding Content on the Airbnb Platform or the use or abuse of the Airbnb Platform.

### 12.3

Airbnb provides Members and third parties, including designated trusted flaggers according to Article 22 of Regulation (EU) 2022/2065, ("**Notifiers**") with the means to notify Airbnb of allegedly illegal Content (including copyright infringements) on the Airbnb Platform by using our electronic notification form ("**Content Notification**"). Learn more about how to report Content on our <u>Help Center</u>.

### 12.4

As part of its own initiative investigations and the review of Content Notifications, Airbnb uses various processes and tools to identify, review, and moderate Content. This may include human review, automated review, or a combination of both. If automated means have been used to review Content, and Airbnb has subsequently taken action with respect to that Content, Airbnb will notify

the Member who posted the Content of the use of automated means to the extent that legitimate interests of Airbnb and its Members do not preclude such notice.

### 12.5 Misuse of Content Notifications.

Airbnb is entitled to suspend the processing of Content Notifications for a reasonable period of time, if the Notifier in question frequently submits notifications that are manifestly unfounded. Where appropriate, Airbnb will issue a warning prior to such a suspension. When deciding on a suspension, Airbnb will take into account all relevant facts and circumstances apparent from the information available to Airbnb, including (i) the amount, severity and frequency of unfounded notifications; (ii) the ratio of unfounded notifications to all notifications of the Notifier; and (iii) the intentions pursued by the Notifier, insofar as they can be determined by Airbnb.

## 13. Termination, Suspension and other Measures.

### 13.1 Term

The agreement between you and Airbnb reflected by these Terms remains in effect until either you or we terminate the agreement in accordance with these Terms.

### 13.2 Termination.

You may terminate this agreement at any time by sending us an email or by deleting your account. Airbnb may terminate this agreement for any reason by providing you 30 days' notice via email or using any other contact information you have provided for your account. Airbnb may also terminate this agreement immediately and without prior notice and stop providing access to the Airbnb Platform if (i) you materially breach these Terms or our **Additional Legal Terms**, or **Policies**, (ii) you violate applicable laws, or (iii) such action is necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member), or (iv) your account has been inactive for more than two years.

### 13.3 Member Violations.

If (i) you breach these Terms, our **Additional Legal Terms**, **Policies**, or our **Standards**, (ii) you violate applicable laws, regulations or third party rights, (iii) you provide Content that is illegal or incompatible with these Terms, (iv) you have repeatedly received poor reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly cancelled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) such action is necessary to protect the personal safety or property of Airbnb, its Members, or third parties, Airbnb may:

- suspend or limit your access to or use of the Airbnb Platform and/or your account;

- suspend, remove, disable access to, or restrict the visibility of Listings, reviews or other Content;

- cancel pending or confirmed bookings; or

- suspend or revoke any special status associated with your account.

In case of non-material violations or where otherwise appropriate, you will be given notice of any intended measure by Airbnb and an opportunity to resolve the issue, unless such notification would (i) prevent or impede the detection or prevention of fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (iii) contravene applicable laws.

If we take any of these measures, Airbnb will, where required, inform you about the measure with a statement of reasons in accordance with its legal obligations.

### 13.4 Legal Mandates.

Airbnb may take any action it determines is reasonably necessary to comply with applicable law, or the order or request of a court, law enforcement or other administrative agency or governmental body, including the measures described above in Section 13.3.

### 13.5 Effect of Termination.

If you are a Host and terminate your Airbnb account, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you terminate your account as a Guest, any confirmed booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy. When this agreement has been terminated, you are not entitled to a restoration of your account or any of your Content. If your access to or use of the Airbnb Platform has been limited, or your Airbnb account has been suspended, or this agreement has been terminated by us, you may not register a new account or access or use the Airbnb Platform through an account of another Member.

## 14. Complaint Handling System.

### 14.1

If you are a Member with your country of residence or establishment within the EEA and Airbnb takes any of the measures according to Section 13.3 on the grounds that Content provided by you is illegal or incompatible with these Terms, you may submit a complaint against such a measure through our internal complaint handling system. Learn more about how to submit a complaint on our **Help Center**.

### 14.2

Airbnb's complaint handling system is also available to Members and third parties with their country of residence or establishment within the EEA who have submitted a Content Notification according to Section 12.3 of these Terms, if the notification has been rejected in whole or in part by Airbnb.

### 14.3

A complaint may be submitted via our complaint handling system for a period of six (6) months, beginning in the case of Section 14.1 with the day on which a Member is informed about the measure taken and in the case of Section 14.2 with the day on which the Notifier is informed about the rejection of their Content Notification.

### 14.4

Airbnb is entitled to suspend the processing of complaints from Members and Notifiers for a reasonable period of time, if the Member or Notifier in question frequently submits complaints that are manifestly unfounded. Where appropriate, Airbnb will issue a warning, prior to such a suspension. When deciding on a suspension, Airbnb takes into account all relevant facts and circumstances apparent from the information available to Airbnb, including (i) the amount, severity and frequency of unfounded complaints; (ii) the ratio of unfounded complaints to all complaints; and (iii) the intentions pursued by the Member or Notifier, insofar as can be determined by Airbnb.

### 14.5

Members addressed by measures according to Section 14.1 and Notifiers that have submitted Content Notifications which have been rejected by Airbnb, are entitled to select a certified out-of-court dispute settlement body in accordance with Article 21 of Regulation (EU) 2022/2065 in order to resolve disputes relating to those measures, including complaints that have not been resolved by means of our complaint handling system. Both parties will engage, in good faith, with the selected dispute settlement body to resolve the dispute. Airbnb reserves the right to refuse to engage with the dispute settlement body if a dispute regarding the same Content and grounds for alleged illegality of the Content or its alleged inconsistency with these Terms has already been resolved or is already subject to an ongoing procedure before a competent court or before another competent out-of-court dispute settlement body.

### 14.6

For all other inquiries and complaints that are not subject to Airbnb's complaint handling system, Members can contact our **customer service**.

## 15. Modification of these Terms.

When we propose changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will provide you with notice of the proposed changes by email notifications, through the Airbnb Platform, messaging service, or any other contact method made available by us and selected by you at least thirty (30) days before the date they become effective. If the proposed changes to these Terms are material, you will be asked to explicitly accept the revised Terms. Such notice will also inform you about your right to reject the proposed changes, the timeframe to do so, and your right to terminate the Agreement at any time before the effective date of the proposed changes as provided in these Terms. In case of (i) non-material changes to these Terms which do not affect its essential provisions, in particular, provisions defining the nature and scope of the services provided by Airbnb, or (ii) changes that are required by law, a legally binding court decision, or binding order of a competent authority, your continued use of the Airbnb Platform after the effective date of the proposed changes will constitute acceptance of the revised Terms.

## 16. Resolving Complaints and Damage Claims between Members.

### 16.1

If a Member provides valid evidence that you, your guest(s), or your pet(s) have culpably:

(i) damaged the complaining Member's, or the Accommodation owner's (where the Accommodation owner is not also the Host), real or personal property, or real or personal property the complaining Member is responsible for, or has an economic interest in, or

(ii) caused loss of booking income for bookings via the Airbnb Platform or other consequential damages, which result directly from the damage caused under (i) above; or

(iii) otherwise caused the complaining Member to incur cleaning costs in excess of the Member's cleaning fee (each of (i), (ii), and (iii) being a "**Damage Claim**"),

the complaining Member can notify Airbnb and/or seek compensation through the <u>Resolution Center</u>. You will be notified of the Damage Claim and given an opportunity to respond. If you agree to pay, you authorize Airbnb via Airbnb Payments to collect the amount of the Damage Claim from you.

### 16.2

If the Host and Guest cannot resolve, or a Guest fails to pay a Damage Claim, the Host may notify Airbnb through the <u>Resolution Center</u> under the terms of the Host Damage Protection Terms and seek compensation. Airbnb will review the Damage Claim and ask the Host to provide any required evidence (e.g. through appropriate documents, photos, invoices, or third-party experts) which substantiates the Damage Claim and the Damage Claim amount. The Guest will be given the opportunity to respond and provide any relevant counter evidence. If Airbnb determines, under consideration of the evidence provided, the Host Damage Protection Terms, and applicable statutory rules on the burden of proof that the Guest is responsible for the Damage Claim, Airbnb

(via Airbnb Payments) will pay out the Damage Claim to the Host. If Airbnb pays out the Damage Claim to the Host, Airbnb may collect the amount of the Damage Claim from the Guest, including by charging the guest's Payment Method up to a maximum amount of $500 USD. Airbnb may also pursue claims for recovering Damage Claims amounts, including amounts exceeding the maximum amount applicable for charging the Guest's Payment Method, against a Guest using any remedies it may have available under applicable law, including referral of the matter to a collections agency, and/or pursuit of available causes of action and/or claims against a Guest. Members may appeal a decision by Airbnb by contacting our **customer service**. As between Members and Airbnb, the burden of proof regarding the Damage Claim and the Damage Claim amount always lies with Airbnb.

### 16.3

You agree to cooperate in good faith, provide any information Airbnb requests, execute documents, and take further reasonable action, in connection with Damage Claims, Member complaints, claims under insurance policies, or other claims related to your provision or use of Host Services.

### 16.4

Any decisions made by Airbnb in relation to a Damage Claim do not affect your contractual and statutory rights. Your right to take legal action before a court of law remains unaffected.

## 17. Airbnb's Role.

We offer you the right to use a platform that enables Members to publish, offer, search for, and book Host Services. When Members make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not become a party to or other participant in any contractual relationship between Members. Airbnb is not acting as an agent for any Member except for where Airbnb Payments acts as a collection agent as provided in the Payments Terms. While we work hard to ensure our Members have great experiences using Airbnb, we do not and cannot control the conduct or performance of Guests and Hosts and do not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services or (ii) the truth or accuracy of any Listing descriptions, reviews, or other Content provided by Members. You acknowledge that Airbnb has the right to review, disable access to, remove, or edit Content to: (i) operate, secure and improve the Airbnb Platform (including for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) address Member Content that we determine is harmful or objectionable; (v) take actions set out in these Terms; and (vi) maintain and enforce any quality or eligibility criteria, including by removing Listings that don't meet quality and eligibility criteria. Where we remove or disable Content, we will notify a Member and provide the reasons for such a measure, unless such notification would (i) prevent or impede the detection or prevention of

fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (iii) contravene applicable laws.

## 18. Member Accounts.

You must register an account to access and use many features of the Airbnb Platform. Registration is only permitted for legal entities, partnerships and natural persons who are 18 years or older. If you are a Business Host according to Section 26 additional terms apply. You represent and warrant that you are not a person or entity barred from using the Airbnb Platform under the laws of the United States, your place of residence, or any other applicable jurisdiction. You must provide accurate, current, and complete information during registration and keep your account information up-to-date. You may not transfer your account to someone else. You are responsible for maintaining the confidentiality and security of your account credentials and may not disclose your credentials to any third party. You must immediately notify Airbnb if you suspect that your credentials have been lost, stolen, or your account is otherwise compromised. You are responsible and liable for activities conducted through your Airbnb Account, unless such activities are not authorized by you and you are not otherwise negligent (such as failing to report the unauthorized use or loss of your credentials). If and as permitted by applicable law, we may, but have no obligation to (i) ask you to provide identification or other information, (ii) undertake checks designed to help verify your identity or background, (iii) screen you against third-party databases or other sources and request reports from service providers, and (iv) obtain reports from public records of criminal convictions or sex offender registrations or their local equivalents.

## 19. Disclaimer.

**We do not endorse or warrant the existence, conduct, performance, safety, quality, legality or suitability of any Guest, Host, Host Service, Listing or third party and we do not warrant that verification, identity or background checks conducted on Members (if any) will identify past misconduct or prevent future misconduct. Any references to a Member being "verified" (or similar language) indicate only that the Member or Airbnb has completed a relevant verification or identification process and nothing else. We are not responsible for outages or disruptions of the Internet and telecommunications infrastructure which are beyond our control and can lead to interruptions in the availability of the Airbnb Platform. Airbnb may, temporarily and under consideration of the Members' legitimate interests (e.g. by providing prior notice), restrict the availability of the Airbnb Platform or certain features thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenance measures that ensure the proper or improved functioning of the Airbnb Platform.**

## 20. Liability.

20.1

Airbnb is liable without limitations under statutory provisions for damages arising from injury to life, limb or health based on a negligent or intentional breach of duty by Airbnb or its legal representatives, or vicarious agents. The same applies for issued guarantees or any other strict liability.

### 20.2

Airbnb is also liable without limitations for other damages based on an intentional or grossly negligent breach of duty by Airbnb or its legal representatives or vicarious agents.

### 20.3

Airbnb is not liable for damages arising from a breach of duty based on simple negligence.

### 20.4

Section 20.3 does not apply for damages arising from breaches of essential contractual obligations based on simple negligence. For such damages by Airbnb, its legal representatives or other vicarious agents, Airbnb's liability is limited to the typically occurring foreseeable damages. Essential contractual obligations are such duties of Airbnb in whose proper fulfillment you regularly trust and must trust for the proper execution of the contract.

### 20.5

To the extent that Airbnb's liability is excluded or limited, this also applies with regard to the personal liability of its legal representatives, employees, and other agents.

## 21. Indemnification.

**To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb (including Airbnb Payments, other affiliates, and their personnel) harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with: (i) your breach of these Terms (including any supplemental or additional terms that apply to a product or feature) or our Additional Legal Terms, Policies, or Standards, (ii) your improper use of the Airbnb Platform, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience or other Host Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, (iv) your failure, or our failure at your direction, to accurately report, collect or remit Taxes, or (v) your breach of any laws, regulations or third party rights such as intellectual property or privacy rights. The indemnification obligation only**

**applies if and to the extent that the claims, liabilities, damages, losses, and expenses have been adequately caused by your culpable breach of a contractual obligation.**

## 22. Contracting Entities.

Based on your country of residence or establishment and what you are doing on the Airbnb Platform, Schedule 1 below sets out the Airbnb entity with whom you are contracting. If we identify through the Airbnb Platform, an Airbnb entity other than the one set out on Schedule 1 as being responsible for a product, feature or transaction, the Airbnb entity so identified is your contracting entity with respect to that product, feature or transaction. If you change your country of residence or establishment to a country outside of the EEA, Switzerland or the United Kingdom, the Airbnb company you contract with and the applicable version of the Terms of Service will be determined by your new country of residence or establishment, from the date on which your country of residence or establishment changes.

## 23. Applicable law and Jurisdiction.

These Terms are governed by and construed in accordance with Irish law. If you are acting as a consumer and if mandatory statutory consumer protection regulations in your country of residence contain provisions that are more beneficial for you, such provisions shall apply irrespective of the choice of Irish law. As a consumer, you may only bring proceedings relating to these Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in Ireland. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 24. Miscellaneous.

### 24.1 Other Terms Incorporated by Reference.

Our **Host Damage Protection**, **Japan Host Insurance Terms**, **Rebooking and Refund Policy**, **Experiences Guest Refund Policy**, **Content Policy**, **Nondiscrimination Policy**, **Major Disruptive Events Policy**, **Additional Legal Terms**, **Policies**, **Standards** and other supplemental policies and terms linked to in these Terms apply to your use of the Airbnb Platform, are incorporated by reference, and form part of your agreement with Airbnb.

### 24.2 Interpreting these Terms.

Except as they may be supplemented by additional terms, conditions, policies, guidelines, standards, and in-product disclosures, these Terms constitute the entire agreement between Airbnb and you pertaining to your access to or use of the Airbnb Platform and supersede any and all prior oral or written understandings or agreements between Airbnb and you. These Terms do

not and are not intended to confer any rights or remedies upon anyone other than you and Airbnb. If any provision of these Terms is held to be invalid or unenforceable, except as otherwise indicated in Section 24.11 below, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

### 24.3 No Waiver.

Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

### 24.4 Assignment.

You may not assign, transfer or delegate this agreement or your rights and obligations hereunder without Airbnb's prior written consent. Airbnb may without restriction assign, transfer or delegate this agreement and any rights and obligations hereunder, at its sole discretion, with 30 days' prior notice. Your right to terminate this agreement at any time pursuant to Section 13.2 remains unaffected.

### 24.5 Notice.

Unless specified otherwise, any notices or other communications to Members permitted or required under this agreement, will be provided electronically and given by Airbnb via email, Airbnb Platform notification, messaging service (including SMS and WeChat), or any other contact method we enable you to provide. If a notification relates to a booking or Listing in Japan, you agree and acknowledge that such notifications via electronic means in lieu of a written statement, satisfies Airbnb's obligations under Article 59 (1) of the Japanese Housing Accommodation Business Act.

### 24.6 Third-Party Services.

The Airbnb Platform may contain links to third-party websites, applications, services or resources ("**Third-Party Services**") that are subject to different terms and privacy practices. Airbnb is not responsible or liable for any aspect of such Third-Party Services and links to such Third-Party Services are not an endorsement.

### 24.7 Google Terms.

Some translations on the Airbnb Platform are powered by Google. Google disclaims all warranties related to the translations, express or implied, including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and non-infringement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the <u>Google Maps/Google Earth Additional Terms of Service</u>.

### 24.8 Apple Terms.

If you access or download our application from the Apple App Store, you agree to **Apple's Licensed Application End User License Agreement**.

### 24.9 Airbnb Platform Content.

Content made available through the Airbnb Platform may be protected by copyright, trademark, and/or other laws of the United States and other countries. You acknowledge that all intellectual property rights for that Content are the exclusive property of Airbnb and/or its licensors and agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices. You may not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit any Content accessed through the Airbnb Platform except to the extent you are the legal owner of that Content or as expressly permitted in these Terms. Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access and view the Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

### 24.10 Airbnb.org.

Airbnb.org is a nonprofit corporation exempt from income taxation under U.S. Internal Revenue Code Section 501(c)(3), operating as a public charity. Airbnb.org is not owned or controlled by Airbnb. Airbnb.org administers a number of charitable programs that benefit our Host and Guest communities and the public.

### 24.11 Force Majeure.

Airbnb shall not be liable for any delay or failure to perform resulting from abnormal and unforeseeable circumstances outside its reasonable control, the consequences of which would have been unavoidable despite all efforts to the contrary, including, but not limited to, acts of God, war, terrorism, riots, embargoes, acts of civil or military authorities, fire, floods, accidents, pandemics, epidemics or disease, strikes or shortages of transportation facilities, fuel, energy, labor or materials.

### 24.12 Emails and SMS.

You will receive administrative communications from us using the email address or other contact information you provide for your Airbnb account. Enrollment in additional email subscription programs will not affect the frequency of these administrative emails, though you should expect to receive additional emails specific to the program(s) to which you have subscribed. You may also receive promotional emails from us. No fee is charged for these promotional emails, but third-party data rates could apply. You can control whether you receive promotional emails using the notification preferences in your account settings. Please note that you will not be able to take

advantage of certain promotions if you disable certain communication settings or do not have an Airbnb Account. In the U.S. if you consent to receive SMS (text messages) from us, you will be subject to our **SMS Terms**.

### 24.13 Contact Us.

If you have any questions about these Terms please **email us**.

## 25. United States Dispute Resolution and Arbitration Agreement.

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY PROVIDE THAT YOU AND AIRBNB AGREE TO RESOLVE ALL DISPUTES BETWEEN USE THROUGH BINDING INDIVIDUAL ARBITRATION AND INCLUDE A CLASS ACTION WAIVER AND JURY TRIAL WAIVER. This Arbitration Agreement supersedes all prior versions.

### 25.1 Application.

This Arbitration Agreement only applies to you if your country of residence or establishment is the United States. If your country of residence or establishment is not the United States, and you nevertheless attempt to bring any legal claim against Airbnb in the United States, this Arbitration Agreement will apply for determination of the threshold issue of whether this Section 25 applies to you, and all other threshold determinations, including residency, arbitrability, venue, and applicable law.

### 25.2 Overview of Dispute Resolution Process.

Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom this Section 25 applies: (1) an informal negotiation directly with Airbnb's customer service team (described in paragraph 25.3, below), and if necessary (2) a binding arbitration in accordance with the terms of this Arbitration Agreement. You and Airbnb each retain the right to seek resolution of the dispute in small claims court as an alternative to arbitration.

### 25.3 Mandatory Pre-Arbitration Dispute Resolution and Notification.

At least 30 days prior to initiating an arbitration, you and Airbnb each agree to send the other party an individualized notice of the dispute in writing ("**Pre-Dispute Notice**") and attempt in good faith to negotiate an informal resolution of the individual claim. You must send your Pre-Dispute Notice to Airbnb by mailing it to Airbnb's agent for service: **CSC Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833**. Airbnb will send its Pre-Dispute Notice to the email address associated with your Airbnb account. A Pre-Dispute Notice must include: the date, your name, mailing address, your Airbnb username, the email address you used to set up your Airbnb account, your signature, a brief description of the dispute, and the relief

sought. If the parties are unable to resolve the dispute within the 30-day period, only then may either party commence arbitration by filing a written demand for arbitration with the arbitration provider designated pursuant to Section 24.6, below. A claimant's Pre-Dispute Notice requirement is a prerequisite to any arbitration, and a copy of the Pre-Dispute Notice and evidence that it was sent as required by this Section must be attached to any arbitration demand.

## 25.4 Agreement to Arbitrate.

**You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or any use of the Airbnb Platform, Host Services, or any Content (collectively, "Disputes") will be settled by binding arbitration on an individual basis (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute, you and Airbnb agree that an arbitrator will decide that issue. For the avoidance of doubt, you and Airbnb agree that any question regarding arbitrability and the formation, enforceability, validity, scope, or interpretation of all or part of this Section 25, including any dispute over compliance with the Pre-Dispute Notice requirement and a party's responsibility to pay arbitration fees, shall be resolved exclusively by an arbitrator.**

## 25.5 Exceptions to Arbitration Agreement

You and Airbnb each agree that the following causes of action and/or claims for relief are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction (as defined by Section 21 of the Terms of Service for Non-European Users): (i) any claim or cause of action alleging actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) any claim or cause of action seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack); (iii) a request for the remedy of public injunctive relief; (iv) any claim or cause of action for vexatious litigation; or (v) any individual claim of sexual assault or sexual harassment arising from your use of the Airbnb Platform or Host Services. You and Airbnb agree that any request for the remedy of public injunctive relief will proceed after the arbitration of all arbitrable claims, remedies, or causes of action, and will be stayed pending the outcome of the arbitration pursuant to section 3 of the Federal Arbitration Act.

## 25.6 Arbitration Forum Rules and Governing Law.

This Arbitration Agreement evidences a transaction in interstate commerce and the Federal Arbitration Act governs all substantive and procedural interpretation and enforcement of this Arbitration Agreement, and not state law. The arbitration will be administered by ADR Services, Inc. ("**ADR**") (www.adrservices.com) in accordance with Rules 1, 6–7, 8–9, and 11–12, 45, 54, and 56 of the Federal Rules of Civil Procedure ("Selected **Federal Rules**") (https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure) and ADR's Arbitration Rules then in effect (the "**ADR Rules**"), except as the Selected Federal Rules or ADR Rules are

modified by or conflict with this Arbitration Agreement. The ADR Rules are available at www.adrservices.com. If an arbitration demand is submitted to ADR Services in accordance with this agreement and the ADR Rules, and ADR Services cannot or will not administer the arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Selected Federal Rules and the AAA's Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "AAA Rules") then in effect, except as modified here. The AAA Rules are available at www.adr.org. If the AAA cannot and will not administer the arbitration, you and Airbnb shall confer and select an alternative arbitral forum, and if we are unable to agree, either you or Airbnb may ask a court to appoint an arbitrator pursuant to 9 U.S.C. § 5. In that event, the arbitration will be conducted in accordance with the rules of the appointed arbitral forum, unless those rules are inconsistent with the provisions of this Arbitration Agreement.

### 25.7 Modification of Arbitration Rules - Arbitration Hearing/Location.

In order to make the arbitration most cost-effective, efficient, and convenient, any required arbitration hearing in an arbitration wherein the amount in controversy does not exceed $1,000,000 shall be conducted remotely via video conference except as otherwise agreed by the parties or instructed by the arbitrator. Any required arbitration hearing in an arbitration wherein the amount in controversy exceeds $1,000,000 shall be conducted in San Francisco County except as otherwise agreed by the parties or instructed by the arbitrator. If the amount in controversy is $10,000 or less, the parties agree to proceed solely on the submission of documents to the arbitrator.

### 25.8 Modification of Arbitration Rules - Arbitration Fees and Costs.

Your arbitration fees and your share of arbitrator compensation shall be governed by the ADR Rules and the ADR Services fee schedule (available at www.adrservices.com). If you have a gross monthly income of less than 300% of the federal poverty guidelines, you are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. You may request a fee waiver by providing the arbitration provider with a declaration under oath stating your monthly income and the number of persons in your household. If a fee waiver is granted by the arbitration provider and you provide Airbnb with documents necessary to prove that your gross monthly income is less than 300% of the federal poverty guidelines, Airbnb will pay your share of any arbitrator fees.

### 25.9 Modification of Arbitration Rules - Claims Brought for an Improper Purpose or In Violation of This Arbitration Agreement.

Either party may make a request that the arbitrator impose sanctions upon proving that the other party or its attorney(s) has asserted a claim or defense that is groundless in fact or law, brought in bad faith or for the purpose of harassment, or is otherwise frivolous. As allowed by applicable law, the arbitrator shall impose sanctions equal to the requesting party's reasonable attorneys' fees and costs upon finding that a claim or defense is groundless in fact or law, brought in bad faith or for the purpose of harassment, asserted in violation of Fed. R. Civ. P. 11(b) (treating the arbitrator as

"the court"), or is otherwise frivolous. Either party may seek dismissal of any arbitration filed in violation of any provision of this Arbitration Agreement. Either party may assert in arbitration a counterclaim for the other party's initiation of proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement. Upon finding that a party has initiated proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement, the arbitrator shall award the other party its actual damages, including but not limited to reasonable attorneys' fees and costs.

### 25.10 Arbitrator's Decision.

The arbitrator will issue a written decision which shall include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award any relief allowed by law or the ADR Rules, but declaratory or injunctive relief may be awarded only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

### 25.11 Jury Trial Waiver.

You and Airbnb acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.

### 25.12 No Class Actions or Representative Proceedings.

You and Airbnb acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative or consolidated proceeding. Unless we agree in writing or as provided in this agreement, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If there is a final judicial determination that applicable law precludes enforcement of the waiver contained in this paragraph as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy, and only that claim, cause of action or requested remedy, will be severed from this agreement to arbitrate and will be brought in a court of competent jurisdiction. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and we agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator.

### 25.13 Mass Action Waiver.

You and Airbnb acknowledge and agree that the relative benefits and efficiencies of arbitration may be lost when 100 or more arbitration claims are filed within 180 days which (1) involve the same or similarly situated parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, alleged violations or events requiring the

determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties ("**Mass Action**"). Accordingly, you and Airbnb agree to waive the right to have any Dispute administered, arbitrated, or resolved as part of a Mass Action (though Sections 23 and 25.12 of these Terms will continue to apply to the Dispute). In case of a dispute, the appointed arbitrator for the first matter instituted within a set of claims identified by either party shall decide whether those claims are part of a Mass Action. If no arbitrator has yet been appointed, an arbitrator shall be appointed solely to determine whether claims identified by either party are part of a Mass Action. Nothing in this provision prevents you or Airbnb from participating in a mass settlement of claims.

## 25.14 Modification of Arbitration Rules – Mass Action Batching Requirements.

If for any reason, notwithstanding Section 25.13, an arbitration proceeds as part of a Mass Action, the parties shall group the arbitration demands into batches of no more than 200. The batches shall be determined by listing the claimants' alphabetically (by last name or business name, as applicable)—for example, the first 200 claimants listed will be the first batch, the next 200 claimants listed will be the second batch, and so forth. The parties shall randomly assign each batch a sequential number and arbitrate the batches one at a time, in sequential order. While one batch is being arbitrated, the arbitration provider shall hold the remainder in abeyance unless otherwise agreed by the parties or instructed by the arbitration provider. Each batch shall be resolved within 240 days of the pre-hearing conference for that batch. Notwithstanding the forgoing, if any claimant's demand has not been the subject of a pre-hearing conference within 2 years of the latest-filed demand in the Mass Action, such claimant may elect to pursue the claims asserted in the claimant's demand in court subject to Sections 23 and 25.12 of these Terms.

## 25.15 Modifications of Arbitration Rules - Offers of Judgment.

At least ten (10) days before the date set for the arbitration hearing, you or Airbnb may serve a written offer of judgment on the other party to allow judgment on specified terms. If the offer is accepted, the offer with proof of acceptance shall be submitted to the arbitration provider, who shall issue an award accordingly. If the offer is not accepted prior to the arbitration hearing or within thirty (30) days after it is made, whichever occurs first, it shall be deemed withdrawn and cannot be given as evidence in the arbitration, other than with respect to costs (including all fees paid to the arbitration provider). If an offer made by one party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party shall not recover their post-offer costs and shall pay the offering party's costs (including all fees paid to the arbitration provider) from the time of the offer.

## 25.16 Severability.

Except as provided in Section 25.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision will be severed and the remainder of the Arbitration Agreement will be given full force and effect.

### 25.17 Amendments to Agreement to Arbitrate.

If Airbnb amends this Section 25 after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject the change by sending us written notice no later than 30 days of the date the change is effective. Your notice must include your name, mailing address, the date of the notice, your Airbnb username, the email address you used to set up your Airbnb account, your signature, and an unequivocal statement that you want to opt out of the amended Section 25. You must either mail your notice to this address: 888 Brannan St, San Francisco, CA 94103, Attn: Arbitration Opt-Out, or email the opt-out notice to arbitration.opt.out@airbnb.com. Rejecting a new change, however, does not revoke or alter your prior consent to any earlier agreements to arbitrate any Dispute between you and Airbnb (or your prior consent to any subsequent changes thereto), which will remain in effect and enforceable as to any Dispute between you and Airbnb.

### 25.18 Survival.

Except as provided in Section 25.16, and subject to Section 12.6 of the Terms of Service for Non-European Users this Section 25 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb Account.

## Additional Terms Applicable to Business Hosts

If you declare that you use the Airbnb Platform to offer Host Services to consumers for purposes relating to your trade, business, craft or profession ("**Business Host**"), these following additional terms will apply to you:

## 26. Hosting on Airbnb as a Business Host.

### 26.1

As a Business Host you commit to only offer Host Services on the Airbnb Platform that comply with the applicable rules of European Union law.

### 26.2

In order to meet mandatory statutory requirements you will be required to provide at least the following information (where applicable) to Airbnb in order to offer Host Services as a Business Host on the Airbnb platform:

- your name, address, telephone number and email address;

- a copy of your identification document or any other electronic identification as defined by Article 3 of Regulation (EU) No 910/2014;

- your payment account details;

- the trade register in which you are registered and your registration number or equivalent means of identification in that register.

### 26.3

You will not be able to offer Host Services on the Airbnb Platform until Airbnb has been able to assess that the information is reliable and complete. We may require you to provide additional documentation as determined by us for the purposes of enabling us to assess the reliability and completeness of your information.

### 26.4

You are responsible for the accuracy of the information provided and are required to keep your information up-to-date at all times. If we obtain sufficient indications or otherwise have reason to believe that any item of information is inaccurate, incomplete or not up-to-date, you will be asked to remedy the situation without delay. If you fail to update your information within the timeframe provided by us, we may suspend your use of the Airbnb Platform, until you have provided the required information. If we suspend our services for these reasons you have the right to lodge a complaint via our complaint handling system or with a certified out-of-court dispute settlement body in accordance with Section 14 of these Terms.

## 27. Complaints Handling and Mediation.

If you are a Business Host established within the EEA or the United Kingdom you have access to our internal complaint handling system for Business Hosts which allows you to make a complaint in relation to issues falling under the remit of Article 11 of Regulation (EU) 2019/1150 including to clarify the facts and circumstances leading to measures according to Section 13.2 and 13.3 of these Terms. Our **Help Center** explains how you can access our internal complaint-handling system for Business Hosts and what you can expect when you make a complaint. It also sets out the details of the mediation service that you can use in the event that such a complaint is not resolved.

## 28. Access to Data.

Business Hosts have access to personal and other data in their Airbnb account and host dashboard which is provided by the Business Host, their Guests or generated through the use of the Airbnb Platform and which is necessary for the performance of their Host Services as well as aggregated information about searches, bookings and the performance of their listings. Our **Privacy Policy** sets out the categories of personal data and other data we collect, how we use, process, disclose and retain it, and how you can access it and exercise your data rights.

## 29. Additional Distribution Channels.

Airbnb operates an affiliate program through which Listings may be featured on third party websites, such as those for online travel sites, media outlets, loyalty programs, and search aggregators. Listings may also appear in advertisements for Airbnb published on third party websites from time to time.

## Schedule 1 - Contracting Entities

| YOUR PLACE OF RESIDENCE OR ESTABLISHMENT: | YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|---|
| **European Economic Area, Switzerland or the United Kingdom** | Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |
| | Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| | Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing process or other product surface. | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |

| | All other activities. | Airbnb Ireland UC | 8 Hanover Quay, Dublin 2, Ireland **Company details page** |
| --- | --- | --- | --- |

# Terms of Service for Australian Users

These Terms of Service for Australian Users ("**Terms**") are subject to the Australian Consumer Law. Our services come with guarantees that cannot be excluded under the Australian Consumer Law. These Terms (including Sections 1.3, 3, 5.3, 5.4, 5.5, 10, 17, 18 and 19) apply to the maximum extent permitted by the Australian Consumer Law.

**Section 23 of these Terms contains an arbitration agreement and class action waiver that applies to all claims brought against Airbnb in the United States. Please read them carefully.**

Last Updated: January 25, 2024

Thank you for using Airbnb!

 These Terms and the documents, policies and standards referred to within them, form a binding legal agreement between you and Airbnb that governs your right to use the websites, applications, and other offerings from Airbnb (collectively, the "**Airbnb Platform**").

The documents referred to within these Terms include but are not limited to our:

- **Payments Terms of Service**, which govern any payment services provided to Members by the Airbnb payment entities (such entities, collectively, "Airbnb Payments").
- **Privacy Policy,** which describes our collection and use of personal data.
- **Service Fees Policy,** which describes how Airbnb service fees are charged to Hosts and Guests.
- **Offline Fee Policy,** which describes the circumstances in which a Host can charge additional fees or charges outside the Airbnb Platform.
- **Off-Platform Policy,** which prohibits certain actions from occurring outside of the Airbnb Platform.
- **Taxes Policy,** which explains what taxes may apply to a Reservation.
- **Host Privacy Standards,** that specify how Hosts should handle Guest Personal Information.
- **Cancellation Policies,** that explain the cancellation policies that may apply to a listing. The Host's cancellation policy applicable to each reservation is displayed on the Listing page before booking.
- **Major Disruptive Events Policy,** which explains how cancellations are handled when unforeseen events beyond your control arise after booking and make it impractical or illegal to complete your Reservation.
- **Rebooking and Refund Policy,** which explains how Airbnb will assist with rebooking a reservation and how Airbnb handles refunds when a Host cancels a reservation or another Reservation Issue disrupts a stay.
- **Experiences Guest Refund Policy,** which explains how refunds are handled for Experiences when a Host cancels or a Reservation Issue occurs.
- **Resolution Centre page**, which describes how money-related disputes between Hosts and Guests may be resolved.

- Host Damage Protection Terms, which explains the terms, exclusions and limitations under which Airbnb will agree to pay a Host to repair or replace Covered Property as a result of a Covered Loss.
- Reviews Policy, which governs reviews left by Members on the Airbnb Platform.
- Community Standards, that apply to Members and help ensure safe stays, experiences and interactions.
- Community Policies, which sets out expectations of Members of the Airbnb Community.
- Content Policy, which governs the posting by Members of content on the Airbnb Platform.
- Nondiscrimination Policy, which describes the fundamental principles of inclusion and respect and provides guidance to Members in making accommodation distinctions based on certain personal characteristics.
- Experiences Standards and Requirements, which explains the standards and requirements that apply to Experiences.
- Listing Management Terms of Service, which govern the use of Teams to help manage Listings and provide Host Services.

For convenience, we have set out above several terms and policies that are referred to in these Terms. However, it is important that you note that there are other supplemental policies and terms linked from our Legal Terms and Policies pages, which apply to your use of the Airbnb Platform, and are incorporated by reference, and form part of the binding legal agreement between you and Airbnb.

When used in these Terms, "**Airbnb**," "**we**," "**us**," or "**our**" refers to the Airbnb entity set out on Schedule 1 with whom you are contracting.

The Airbnb Platform offers an online venue that enables users ("**Members**") to publish, offer, search for, and book services. Members who publish and offer services are "**Hosts**" and Members who search for, book, or use services are "**Guests**". Hosts offer accommodations ("**Accommodations**"), activities, excursions and events ("**Experiences**"), and a variety of travel and other services (collectively, "**Host Services**," and each Host Service offering, a "**Listing**").

As the provider of the Airbnb Platform, Airbnb does not own, control, offer or manage any Listings, Host Services, or tourism services. Airbnb is not a party to the contracts entered into directly between Hosts and Guests, nor is Airbnb a real estate broker, travel agency, or insurer. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms of Service ("**Payment Terms**"). To learn more about Airbnb's role see Section 15.

# Table of Contents for Australian Users

## Guest Terms

1. Searching and Booking on Airbnb.

2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

3. Your Responsibilities and Assumption of Risk.

## Host Terms

4. Hosting on Airbnb.

5. Managing Your Listing.

6. Cancellations, Reservation Issues, and Booking Modifications.

7. Taxes.


General Terms

8. Reviews.

9. Content.

10. Fees.

11. Airbnb Platform Rules.

12. Termination, Suspension and other Measures.

13. Modification.

14. Resolving Complaints and Damage Claims.

15. Airbnb's Role.

16. Member Accounts.

17. Disclaimer of Warranties.

18. Limitations on Liability.

19. Indemnification.

20. Contracting Entities.

21. Applicable law and Jurisdiction.

22. Miscellaneous.

23. United States Dispute Resolution and Arbitration Agreement.


Additional Terms for Experience Hosts

24. Experience Host Terms.

Schedule 1 - Contracting Entities


# Guest Terms

# 1. Searching and Booking on Airbnb.

### 1.1 Searching.

You can search for Host Services by using criteria like the type of Host Service, type of listing, travel destination, travel dates, and number of guests. You can also use filters to refine your search results. Search results are based on their relevance to your search and other criteria. Relevance considers factors like price, availability, reviews, customer service and cancellation history, popularity, previous trips and saved Listings, Host requirements (e.g. minimum or maximum nights), and more. Learn more about search results in our **Help Center**.

### 1.2 Booking.

When you book a Listing, you are agreeing to pay all charges for your booking including the Listing price, applicable fees like **Airbnb's service fee**, **offline fees**, **taxes**, and any other items identified during checkout (collectively, "**Total Price**"). If you choose to pay using a currency that differs from the currency set by the Host for their Listing, the price displayed to you prior to you completing payment is based on a currency conversion rate determined by us. You are also agreeing that Airbnb via Airbnb Payments may charge the Payment Method (as defined in the **Payment Terms**) used to book the Listing in order to collect Damage Claim (as defined in Section 14) amounts. If you choose to pay using a currency that differs from the currency set by the Host for their Listing, the price displayed to you is based on a currency conversion rate determined by us. When you receive the booking confirmation, a contract for Host Services (a "**Reservation**") is formed directly between you and the Host. By making a Reservation you are agreeing to the terms of the contract. The terms of the contract include these Terms, all terms of the Reservation, including without limitation, the cancellation policy and any other rules, standards, policies, or requirements identified in the Listing or during checkout that apply to the Reservation. It is your responsibility to read and understand these terms of the contract including these Terms and all terms of the Reservation including all rules, standards, policies, and requirements prior to booking a Listing. Be aware that some Hosts work with a co-host or as part of a team to provide their Host Services.

### 1.3 Accommodation Reservations.

An Accommodation Reservation is a limited license to enter, occupy and use the Accommodation. The Host retains the right to re-enter the Accommodation during your stay, to the extent: (i) it is reasonably necessary, (ii) permitted by your contract with the Host, and (iii) permitted by applicable law. If you stay past checkout, the Host has the right to make you leave in a manner permitted by applicable law, including by imposing reasonable overstay penalties. You may not exceed the maximum number of allowed Guests.

### 1.4 Reservations for Experiences and Other Host Services.

An Experience or other Host Service Reservation entitles you to participate in, attend, or use that Experience or Host Service. You are responsible for confirming that you, and anyone you invite,

meet minimum age, proficiency, fitness or other requirements. You are responsible for informing the Host of any medical or physical conditions, or other circumstances that may impact your ability to participate, attend or use the Experience or Host Service. Except where expressly authorized, you may not allow any person to join an Experience or Host Service unless they are included as an additional guest during the booking process.

## 2. Cancellations, Reservation Issues, Refunds and Booking Modifications.

### 2.1 Cancellations, Reservation Issues, and Refunds.

In general, if you cancel a Reservation, the amount refunded to you is determined by the Host's **cancellation policy** that applies to that Reservation, as displayed on the Listing page at the time of booking. But, in certain situations, other policies take precedence and determine what amount is refunded to you. If something outside your control requires you to cancel a Reservation, you may be entitled to a partial or full refund under our **Major Disruptive Events Policy**. If the Host cancels, or you experience a Reservation Issue (as defined in our **Rebooking and Refund Policy**), you may be entitled to rebooking assistance or a partial or full refund under our **Rebooking and Refund Policy**. Different policies apply to certain categories of Listings; for example, Experiences reservations are governed by the **Experiences Guest Refund Policy**. See each **Additional Legal Term** or **Policy** for details about what is covered, and what refund applies in each situation. You may appeal a decision by Airbnb by contacting our **customer service**.

### 2.2 Booking Modifications.

Guests and Hosts are responsible for any booking modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf ("**Booking Modifications**"), and agree to pay any additional amounts, fees, or taxes associated with any Booking Modification, which are notified to them prior to choosing to proceed with the Booking Modification.

## 3. Your Responsibilities and Assumption of Risk.

### 3.1 Your Responsibilities.

To the maximum extent permitted by law, you are responsible and liable for your own acts and omissions and are also responsible for the acts and omissions of anyone you invite to join or provide access to any Accommodation, all areas and facilities where the Accommodation is located that the Host and Guest are legally entitled to use in connection with the Accommodation ("**Common Areas**"), or any Experience or other Host Service. For example, this means: (i) you are responsible for leaving an Accommodation (and related personal property) or Common Areas in the condition it was in when you arrived, (ii) you are responsible for paying all reasonable Damage Claim amounts, and (iii) you must act with integrity, treat others with respect and comply with applicable laws at all times. If you are booking for an additional guest who is a minor or if you bring a minor to a Host

Service, you must be legally authorized to act on behalf of the minor and you are solely responsible for the supervision of that minor.

### 3.2 Your Assumption of Risk.

**You acknowledge that many activities carry inherent risks and agree that, to the maximum extent permitted by applicable law, you assume the risk arising out of your access to and use of the Airbnb Platform and any Content (as defined in Section 9), including your stay at any Accommodation, participation in any Experience, use of any other Host Service, or any other interaction you have with other Members whether in person or online. This means it is your responsibility to investigate a Host Service to determine whether it is suitable for you. For example, Host Services may carry risk of illness, bodily injury, disability, or death, and you freely and willfully assume those risks by choosing to participate in those Host Services.**

## Host Terms

## 4. Hosting on Airbnb.

### 4.1 Host

As a Host, Airbnb offers you the right to use the Airbnb Platform in accordance with these Terms to share your Accommodation, Experience, or other Host Service with our vibrant community of Guests - and earn money doing it. It's easy to create a Listing and you are in control of how you host - set your price, availability, and rules for each Listing.

### 4.2 Contracting with Guests

When you accept a booking request, or receive a booking confirmation through the Airbnb Platform, you are entering into a contract directly with the Guest, and are responsible for delivering the Host Service under the terms and at the price specified in your Listing. You are also agreeing to pay applicable fees like **Airbnb's service fee** (and applicable **guest taxes**) for each booking. Airbnb Payments will deduct amounts you owe from your payout unless we and you agree to a different method. Any terms or conditions that you include in any supplemental contract with Guests must: (i) be consistent with these Terms, our **Additional Legal Terms**, **Policies**, and the information provided in your Listing, and (ii) be prominently disclosed in your Listing description.

### 4.3 Independence of Hosts

Your relationship with Airbnb is that of an independent individual or entity and not an employee, agent, joint venturer or partner of Airbnb, except that Airbnb Payments acts as a payment collection agent as described in the Payments Terms. Airbnb does not direct or control your Host

Service and you understand that you have complete discretion whether and when to provide Host Services and at what price and on what terms to offer them.

## 5. Managing Your Listing.

### 5.1 Creating and Managing Your Listing.

The Airbnb Platform provides tools that make it easy for you to set up and manage a Listing. Your Listing must include complete and accurate information about your Host Service, your price, other charges like cleaning fees, resort fees, **offline fees,** and any rules or requirements that apply to your Guests or Listing. You are responsible for your acts and omissions as well as for keeping your Listing information (including calendar availability) and content (like photos) up-to-date and accurate at all times. You are responsible for obtaining appropriate insurance for your Host Services and we suggest you carefully review policy terms and conditions including coverage details and exclusions. You may only maintain one Listing per Accommodation, but may have multiple Listings for a single property if it has multiple places to stay. Any offer of an Experience is subject to our Additional Terms for Experience Hosts in Section 24.

### 5.2 Know Your Legal Obligations.

You are responsible for understanding and complying with any laws, rules, regulations and contracts with third parties that apply to your Listing or Host Services. For example: Some landlords and leases, or homeowner and condominium association rules, restrict or prohibit subletting, short-term rentals and/or longer-term stays. Some cities have zoning or other laws that restrict the short-term rental of residential properties. Some jurisdictions require Hosts to register, get a permit, or obtain a license before providing certain Host Services (such as short-term rentals, longer-term stays, preparing food, serving alcohol for sale, guiding tours or operating a vehicle). In some places, the Host Services you want to offer may be prohibited altogether. Some jurisdictions require that you register Guests who stay at your Accommodation. Some jurisdictions have laws that create tenancy rights for Guests and additional obligations for Hosts. For example, some places have landlord-tenant, rent control, and eviction laws that may apply to longer stays. Check your local rules to learn what rules apply to the Host Services you plan to offer. Information we provide regarding legal requirements is for informational purposes only and you should independently confirm your obligations. You are responsible for handling and using personal data of Guests and others in compliance with applicable privacy laws and these Terms, including our **Host Privacy Standards**. If you have questions about how local laws apply you should always seek legal advice.

### 5.3 Search Ranking.

The ranking of Listings in search results on the Airbnb Platform depends on a variety of factors, including these main parameters:

- Guest search parameters (e.g. number of Guests, destination, time and duration of the trip, price range),

- Listing characteristics (e.g. location, price, calendar availability, number and quality of images, reviews, ratings and other quality signals, type or category of Host Service, Host status, length of time the Listing has been live on the Airbnb Platform, Guest engagement and popularity),

- Guest experience (e.g. customer service and cancellation history of the Host, ease of booking),

- Host and Listing requirements (e.g. minimum or maximum nights, booking cut-off time), and

- Guest preferences and history (e.g. previous trips, viewed and saved Listings, location from where the Guest is searching).

Search results may be different on our mobile application than on our website, and may also differ in the map view. Airbnb may allow Hosts to promote their Listings in search or elsewhere on the Airbnb Platform by paying an additional fee. More information about the factors that determine how your Listing appears in search results, our current promotional programs (if any) and how we identify promoted Content can be found in our **Help Center**.

## 5.4 Your Responsibilities.

To the maximum extent permitted by law, you are responsible and liable for your own acts and omissions and are also responsible for the acts and omissions of anyone you allow to participate in providing your Host Services. You are responsible for setting your price and establishing rules and requirements for your Listing. You must describe any and all fees and charges in your Listing description and may not collect any additional fees or charges outside the Airbnb Platform except those expressly authorized by our **Offline Fee Policy**. Do not encourage Guests to create third-party accounts, submit reviews, provide their contact information, or take other actions outside the Airbnb Platform in violation of our **Off-Platform Policy**.

## 5.5 Hosting as a Team or Organization.

To the maximum extent permitted by law, if you work with a co-host or host as part of a team, business or other organization, you are responsible and liable as a Host under these terms for the acts and omission of each entity and individual who participates in providing your Host Services and you are required to inform personnel engaged by you to deliver any Host Services of your obligations under these Terms. If you accept terms or enter into contracts with third parties, you represent and warrant that you are authorized to enter into contracts for and bind your team, business or other organization, and that each entity you use is in good standing under the laws of the place where it is established. If you perform other functions, you represent and warrant that you are authorized to perform those functions. If you instruct Airbnb to transfer a portion of your payout to a co-host or other Hosts, or send payments to someone else, you must be authorized to

do so, and are responsible and liable for the payment amounts and accuracy of any payout information you provide.

### 5.6 Your Assumption of Risk.

You acknowledge that hosting carries inherent risks and agree that, to the maximum extent permitted by law, you assume the risk arising out of your access to and use of the Airbnb Platform, offering Host Services, or any interaction you have with other Members whether in person or online. You agree that you have had the opportunity to investigate the Airbnb Platform and any laws, rules, regulations, or obligations that may be applicable to your Listings or Host Services.

## 6. Cancellations, Reservation Issues, and Booking Modifications.

### 6.1 Cancellations and Reservation Issues.

In general, if a Guest cancels a Reservation, the amount paid to you is determined by the cancellation policy that applies to that Reservation. As a host, you should not cancel on a Guest without a valid reason under our **Major Disruptive Events Policy** or applicable law. If you cancel on a Guest without such a valid reason, we may impose a **cancellation fee and other consequences**. If: (i) a Guest experiences a Reservation Issue (as defined by the **Rebooking and Refund Policy**), (ii) a **Major Disruptive Event** arises, or (iii) a Reservation is cancelled under Section 12 of these Terms, the amount you are paid will be reduced by the amount we refund or otherwise provide to the Guest, and by any other reasonable costs we incur as a result of the cancellation. If a Guest receives a refund after you have already been paid, or the amount of the refund and other costs incurred by Airbnb exceeds your payout, Airbnb (via Airbnb Payments) may recover that amount from you, including by deducting the refund against your future payouts. You agree that Airbnb's **Rebooking and Refund Policy,** **Major Disruptive Events Policy,** and these Terms preempt the cancellation policy you set in situations where they allow for the cancellation of a Reservation and/or the issuance of refunds to Guests. If we reasonably expect to provide a refund to a Guest under one of these policies, we may delay release of any payout for that Reservation until a refund decision is made. If you host an Experience please note that the **Experience Cancellation Policy,** **Experiences Guest Refund Policy** and different **cancellation fees and consequences** apply to your Reservations. See each **Policy** for details about what is covered, and what your payout will be in each situation.

You may appeal a decision by Airbnb by contacting our **customer service**.

### 6.2 Booking Modifications.

Hosts and Guests are responsible for any Booking Modifications they agree to make via the Airbnb Platform or direct Airbnb customer service to make on their behalf, and agree to pay any additional amounts, fees or taxes associated with a Booking Modification which are notified to them prior to choosing to proceed with the Booking Modification.

## 7. Taxes

### 7.1 Host Taxes.

As a Host, you are responsible for determining and fulfilling your obligations under applicable laws to report, collect, remit or include in your price any applicable GST or other indirect taxes, occupancy taxes, sales, tourist or other taxes ("**Taxes**").

### 7.2 Collection and Remittance by Airbnb.

In jurisdictions where Airbnb facilitates the collection and/or remittance of Taxes on behalf of Hosts, you instruct and authorize Airbnb to collect Taxes on your behalf, and/or to remit such Taxes to the relevant Tax authority. Any Taxes that are collected and/or remitted by Airbnb are identified to Members on their transaction records, as applicable. Airbnb may seek additional amounts from Members (including by deducting such amounts from future payouts) where Taxes collected and/or remitted are insufficient to fully discharge that Members' tax obligations, and you agree that your sole remedy for Taxes collected by Airbnb is a refund from the applicable Tax authority. You acknowledge and agree that we retain the right, with prior notice to affected Members, to cease the collection and remittance of Taxes in any jurisdiction for any reason.

### 7.3 Tax Information.

In certain jurisdictions, Tax regulations may require that we collect and/or report Tax information about you, or withhold Taxes from payouts to you, or both. Where applicable, if you fail to provide us with documentation that we determine to be sufficient to support any such obligation to withhold Taxes from payouts to you, we may withhold payouts up to the amount as required by law, until sufficient documentation is provided. You agree that Airbnb may issue on your behalf invoices or similar documentation for GST or other Taxes for your Host Services to facilitate accurate tax reporting.

## General Terms

## 8. Reviews.

After each Host Service, Guests and Hosts will have an opportunity to review each other. Your review must be accurate and may not contain any discriminatory, offensive, defamatory, or other language that violates these Terms, applicable law, or our **Content Policy** or **Review Policy**. Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

## 9. Content.

Parts of the Airbnb Platform enable you to provide feedback, text, photos, audio, video, information and other content ("**Content**"). By providing Content, in whatever form and through whatever means, you grant Airbnb a non-exclusive, worldwide, royalty-free, perpetual, sub-licensable and transferable license, to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit in any manner such Content to provide and/or promote the Airbnb Platform, in any media or platform, known or unknown to date and in particular on Internet and social networks. If Content includes personal information, such Content will only be used for these purposes if such use complies with applicable data protection laws in accordance with our **Privacy Policy**. Where Airbnb pays for the creation of Content or facilitates its creation, Airbnb may own that Content, in which case supplemental terms or disclosures will say that. You are solely responsible for all Content that you provide and warrant that you either own it or are authorized to grant Airbnb the rights described in these Terms. You are responsible and liable if any of your Content violates or infringes the intellectual property or privacy rights of any third party. Content must comply with our **Content Policy** and **Nondiscrimination Policy**, which prohibit, among other things, discriminatory, obscene, harassing, deceptive, violent and illegal content. You agree that Airbnb may make available services or automated tools to translate Content and that your Content may be translated using such services or tools. Airbnb does not guarantee the accuracy or quality of translations and Members are responsible for confirming the accuracy of such translations.

## 10. Fees.

Airbnb may charge fees (and applicable Taxes) to Hosts and Guests for the right to use the Airbnb Platform. More information about when service fees apply and how they are calculated can be found on our **Service Fees page**. Any applicable fees are disclosed to Guests before making a booking. Except as otherwise provided on the Airbnb Platform and to the extent permitted by law, service fees are non-refundable. Airbnb reserves the right to change the service fees at any time, and will provide Members at least 30 days' notice of any fee changes before they become effective. Fee changes will not affect bookings made prior to the effective date of the fee change. If you disagree with a fee change you may terminate this agreement at any time pursuant to Section 12.2.

## 11. Airbnb Platform Rules.

### 11.1 Rules.

You must follow these rules and must not help or induce others to break or circumvent these rules.

- Act with integrity and treat others with respect.
  - Do not lie, misrepresent something or someone, or pretend to be someone else.

  - Be polite and respectful when you communicate or interact with others.

- Do not attempt to evade enforcement of these Terms, our **Additional Legal Terms**, **Policies**, or our **Standards**, such as by creating a duplicate account or listings.

- Follow our **Nondiscrimination Policy** and do not discriminate against or harass others.

- Do not scrape, hack, reverse engineer, compromise or impair the Airbnb Platform.
  - Do not use bots, crawlers, scrapers, or other automated means to access or collect data or other content from or otherwise interact with the Airbnb Platform.

  - Do not hack, avoid, remove, impair, or otherwise attempt to circumvent any security or technological measure used to protect the Airbnb Platform or Content.

  - Do not decipher, decompile, disassemble, or reverse engineer any of the software or hardware used to provide the Airbnb Platform.

  - Do not take any action that could damage or adversely affect the performance or proper functioning of the Airbnb Platform.

- Only use the Airbnb Platform as authorized by these Terms or another agreement with us.
  - You may only use another Member's personal information as necessary to facilitate a transaction using the Airbnb Platform as authorized by these Terms.

  - Do not use the Airbnb Platform, our messaging tools, or Members' personal information to send commercial messages without their express consent.

  - You may use Content made available through the Airbnb Platform solely as necessary to enable your use of the Airbnb Platform as a Guest or Host.

  - Do not use Content unless you have permission from the Content owner or the use is authorized by us in these Terms or another agreement you have with us.

  - Do not request, make or accept a booking or any payment outside of the Airbnb Platform to avoid paying fees, taxes or for any other reason. See our **Offline Fee Policy** for exceptions.

  - Do not require or encourage Guests to open an account, leave a review, complete a survey, complete a survey, or otherwise interact, with a third party website, application or service before, during or after a Reservation, unless authorized by Airbnb.

  - Do not engage in any practices that are intended to manipulate our search algorithm.

  - Do not book Host Services unless you are actually using the Host Services.

  - Do not use, copy, display, mirror or frame the Airbnb Platform, any Content, any Airbnb branding, or any page layout or design without our consent.

- Honor your legal obligations.
  - Understand and follow the laws that apply to you, including privacy, data protection, and export laws.

- If you provide us with someone else's personal information, you: (i) must do so in compliance with applicable law, (ii) must be authorized to do so, and (iii) authorize us to process that information under our **Privacy Policy**.

- Read and follow our Terms, **Additional Legal Terms**, **Policies** and **Standards**.

- Do not organize or facilitate unauthorized parties or events. You are responsible and liable for any party or event during your Reservation that violates our **rules for parties and events**, as incorporated by reference herein.

- Do not use the name, logo, branding, or trademarks of Airbnb or others without permission, and only as set forth in our **Trademark Guidelines**.

- Do not use or register any domain name, social media handle, trade name, trademark, branding, logo or other source identifier that is confusingly similar to any Airbnb trademarks, logos or branding. See our **Trademark Guidelines** for additional details.

- Do not offer Host Services that violate the laws or agreements that apply to you. Do not offer or solicit prostitution or participate in or facilitate human trafficking.

## 11.2 Reporting Violations.

If you believe that a Member, Listing or Content poses an imminent risk of harm to a person or property, you should immediately contact local authorities before contacting Airbnb. In addition, if you believe that a Member, Listing or Content has violated our **Standards**, you should report your concerns to Airbnb. If you reported an issue to local authorities, Airbnb may request a copy of that report. Except as required by law, we are not obligated to take action in response to any report.

## 11.3 Copyright Notifications.

If you believe that Content on the Airbnb Platform infringes copyrights, please notify us in accordance with our **Copyright Policy**.

# 12. Termination, Suspension and other Measures.

## 12.1 Term.

The agreement between you and Airbnb reflected by these Terms is effective when you access the Airbnb Platform (for example to create an account) and remains in effect until either you or we terminate the agreement in accordance with these Terms.

## 12.2 Termination.

You may terminate this agreement for any reason and at any time by sending us an email or by deleting your account, or in the case of Experiences, by removing all of your Experiences from the

Airbnb Platform. Airbnb may terminate this agreement, stop providing access to the Airbnb Platform, deactivate your account, remove your Listing(s), or any combination thereof, for any reason (including if your account has been inactive for more than two years) by providing you 30 days' notice via email or using any other contact information you have provided for your account. Airbnb may also terminate this agreement, stop providing access to the Airbnb Platform, deactivate your account, remove your Listing(s), or any combination thereof, immediately and without prior notice if (i) you materially breach these Terms or our **Additional Legal Terms**, or **Policies**, (ii) you materially fail to comply with the **standards and requirements for Experiences**; (iii) you violate applicable laws, or (iv) such action is necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member).

Airbnb reserves the right to change our services, including to add or remove features and functionalities or change the types of Listings we accept or allow on the platform, including but not limited to: improve or update our services, prevent abuse, or respond to legal requirements. If we make material changes, we will provide you with 30 days' advance notice, unless the changes are to prevent abuse or respond to legal requirements.

## 12.3 Member Violations.

If (i) you breach these Terms, our **Additional Legal Terms**, **Policies**, or our **Standards**, (ii) you violate applicable laws, regulations, or third-party rights, (iii) you provide Content that is illegal or incompatible with these Terms, (iv) you have repeatedly received poor reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly canceled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties, Airbnb may:

- suspend or limit your access to or use of the Airbnb Platform and/or your account;

- suspend, remove, disable access to, or restrict visibility of Listings, reviews, or other Content;

- cancel pending or confirmed bookings; or

- suspend or revoke any special status associated with your account.

In case of non-material breaches or where otherwise reasonable, you will be given reasonable notice of any actions that Airbnb proposes to take and an opportunity to remedy the non-material breach (if it is capable of remedy), unless such notification would (i) prevent or impede the detection or prevention of fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (iii) contravene applicable laws.

## 12.4 Legal Mandates.

Airbnb may take any action it determines is reasonably necessary to comply with applicable law, or the order or request of a court, law enforcement or other administrative agency or governmental

body, including the measures described above in Section 12.3.

### 12.5 Effect of Termination.

If you are a Host and terminate your Airbnb account, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you terminate your account as a Guest, any confirmed booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy as specified on the Listing at the time of booking. When this agreement has been terminated, you are not entitled to a restoration of your account or any of your Content. If your access to or use of the Airbnb Platform has been limited, or your Airbnb account has been suspended, or this agreement has been terminated by us, you may not register a new account or access or use the Airbnb Platform through an account of another Member.

### 12.6 Survival.

Sections 1, 2.1, 3, 4.2, 4.3, 5.2, 5.4, 5.5, 6.1, 7, 8, 9, 10, 11, 12.3, 12.4, 12.5, 12.7, 14, 15, 16, 17, 18, 19, 20, 21 and 22 survive expiry or termination, together with any other terms that, by reasonable implication or to give them efficacy are, or are intended, to be performed in whole or in part after the expiry or termination of this agreement.

### 12.7 Appeal.

If Airbnb takes any of the measures described in this Section 12 you may appeal such a decision by contacting our **customer service**.

## 13. Modification of these Terms.

Airbnb may modify these Terms at any time. When we make material changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will also provide you with notice of any material changes by email, notifications through the Airbnb Platform, messaging service, or any other contact method made available by us and selected by you at least 30 days before the date they become effective. If you disagree with the revised Terms, you may terminate this agreement immediately as provided in these Terms. If you do not terminate your agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platform will constitute acceptance of the revised Terms.

## 14. Resolving Complaints and Damage Claims.

### 14.1

If a Member provides valid evidence that you, your guest(s), or your pet(s) have culpably:

(i) damaged the complaining Member's, or the Accommodation owner's (where the Accommodation owner is not also the Host), real or personal property, or real or personal property the complaining Member is responsible for, or has an economic interest in;

(ii) caused loss of booking income for bookings via the Airbnb Platform or other consequential damages which result directly from the damage caused under (i) above; or

(iii) otherwise caused the complaining Member to incur cleaning costs in excess of the Member's cleaning fee (each of (i), (ii), and (iii) being a "**Damage Claim**"),

the complaining Member can notify Airbnb and/or seek compensation through the Resolution Center. You will be notified of the Damage Claim and given an opportunity to respond. If you agree to pay, or if the Damage Claim is escalated to Airbnb and Airbnb reasonably determines that the Damage Claim is valid and you are responsible for the Damage Claim, Airbnb via Airbnb Payments can collect the amount of the Damage Claim from you.

## 14.2

If the Host and Guest cannot resolve, or a Guest fails to pay a Damage Claim, the Host may notify Airbnb through the Resolution Center under the terms of the Host Damage Protection Terms and seek compensation. Airbnb will review the Damage Claim and ask the Host to provide any required evidence (e.g. through appropriate documents, photos, invoices, or third- party experts) which substantiates the Damage Claim and the Damage Claim amount. The Guest will be given the opportunity to respond and provide any relevant counter evidence. If Airbnb reasonably determines, under (i) consideration of the evidence provided; (ii) the Host Damage Protection Terms; and (iii) applicable statutory rules on the burden of proof, that the Guest is responsible for the Damage Claim, Airbnb (via Airbnb Payments) will pay out the Damage Claim to the Host. If Airbnb pays out the Damage Claim to the Host, Airbnb may collect the amount of the Damage Claim from the Guest, including by charging the Guest's Payment Method up to a maximum amount of $500 USD. Airbnb may also pursue claims for recovering Damage Claims amounts, including amounts exceeding the maximum amount applicable for charging the Guest's Payment Method, against a Guest using any remedies it may have available under applicable law, including referral of the matter to a collections agency, and/or pursuit of available causes of action and/or claims against a Guest. Members may appeal a decision by Airbnb by contacting our customer service. As between Members and Airbnb, the burden of proof regarding the Damage Claim and the Damage Claim amount always lies with Airbnb.

## 14.3

You agree to cooperate in good faith, provide any information Airbnb requests, execute documents, and take further reasonable action, in connection with Damage Claims, Member complaints, claims under insurance policies, or other claims related to your provision or use of Host Services.

## 14.4

Any decisions made by Airbnb in relation to a Damage Claim will not affect your contractual or statutory rights.

## 15. Airbnb's Role

We offer you the right to use a platform that enables Members to publish, offer, search for, and book Host Services. When Members make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not become a party to or other participant in any contractual relationship between Members. Airbnb is not acting as an agent for any Member except for where Airbnb Payments acts as a collection agent as provided in the Payments Terms. While we work hard to ensure our Members have great experiences using Airbnb, we do not and cannot control the conduct or performance of Guests and Hosts and do not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services or (ii) the truth or accuracy of any Listing descriptions, Reviews, or other Content provided by Members. You acknowledge that Airbnb has the right, but does not have any obligation to monitor the use of the Airbnb Platform and verify information provided by our Members. For example, we may review, disable access to, remove, or edit Content to: (i) operate, secure and improve the Airbnb Platform (including for fraud prevention, risk assessment, investigation and customer support purposes); ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) address Member Content that we determine is harmful or objectionable; (v) take actions set out in these Terms; and (vi) maintain and enforce any quality or eligibility criteria, including by removing Listings that don't meet quality and eligibility criteria. Where we remove or disable Content, we will notify a Member and provide the reasons for such a measure, unless such notification would (i) prevent or impede the detection or prevention of fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (iii) contravene applicable laws. You may appeal such a decision by contacting our **customer service**. Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb regarding the use or abuse of the Airbnb Platform.

## 16. Member Accounts.

You must register an account to access and use many features of the Airbnb Platform. Registration is only permitted for legal entities, partnerships and natural persons who are 18 years or older. You represent and warrant that you are not a person or entity barred from using the Airbnb Platform under the laws of the United States, your place of residence, or any other applicable jurisdiction. You must provide accurate, current, and complete information during registration and keep your account information up-to-date. You may not transfer your account to someone else. You are responsible for maintaining the confidentiality and security of your account credentials and may not disclose your credentials to any third party. You must immediately notify Airbnb if you suspect that your credentials have been lost, stolen, or your account is otherwise compromised. You are responsible and liable for activities conducted through your Airbnb Account, unless such activities

are not authorized by you and you are not otherwise negligent (such as failing to report the unauthorized use or loss of your credentials). If and as permitted by applicable law, we may, but have no obligation to (i) ask you to provide identification or other information, (ii) undertake checks designed to help verify your identity or background, (iii) screen you against third-party databases or other sources and request reports from service providers, and (iv) obtain reports from public records of criminal convictions or sex offender registrations or their local equivalents.

## 17. Warranties.

**We do not endorse or warrant the existence, conduct, performance, safety, quality, legality or suitability of any Guest, Host, Host Service, Listing or third party. To the maximum extent permitted by law, we do not warrant the performance or non-interruption of the Airbnb Platform and we do not warrant that verification, identity or background checks conducted on Listings or Members (if any) will identify past misconduct or prevent future misconduct. Any references to a Member or Listing being "verified" (or similar language) indicate only that the Member or Listing or Airbnb has completed a relevant verification or identification process and nothing else. We are not responsible for outages or disruptions of the Internet and telecommunications infrastructure which are beyond our control and can lead to interruptions in the availability of the Airbnb Platform. Airbnb may, temporarily and under consideration of the Members' legitimate interests (e.g. by providing prior notice), restrict the availability of the Airbnb Platform or certain features thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenance measures that ensure the proper or improved functioning of the Airbnb Platform.**

## 18. Limitations on Liability.

**To the maximum extent permitted by law, no party, including Airbnb's affiliates and personnel, or any other party involved in creating, producing, or delivering the Airbnb Platform or any Content, will be liable for any incidental, special, exemplary or consequential damages. Incidental, special, exemplary or consequential damages include, to the maximum extent permitted by law, lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services. Neither is Airbnb liable nor any other party liable, to the extent permitted by law, for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Terms, (ii) the use of or inability to use the Airbnb Platform or any Content, (iii) any communications, interactions or meetings you may have with someone you interact or meet with through, or as a result of, your use of the Airbnb Platform, or (iv) the publishing or booking of a Listing, including the provision or use of Host Services, whether based on warranty, contract, tort (including negligence), product liability or any other legal theory, and whether or not Airbnb has been informed of the possibility of such damage, even if a limited remedy set out in these Terms is found to have failed of its essential purpose.**

**Except for (i) Airbnb's obligation to transmit payments to Hosts under these Terms, (ii) Airbnb's obligation to make payments under the Airbnb Host Damage Protection, which contains its own**

limitations of liability, and (iii) Airbnb's wilful breach of these Terms, to the maximum extent permitted by law, in no event shall Airbnb's aggregate liability for any claim or dispute arising out of or in connection with these Terms, interaction with any Members, or use of or inability to use the Airbnb Platform, any Content, or any Host Service, exceed: (A) to Guests, three (3) times the amount you paid for the relevant Reservation(s) giving rise to the liability, or (B) to Hosts, three (3) times the amount paid to you for the relevant Reservation(s) giving rise to the liability.

Except in the case of a Member's wilful breach of these Terms, to the maximum extent permitted by law, in no event shall a Member's liability to Airbnb or any other party involved in creating, producing, or delivering the Airbnb Platform or any Content for any claim or dispute arising out of or in connection with these Terms, interaction with any Member, or use of or inability to use the Airbnb Platform, any Content, or any Host Service exceed: (A) in the case of Guests, three (3) times the amount you paid for the relevant Reservation(s) giving rise to the liability, or (B) in the case of Hosts, three (3) times the amount paid to you for the relevant Reservation(s) giving rise to the liability.

## 19. Indemnification.

To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb (including Airbnb Payments, other affiliates, and their personnel) harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of: (i) your breach of these Terms (including any supplemental or additional terms that apply to a product or feature) or our Additional Legal Terms, Policies or Standards, (ii) your improper use of the Airbnb Platform, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience or other Host Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, (iv) your failure, or our failure at your direction, to accurately report, collect or remit Taxes, or (v) your breach of any laws, regulations or third party rights such as intellectual property or privacy rights. The indemnification obligation only applies if and to the extent that the claims, liabilities, damages, losses, and expenses have been adequately caused by your negligence or breach of a contractual obligation or, to the maximum extent permitted by law, the negligence and breach of a contractual obligation by those third parties for whose acts and omissions you are responsible under Sections 3.1 and 5.4 above.

## 20. Contracting Entities.

Based on your country of residence or establishment and what you are doing on the Airbnb Platform, Schedule 1 below sets out the Airbnb entity with whom you are contracting. If we identify through the Airbnb Platform, an Airbnb entity other than the one set out on Schedule 1 as being responsible for a product, feature or transaction, the Airbnb entity so identified is your contracting entity with respect to that product, feature or transaction. If you change your country of residence

or establishment to a country outside of Australia, the Airbnb company you contract with and the applicable version of the Terms of Service will be determined by your new country of residence or establishment, from the date on which your country of residence or establishment changes.

## 21. Applicable law and Jurisdiction.

These Terms are governed by and construed in accordance with Irish law. If you are acting as a consumer and if mandatory statutory consumer protection regulations in your country of residence contain provisions that are more beneficial for you, such provisions shall apply irrespective of the choice of Irish law. The application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) is excluded. As a consumer, you may bring any judicial proceedings relating to these Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in Ireland. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 22. Miscellaneous

### 22.1 Other Terms Incorporated by Reference.

There are documents, policies and standards referred to in and linked from these Terms (including on our **Additional Legal Terms** page), which apply to your use of the Airbnb Platform, which are incorporated by reference to these Terms, and form part of the binding legal agreement between you and Airbnb.

### 22.2 Interpreting these Terms.

Except as they may be supplemented by additional terms, conditions, policies, guidelines, standards, and in-product disclosures, these Terms (including those items incorporated by reference) constitute the entire agreement between Airbnb and you pertaining to your access to or use of the Airbnb Platform and supersede any and all prior oral or written understandings or agreements between Airbnb and you. This Section does not exclude a party's liability for prior false, misleading or deceptive statements or misrepresentations, where oral or written. These Terms do not and are not intended to confer any rights or remedies upon anyone other than you and Airbnb. If any provision of these Terms is held to be invalid or unenforceable, except as otherwise indicated in Section 23.12 below, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

### 22.3 No Waiver.

Subject to any limitation expressly stated in these Terms, or any document policy or standard incorporated into them, neither Airbnb's or a Member's failure to enforce any right or provision in these Terms will constitute a waiver of such right or provision unless acknowledged and agreed between the relevant parties in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

### 22.4 Assignment.

You may not assign, transfer or delegate this agreement or your rights and obligations hereunder without Airbnb's prior written consent (not to be unreasonably withheld or delayed). Airbnb may without restriction assign, transfer or delegate this agreement and any rights and obligations hereunder, at its sole discretion, with 30 days' prior notice. Your right to terminate this agreement at any time pursuant to Section 12.2 remains unaffected.

### 22.5 Notice.

Unless specified otherwise, any notices or other communications to Members permitted or required under this agreement, will be provided electronically and given by Airbnb via email, Airbnb Platform notification, messaging service (including SMS and WeChat), or any other contact method we enable you to provide. If a notification relates to a booking or Listing in Japan, you agree and acknowledge that such notifications via electronic means in lieu of a written statement, satisfies Airbnb's obligations under Article 59 (1) of the Japanese Housing Accommodation Business Act.

### 22.6 Third-Party Services.

The Airbnb Platform may contain links to third-party websites, applications, services or resources ("**Third-Party Services**") that are subject to different terms and privacy practices. Airbnb is not responsible or liable for any aspect of such Third-Party Services and links to such Third-Party Services are not an endorsement.

### 22.7 Google Terms.

Some translations on the Airbnb Platform are powered by Google. Google disclaims all warranties related to the translations, express or implied, including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and non-infringement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the **Google Maps/Google Earth Additional Terms of Service**.

### 22.8 Apple Terms.

If you access or download our application from the Apple App Store, you agree to **Apple's Licensed Application End User License Agreement**.

## 22.9 Airbnb Platform Content.

Content made available through the Airbnb Platform, including without limitation trademarks, trade dress, inventions, algorithms, computer programs (in source code and object code), customer and marketing information and other content ("**Platform Content**"), whether registered or unregistered, may be protected by copyright, trademark, patent, trade secrets, know how, and/or other laws of the United States and other countries. You acknowledge that all intellectual property rights for that Platform Content are the exclusive property of Airbnb and/or its licensors and agree that you will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices. You may not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit any Platform Content accessed through the Airbnb Platform except to the extent you are the legal owner of that Platform Content or as expressly permitted in these Terms. Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access and view the Platform Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

## 22.10 Airbnb.org.

Airbnb.org is a nonprofit corporation exempt from income taxation under U.S. Internal Revenue Code Section 501(c)(3), operating as a public charity. Airbnb.org is not owned or controlled by Airbnb. Airbnb.org administers a number of charitable programs that benefit our Host and Guest communities and the public.

## 22.11 Force Majeure.

As between Airbnb and a Member, neither shall be liable to the other for any delay or failure to perform resulting from abnormal or unforeseeable circumstances outside their reasonable control, the consequences of which would have been unavoidable despite all efforts to the contrary, including, but not limited to, acts of God, war, terrorism, riots, embargoes, acts of civil or military authorities, fire, floods, accidents, pandemics, epidemics or disease, strikes or shortages of transportation facilities, fuel, energy, labor or materials. For the avoidance of doubt, this Section does not: (i) apply to a Reservation, which is subject to the Host's cancellation policy and the Major Disruptive Events Policy; or (ii) operate to extend deadlines applicable to a Resolution Centre Request, a Host Damage Protection claim, an Aircover for guests claim, a Reservation Issue under the Rebooking and Refund Policy, or an Experiences Issue under the Experiences Guest Refund Policy, or other requests, claims or reporting under similar policies that are incorporated by reference into these Terms.

## 22.12 Emails and SMS.

You will receive administrative communications from us using the email address or other contact information you provide for your Airbnb account. Enrollment in additional email subscription programs will not affect the frequency of these administrative emails, though you should expect to

receive additional emails specific to the program(s) to which you have subscribed. You may also receive promotional emails from us. No fee is charged for these promotional emails, but third-party data rates could apply. You can control whether you receive promotional emails using the notification preferences in your account settings. Please note that you will not be able to take advantage of certain promotions if you disable certain communication settings or do not have an Airbnb Account.

### 22.13 Contact Us.

If you have any questions about these Terms, please **email us**.

## 23. United States Dispute Resolution and Arbitration Agreement.

PLEASE READ THE FOLLOWING PARAGRAPHS CAREFULLY BECAUSE THEY PROVIDE THAT WHERE THIS ARBITRATION AGREEMENT APPLIES IN ACCORDANCE WITH SECTION 23.1, YOU AND AIRBNB AGREE TO RESOLVE ALL DISPUTES BETWEEN US THROUGH BINDING INDIVIDUAL ARBITRATION AND INCLUDE A CLASS ACTION WAIVER AND JURY TRIAL WAIVER. This Arbitration Agreement supersedes all prior versions.

### 23.1 Application.

This Arbitration Agreement only applies to you if your country of residence or establishment is the United States. If your country of residence or establishment is not the United States, and you nevertheless attempt to bring any legal claim against Airbnb in the United States, this Arbitration Agreement will apply for determination of the threshold issue of whether this Section 23 applies to you, and all other threshold determinations, including residency, arbitrability, venue, and applicable law.

### 23.2 Overview of Dispute Resolution Process.

Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom this Section 23 applies: (1) an informal negotiation directly with Airbnb's customer service team (described in Section 23.3, below), and if necessary (2) a binding arbitration in accordance with the terms of this Arbitration Agreement. You and Airbnb each retain the right to seek resolution of the dispute in small claims court as an alternative to arbitration.

### 23.3 Mandatory Pre-Arbitration Dispute Resolution and Notification.

At least 30 days prior to initiating an arbitration, you and Airbnb each agree to send the other party an individualized notice of the dispute in writing ("**Pre-Dispute Notice**") and attempt in good faith to negotiate an informal resolution of the individual claim. You must send your Pre-Dispute Notice to Airbnb by mailing it to Airbnb's agent for service: **CSC Lawyers Incorporating Service, 2710**

**Gateway Oaks Drive, Suite 150N, Sacramento, California 95833**. Airbnb will send its Pre-Dispute Notice to the email address associated with your Airbnb account. A Pre-Dispute Notice must include: the date, your name, mailing address, your Airbnb username, the email address you used to set up your Airbnb account, your signature, a brief description of the dispute, and the relief sought. If the parties are unable to resolve the dispute within the 30-day period, only then may either party commence arbitration by filing a written demand for arbitration with the arbitration provider designated pursuant to Section 23.6, below. A claimant's Pre-Dispute Notice requirement is a prerequisite to any arbitration, and a copy of the Pre-Dispute Notice and evidence that it was sent as required by this Section must be attached to any arbitration demand.

## 23.4 Agreement to Arbitrate.

**You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or any use of the Airbnb Platform, Host Services, or any Content (collectively, "Disputes") will be settled by binding arbitration on an individual basis (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to a Dispute, you and Airbnb agree that an arbitrator will decide that issue. For the avoidance of doubt, you and Airbnb agree that any question regarding arbitrability and the formation, enforceability, validity, scope, or interpretation of all or part of this Section 23, including any dispute over compliance with the Pre-Dispute Notice requirement and a party's responsibility to pay arbitration fees, shall be resolved exclusively by an arbitrator.**

## 23.5 Exceptions to Arbitration Agreement.

You and Airbnb each agree that the following causes of action and/or claims for relief are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in state or federal court in San Francisco, California, unless we both agree to some other location: (i) any claim or cause of action alleging actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) any claim or cause of action seeking emergency injunctive relief based on exigent circumstances (e.g. imminent danger or commission of a crime, hacking, cyber-attack); (iii) a request for the remedy of public injunctive relief; (iv) any claim or cause of action for vexatious litigation; or (v) any individual claim of sexual assault or sexual harassment arising from your use of the Airbnb Platform or Host Services. You and Airbnb agree that any request for the remedy of public injunctive relief will proceed after the arbitration of all arbitrable claims, remedies, or causes of action, and will be stayed pending the outcome of the arbitration pursuant to section 3 of the Federal Arbitration Act.

## 23.6 Arbitration Rules and Governing Law.

This Arbitration Agreement evidences a transaction in interstate commerce and the Federal Arbitration Act governs all substantive and procedural interpretation and enforcement of this Arbitration Agreement, and not state law. The arbitration will be administered by ADR Services, Inc. ("**ADR**") (www.adrservices.com) in accordance with Rules 1, 6–7, 8–9, and 11–12, 45, 54, and 56 of

the Federal Rules of Civil Procedure ("**Selected Federal Rules**") (https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure) and ADR's Arbitration Rules then in effect (the "**ADR Rules**"), except as the Selected Federal Rules or ADR Rules are modified by or conflict with this Arbitration Agreement. The ADR Rules are available at www.adrservices.com. If an arbitration demand is submitted to ADR Services in accordance with this agreement and the ADR Rules, and ADR Services cannot or will not administer the arbitration, the arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Selected Federal Rules and the AAA's Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org. If the AAA cannot and will not administer the arbitration, you and Airbnb shall confer and select an alternative arbitral forum, and if we are unable to agree, either you or Airbnb may ask a court to appoint an arbitrator pursuant to 9 U.S.C. § 5. In that event, the arbitration will be conducted in accordance with the rules of the appointed arbitral forum, unless those rules are inconsistent with the provisions of this Arbitration Agreement.

### 23.7 Modification of Arbitration Rules - Arbitration Hearing/Location.

In order to make the arbitration most cost-effective, efficient, and convenient, any required arbitration hearing in an arbitration wherein the amount in controversy does not exceed $1,000,000 USD shall be conducted remotely via video conference except as otherwise agreed by the parties or instructed by the arbitrator. Any required arbitration hearing in an arbitration wherein the amount in controversy exceeds $1,000,000 USD shall be conducted in San Francisco County except as otherwise agreed by the parties or instructed by the arbitrator. If the amount in controversy is $10,000 USD or less, the parties agree to proceed solely on the submission of documents to the arbitrator.

### 23.8 Modification of AAA Rules - Arbitration Fees and Costs.

Your arbitration fees and your share of arbitrator compensation shall be governed by the ADR Rules and the ADR Services fee schedule (available at www.adrservices.com). If you have a gross monthly income of less than 300% of the federal poverty guidelines, you are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. You may request a fee waiver by providing the arbitration provider with a declaration under oath stating your monthly income and the number of persons in your household. If a fee waiver is granted by the arbitration provider and you provide Airbnb with documents necessary to prove that your gross monthly income is less than 300% of the federal poverty guidelines, Airbnb will pay your share of any arbitrator fees.

### 23.9 Modification of Arbitration Rules - Claims Brought for an Improper Purpose or In Violation of This Arbitration Agreement.

Either party may make a request that the arbitrator impose sanctions upon proving that the other party or its attorney(s) has asserted a claim or defense that is groundless in fact or law, brought in bad faith or for the purpose of harassment, or is otherwise frivolous. As allowed by applicable law,

the arbitrator shall impose sanctions equal to the requesting party's reasonable attorneys' fees and costs upon finding that a claim or defense is groundless in fact or law, brought in bad faith or for the purpose of harassment, asserted in violation of Fed. R. Civ. P. 11(b) (treating the arbitrator as "the court"), or is otherwise frivolous. Either party may seek dismissal of any arbitration filed in violation of any provision of this Arbitration Agreement. Either party may assert in arbitration a counterclaim for the other party's initiation of proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement. Upon finding that a party has initiated proceedings concerning an arbitrable Dispute without complying with or otherwise in violation of the requirements of this Arbitration Agreement, the arbitrator shall award the other party its actual damages, including but not limited to reasonable attorneys' fees and costs.

## 23.10 Arbitrator's Decision.

The arbitrator will issue a written decision which shall include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award any relief allowed by law or the ADR Rules, but declaratory or injunctive relief may be awarded only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

## 23.11 Jury Trial Waiver.

You and Airbnb acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.

## 23.12 No Class Actions or Representative Proceedings.

You and Airbnb acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative or consolidated proceeding. Unless we agree in writing or as provided in this agreement, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If there is a final judicial determination that applicable law precludes enforcement of the waiver contained in this paragraph as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy, and only that claim, cause of action or requested remedy, will be severed from this agreement to arbitrate and will be brought in a court of competent jurisdiction. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and we agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator.

## 23.13 Mass Action Waiver.

You and Airbnb acknowledge and agree that the relative benefits and efficiencies of arbitration may be lost when 100 or more arbitration claims are filed within 180 days which (1) involve the same or similarly situated parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, alleged violations or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties ("**Mass Action**"). Accordingly, you and Airbnb agree to waive the right to have any Dispute administered, arbitrated, or resolved as part of a Mass Action (though Sections 22 and 23.12 of these Terms will continue to apply to the Dispute). In case of a dispute, the appointed arbitrator for the first matter instituted within a set of claims identified by either party shall decide whether those claims are part of a Mass Action. If no arbitrator has yet been appointed, an arbitrator shall be appointed solely to determine whether claims identified by either party are part of a Mass Action. Nothing in this provision prevents you or Airbnb from participating in a mass settlement of claims.

### 23.14 Modification of Arbitration Rules – Mass Action Batching Requirements.

If for any reason, notwithstanding Section 23.13, an arbitration proceeds as part of a Mass Action, the parties shall group the arbitration demands into batches of no more than 200. The batches shall be determined by listing the claimants' alphabetically (by last name or business name, as applicable)—for example, the first 200 claimants listed will be the first batch, the next 200 claimants listed will be the second batch, and so forth. The parties shall randomly assign each batch a sequential number and arbitrate the batches one at a time, in sequential order. While one batch is being arbitrated, the arbitration provider shall hold the remainder in abeyance unless otherwise agreed by the parties or instructed by the arbitration provider. Each batch shall be resolved within 240 days of the pre-hearing conference for that batch. Notwithstanding the forgoing, if any claimant's demand has not been the subject of a pre-hearing conference within 2 years of the latest-filed demand in the Mass Action, such claimant may elect to pursue the claims asserted in the claimant's demand in court subject to Sections 21 and 23.12 of these Terms.

### 23.15 Modifications of Arbitration Rules - Offers of Judgment.

At least ten (10) days before the date set for the arbitration hearing, you or Airbnb may serve a written offer of judgment on the other party to allow judgment on specified terms. If the offer is accepted, the offer with proof of acceptance shall be submitted to the arbitration provider, who shall issue an award accordingly. If the offer is not accepted prior to the arbitration hearing or within thirty (30) days after it is made, whichever occurs first, it shall be deemed withdrawn and cannot be given as evidence in the arbitration, other than with respect to costs (including all fees paid to the arbitration provider). If an offer made by one party is not accepted by the other party, and the other party fails to obtain a more favorable award, the other party shall not recover their post-offer costs and shall pay the offering party's costs (including all fees paid to the arbitration provider) from the time of the offer.

### 23.16 Severability.

Except as provided in Section 23.12, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision will be severed and the remainder of the Arbitration Agreement will be given full force and effect.

### 23.17 Amendment to Agreement to Arbitrate.

If Airbnb amends this Section 23 after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject the change by sending us written notice no later than 30 days of the date the change is effective. Your notice must include your name, mailing address, the date of the notice, your Airbnb username, the email address you used to set up your Airbnb account, your signature, and an unequivocal statement that you want to opt out of the amended Section 23. You must either mail your notice to this address: 888 Brannan St, San Francisco, CA 94103, Attn: Arbitration Opt-Out, or email the opt-out notice to arbitration.opt.out@airbnb.com. Rejecting a new change, however, does not revoke or alter your prior consent to any earlier agreements to arbitrate any Dispute between you and Airbnb (or your prior consent to any subsequent changes thereto), which will remain in effect and enforceable as to any Dispute between you and Airbnb.

### 23.18 Survival.

Except as provided in Section 23.16, and subject to Section 12.6, this Section 23 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb Account.

## Additional Terms for Experience Hosts

Nothing in this Additional Terms for Experience Hosts section ("**Experience Host Terms**") should be interpreted to amend or contradict the Terms unless explicitly stated. If there is a conflict between the Terms and the Experience Host Terms with respect to an Experience, the Experience Host Terms control.

## 24. Experience Host Terms

### 24.1 Listing an Experience.

To list an Experience, you must create a Listing and submit the Experience to Airbnb. Experiences must at all times meet the standards and requirements for Experiences. When listing an Experience you must, where applicable, fully educate and inform Guests about (i) any risks inherent or incidental to the Experience, (ii) any requirements for participation, such as the minimum age, related skills, or level of fitness, and (iii) anything else they may need to know to safely participate in the Experience (including dress codes, equipment, special certifications or licenses, etc.). Airbnb

reserves the right to decide, in its sole discretion, whether a submitted Experience will be published on or remains on the Airbnb Platform.

## 24.2 Hosting Airbnb Guests.

Once your Experience is published on the Airbnb Platform, you will have the ability to add dates and times when you offer your Experience through the Airbnb Platform (an "**Instance**"). By making an Instance of your Experience available on the Airbnb Platform, you agree that only people who book through Airbnb can attend that Instance of the Experience. You further agree that you will not allow people to attend any Instance of your Experience available on the Airbnb Platform unless that person booked through Airbnb (or was added as an additional Guest for a spot booked through the Airbnb Platform).

## 24.3 Social Impact Experiences.

If you wish to provide an Experience that benefits a social impact organization (a "**Social Impact Experience**"), you and the benefitting organization must comply with the Social Impact Experience eligibility requirements. When listing a Social Impact Experience you (i) represent and warrant that you are duly authorized to act on behalf of the benefitting organization and (ii) acknowledge and agree that all payouts will be directed to an account owned by the benefitting organization unless the benefitting organization has obtained authorization from Airbnb as outlined in the Social Impact Experience eligibility requirements. You and the benefitting organization acknowledge that listing a Social Impact Experience does not create a commercial fundraising or co-venturer, or charitable trust relationship with Airbnb, and Airbnb is not a professional fundraiser or commercial participator. If the benefitting organization is a nonprofit, the nonprofit, and not Airbnb, is responsible for determining what, if any, portion of its Total Price is a charitable contribution and for providing Guests charitable tax receipts for any applicable charitable contributions. You and the benefitting organization are solely responsible for complying with all laws that apply to the organization and your Social Impact Experience.

## 24.4 Equipment.

You are responsible for providing all equipment, including supplies, vehicles, venues and other materials ("**Equipment**") necessary to host your Experience. You are solely responsible for ensuring that the Equipment used in your Experience is in good working order and conforms to all laws pertaining to safety, equipment, inspection, and operational capability. Except as otherwise required by law, you assume all risk of damage or loss to your Equipment.

## 24.5 Additional Experience Host Responsibilities.

You are responsible for (i) understanding and complying with all laws, rules and regulations that may apply to your Experience, (ii) obtaining any required licenses, permits, or registrations prior to providing your Experience; and (iii) ensuring that your Listing and/or Hosting of an Experience will

not breach any agreement you may have with any third party. You can find additional information about some of the legal obligations that may apply to you on our **Responsible Hosting** pages.

### 24.6 Hosting as a Team or Organization.

You must provide your Experience in person and may not allow any third party to provide the Experience on your behalf, unless authorized by Airbnb. Any member of a team, business, or organization that interacts with Guests must be added to an Experience via the method designated by the Airbnb Platform. See Section 5.5 for information about hosting as part of a team, business or organization as well as the **Listing Management Terms of Service**, which are incorporated herein.

### 24.7 Insurance.

We may require that you obtain your own insurance in order to publish an Experience on the Airbnb Platform. We will provide you with reasonable notice of any changes to insurance requirements that apply to your Experience. In such cases, you agree to obtain and maintain insurance for you, the members of your team or organization, and/or your Experience with the coverage and in the amounts determined by us in our sole discretion for any and all activities that take place on your Experience. You agree to cooperate with Airbnb to verify such insurance coverage. In the event that Airbnb has obtained its own liability insurance that covers your Experiences, your insurance will be the primary source of coverage and Airbnb's insurance will operate as excess or secondary insurance for any amounts exceeding your coverage. Our procurement of such secondary insurance coverage does not relieve you of your obligation to obtain insurance in amounts required by us.

### Schedule 1 - Contracting Entities

**Your Place of Residence or Establishment: Australia**

| YOUR ACTIVITY ON THE AIRBNB PLATFORM: | AIRBNB CONTRACTING ENTITY: | CONTACT INFORMATION: |
|---|---|---|
| Booking or offering certain hotels or traditional accommodations, where Airbnb Travel, LLC is identified in the checkout or listing process. | Airbnb Travel, LLC | 888 Brannan Street, San Francisco, CA 94103, United States |

| | | |
|---|---|---|
| Booking or offering accommodations located in the United States for stays of 28 nights or more where Airbnb Stays, Inc. is identified in the checkout or listing process. | Airbnb Stays, Inc. | 888 Brannan Street, San Francisco, CA 94103, United States |
| Booking or offering accommodations where Luxury Retreats International ULC is identified in the checkout or listing process or other product surface. | Luxury Retreats International ULC | 5530 St. Patrick Street, Suite 2210, Montreal, Quebec, H4E 1A8 |
| All other activities. | Airbnb Ireland UC | 8 Hanover Quay, Dublin 2, Ireland |

Download or print Terms.

## Related articles

### About the updates to our Terms

Please review this information about updates to our Terms.

Guest
### Payment methods accepted

We support different payment methods depending on the country your payment account is located in.

Host
### When a guest asks to visit before booking

Encourage them to review your listing description and photos, and be available to answer any additional questions they have about your space...

## Need to get in touch?

We'll start with some questions and get you to the right place.

Contact us

You can also **give us feedback.**

**Support**

Help Center

Get help with a safety issue

AirCover

Anti-discrimination

Disability support

Cancellation options

Report neighborhood concern

**Hosting**

Airbnb your home

AirCover for Hosts

Hosting resources

Community forum

Hosting responsibly

Airbnb-friendly apartments

Join a free Hosting class

**Airbnb**

Newsroom

New features

Careers

Investors

Gift cards

Airbnb.org emergency stays

⊕ English (US)    $ USD

© 2024 Airbnb, Inc.

# EXHIBIT B

Case 3:26-cv-00082    Document 1-2    Filed 03/16/26 in TXSD    Page 145 of 242

| user_id | first_name | last_name | country | market | acct_created_at | email | phone | native_currency | tos_version | tos_accepted_at |
|---|---|---|---|---|---|---|---|---|---|---|
| 131021125 | Sarah | Griffin | US | Dallas | 2017-05-19 11:04:31 | deleted-1725407813-katiecooper328@gmail.com | 14697677764 | USD | 14 | 2024-04-28 22:14:19 |
| 142296964 | Jevin | Griffin | US | Dallas | 2017-07-24 23:11:44 | jevingriffin89@gmail.com | 14698883989 | USD | 15 | 2025-06-13 00:02:26 |
| 596347463 | Rachel | Snow | US | | 2024-08-15 14:55:38 | rmonnat20@yahoo.com | | USD | 14 | 2024-08-15 14:55:46 |

Case 3:26-cv-00082   Document 1-2   Filed 03/16/26 in TXSD   Page 146 of 242

| id_user | first_name | last_name | email | dim_language | dim_locale | ds_account_created | dim_signup_method | dim_platform | dim_user_agent |
|---|---|---|---|---|---|---|---|---|---|
| 142296964 | Jevin | Griffin | jevingriffin89@gmail.com | EN | EN | 7/24/2017 | EMAIL | IOS | Airbnb/1456 CFNetwork/811.5.4 Darwin/16.6.0 |
| 596347463 | Rachel | Snow | rmonnat20@yahoo.com | EN | EN | 8/15/2024 | EMAIL | WEB_MOBILE | Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.5 Mobile/15E148 Safari/604.1 |
| 131021125 | Sarah | Griffin | deleted-1725407813-katiecooper328@gmail.com | EN | EN | 5/19/2017 | FACEBOOK | ANDROID | Airbnb/16060213 Android/6.0.1 Device/samsung_SM-G920T Carrier/T-Mobile Type/Phone |

| user_id | tos_type | version | accepted_at |
|---|---|---|---|
| 131021125 | Standard_TOS | 6 | 2017-05-19 11:04:33.0 |
| 131021125 | Standard_TOS | 8 | 2019-01-30 03:38:55.0 |
| 131021125 | Standard_TOS | 10 | 2019-08-11 13:19:53.0 |
| 131021125 | Standard_TOS | 11 | 2021-07-06 19:20:45.0 |
| 131021125 | Standard_TOS | 12 | 2022-08-28 00:15:46.0 |
| 131021125 | GOOD_GUEST_TOS | 0 | 2023-08-08 20:07:25.0 |
| 131021125 | Standard_TOS | 13 | 2023-08-08 20:07:25.0 |
| 131021125 | Standard_TOS | 14 | 2024-04-28 22:14:19.0 |
| 142296964 | Standard_TOS | 7 | 2017-07-24 23:11:45.0 |
| 142296964 | Standard_TOS | 10 | 2019-08-09 20:38:29.0 |
| 142296964 | Standard_TOS | 11 | 2021-04-04 20:43:40.0 |
| 142296964 | Standard_TOS | 12 | 2022-10-04 10:11:07.0 |
| 142296964 | Standard_TOS | 14 | 2024-03-20 03:29:41.0 |
| 142296964 | GOOD_GUEST_TOS | 0 | 2024-03-20 03:29:42.0 |
| 142296964 | Standard_TOS | 15 | 2025-06-13 00:02:26.0 |
| 596347463 | Standard_TOS | 14 | 2024-08-15 14:55:46.0 |

# EXHIBIT C



# EXHIBIT D

**6:32**

‹ **Finish signing up**

## Legal name

First name on ID

Last name on ID

Make sure this matches the name on your government ID. If you go by another name, you can add a **preferred first name**.

## Date of birth

Birthdate

To sign up, you need to be at least 18. Your birthday won't be shared with other people who use Airbnb.

## Contact info

Email

We'll email you trip confirmations and receipts.

## Password

Password                                        **Show**

By selecting **Agree and continue**, I agree to Airbnb's **Terms of Service**, **Payments Terms of Service**, and **Nondiscrimination Policy** and acknowledge the **Privacy Policy**.

**Agree and continue**



Explore          Wishlists          Log in

nathanael-ji.dev.staging.airbnb.com

# EXHIBIT E




Case 3:26-cv-00082    Document 1-2    Filed 03/16/26 in TXSD    Page 153 of 242



# EXHIBIT F

# Terms of Service

**IF YOU RESIDE IN THE UNITED STATES, PLEASE NOTE: SECTION 34 OF THESE TERMS OF SERVICE CONTAINS AN ARBITRATION CLAUSE AND CLASS ACTION WAIVER. IT AFFECTS HOW DISPUTES WITH AIRBNB ARE RESOLVED. BY ACCEPTING THESE TERMS OF SERVICE, YOU AGREE TO BE BOUND BY THIS ARBITRATION PROVISION. PLEASE READ IT CAREFULLY.**

PLEASE READ THESE TERMS OF SERVICE CAREFULLY AS THEY CONTAIN IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS. THESE INCLUDE VARIOUS LIMITATIONS AND EXCLUSIONS, A CLAUSE THAT GOVERNS THE JURISDICTION AND VENUE OF DISPUTES, AND OBLIGATIONS TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS.

IN PARTICULAR, HOSTS SHOULD UNDERSTAND HOW THE LAWS WORK IN THEIR RESPECTIVE CITIES. SOME CITIES HAVE LAWS THAT RESTRICT THEIR ABILITY TO HOST PAYING GUESTS FOR SHORT PERIODS. THESE LAWS ARE OFTEN PART OF A CITY'S ZONING OR ADMINISTRATIVE CODES. IN MANY CITIES, HOSTS MUST REGISTER, GET A PERMIT, OR OBTAIN A LICENSE BEFORE LISTING A PROPERTY OR ACCEPTING GUESTS. CERTAIN TYPES OF SHORT-TERM BOOKINGS MAY BE PROHIBITED ALTOGETHER. LOCAL GOVERNMENTS VARY GREATLY IN HOW THEY ENFORCE THESE LAWS. PENALTIES MAY INCLUDE FINES OR OTHER ENFORCEMENT. HOSTS SHOULD REVIEW LOCAL LAWS BEFORE LISTING A SPACE ON AIRBNB.

Last Updated: October 27, 2016

1. **Key Terms**

   Airbnb provides an online platform that connects hosts who have accommodations to list and book with guests seeking to book such accommodations (collectively, the "**Services**"), which Services are accessible at *www.airbnb.com* and any other websites through which Airbnb makes the Services available (collectively, the "**Site**") and as applications for mobile, tablet and other smart devices and application program interfaces (collectively, the "**Application**").

   If you are using the Site, Application or Services and you reside in the USA, these Terms of Service are between you and Airbnb, Inc. If you reside outside of the USA and the People's Republic of China (which for purposes of these Terms of Service does not include Hong Kong, Macau and Taiwan) (hereinafter "**China**"), these Terms of Service are between you and Airbnb Ireland UC (hereinafter referred to as Airbnb Ireland). If you reside in China, these Terms of Service are between you and Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**") except where you book Accommodation or when you create a Listing outside of China, in which case these Terms of Service are between you and Airbnb Ireland for that transaction. If you initially reside in the USA and contract with Airbnb, Inc., but subsequently change your residence to outside of the USA, you will contract with Airbnb China if you change your residence to China and with Airbnb Ireland otherwise, from the date on which your place of residence changes, and so on and so forth. (Airbnb, Inc., Airbnb Ireland and Airbnb China are each hereinafter referred to as "**Airbnb**", "**we**", "**us**", or "**our**"). Additionally, if your Airbnb contracting entity under this Section is Airbnb China, you will nevertheless contract with Airbnb Ireland for all Bookings confirmed prior to December 7, 2016 at 10:00am UTC. Airbnb Payments, Inc., Airbnb Payments UK Ltd., Airbnb Payments India Pvt. Ltd. and Airbnb China (individually and collectively, as appropriate, "**Airbnb Payments**") handle any and all payments and payouts conducted through or in connection with the Site, Application or Services ("**Payment Services**"). Payment Services provided by Airbnb Payments are subject to the *Payments Terms of Service* ("**Payments Terms**").

   "**Accommodation**" means residential and other properties.

   "**Airbnb Content**" means all Content that Airbnb makes available through the Site, Application, Services, or its related promotional campaigns and official social media channels, including any Content licensed from a third party, but excluding Member Content.

"**Booking**" means a limited license granted by the Host to the Guest to enter and use the Listing for the limited duration of the confirmed booking, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with the Guest's agreement with the Host. Please note, as used on the Site, Applications, and Services, "short term rental" and "home sharing" have the same meaning as "Booking;" all three terms mean a limited license to enter and use the Accommodation for the duration of the confirmed booking as defined above.

"**Booking Request Period**" means the time period starting from the time when a Booking is requested by a Guest (as determined by Airbnb in its sole discretion), within which a Host may decide whether to confirm or reject that Booking request, as stated on the Site, Application or Services. Different Booking Request Periods may apply in different places.

"**Collective Content**" means Member Content and Airbnb Content.

"**Communication**" means an email, message via the Application, text message or message to a WeChat account.

"**Content**" means text, graphics, images, music, software (excluding the Application), audio, video, information or other materials.

"**Guest**" means a Member who requests from a Host a Booking of a Listing via the Site, Application or Services, or a Member who stays at an Accommodation and is not the Host for the associated Listing.

"**Host**" means a Member who creates a Listing via the Site, Application and Services.

"**Listing**" means an Accommodation that is listed by a Host as available for Booking via the Site, Application, and Services.

"**Member**" means a person who completes Airbnb's account registration process, including but not limited to Hosts and Guests, as described under "Account Registration" below.

"**Member Content**" means all Content that a Member posts, uploads, publishes, submits, transmits, or includes in their Listing, Member profile or Airbnb promotional campaign to be made available through the Site, Application or Services.

"**Tax**" or "**Taxes**" mean any sales taxes, value added taxes (VAT), goods and services taxes (GST), transient occupancy taxes, tourist or other visitor taxes, accommodation or lodging taxes, fees (such as convention center fees) that Accommodation providers may be required by law to collect and remit to governmental agencies, and other similar municipal, state, federal and national indirect or other withholding and personal or corporate income taxes.

2. **Terms of Service**

By using the Site, Application or Services, you agree to comply with and be legally bound by the terms and conditions of these Terms of Service ("**Terms**"), whether or not you become a registered user of the Services. These Terms govern your access to and use of the Site, Application and Services and all Collective Content (defined below), and your participation in the Referral Program (defined below), and constitute a binding legal agreement between you and Airbnb. Please also read carefully our Privacy Policy at *www.airbnb.com/terms/privacy_policy*.

In addition, certain areas of the Site and Application (and your access to or use of certain aspects of the Services or Collective Content) may have different terms and conditions, standards, guidelines, or policies posted or may require you to agree with and accept additional terms and conditions. If there is a conflict between these Terms and terms and conditions posted for a specific area of the Site, Application, Services, or Collective Content, the latter terms and conditions will take precedence with respect to your use of or access to that area of the Site, Application, Services, or Collective Content.

If you do not agree to these Terms, you have no right to obtain information from or otherwise continue using the Site, Application or Services. Failure to use the Site, Application or Services in accordance with these Terms may subject you to civil and criminal penalties.

THE SITE, APPLICATION AND SERVICES COMPRISE AN ONLINE PLATFORM THROUGH WHICH HOSTS MAY CREATE LISTINGS FOR ACCOMMODATIONS AND GUESTS MAY LEARN ABOUT AND BOOK ACCOMMODATIONS DIRECTLY WITH THE HOSTS. YOU UNDERSTAND AND AGREE THAT AIRBNB IS NOT A PARTY TO ANY AGREEMENTS ENTERED INTO BETWEEN HOSTS AND GUESTS, NOR IS AIRBNB A REAL ESTATE BROKER, AGENT OR INSURER. AIRBNB HAS NO CONTROL OVER THE CONDUCT OF HOSTS, GUESTS AND OTHER USERS OF THE SITE, APPLICATION AND SERVICES OR ANY ACCOMMODATIONS, AND DISCLAIMS ALL LIABILITY IN THIS REGARD TO THE MAXIMUM EXTENT PERMITTED BY LAW.

IF YOU CHOOSE TO CREATE A LISTING ON AIRBNB, YOU UNDERSTAND AND AGREE THAT YOUR RELATIONSHIP WITH AIRBNB IS LIMITED TO BEING A MEMBER AND AN INDEPENDENT, THIRD-PARTY CONTRACTOR, AND NOT AN EMPLOYEE, AGENT, JOINT VENTURER OR PARTNER OF AIRBNB FOR ANY REASON, AND YOU ACT EXCLUSIVELY ON YOUR OWN BEHALF AND FOR YOUR OWN BENEFIT, AND NOT ON BEHALF OF OR FOR THE BENEFIT OF AIRBNB. AIRBNB DOES NOT CONTROL, AND HAS NO RIGHT TO CONTROL, YOUR LISTING, YOUR OFFLINE ACTIVITIES ASSOCIATED WITH YOUR LISTING, OR ANY OTHER MATTERS RELATED TO ANY LISTING, THAT YOU PROVIDE. AS A MEMBER YOU AGREE NOT TO DO ANYTHING TO CREATE A FALSE IMPRESSION THAT YOU ARE ENDORSED BY, PARTNERING WITH, OR ACTING ON BEHALF OF OR FOR THE BENEFIT OF AIRBNB, INCLUDING BY INAPPROPRIATELY USING ANY AIRBNB *INTELLECTUAL PROPERTY*.

YOU ACKNOWLEDGE AND AGREE THAT, BY ACCESSING OR USING THE SITE, APPLICATION OR SERVICES OR BY DOWNLOADING OR POSTING ANY CONTENT FROM OR ON THE SITE, VIA THE APPLICATION OR THROUGH THE SERVICES, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS AND RECEIVE OUR SERVICES (INCLUDING, WHERE APPLICABLE, PROGRAMS SUCH AS THE *HOST PROTECTION INSURANCE PROGRAM*, WHETHER OR NOT YOU HAVE REGISTERED WITH THE SITE AND APPLICATION. IF YOU DO NOT AGREE TO THESE TERMS, THEN YOU HAVE NO RIGHT TO ACCESS OR USE THE SITE, APPLICATION, SERVICES, OR COLLECTIVE CONTENT. If you accept or agree to these Terms on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that company or other legal entity to these Terms and, in such event, "you" and "your" will refer and apply to that company or other legal entity.

3. **Modification**

Airbnb reserves the right, at its sole discretion, to modify the Site, Application or Services or to modify these Terms, including the Service Fees, at any time and without prior notice. If we modify these Terms, we will post the modification on the Site or via the Application and/or provide you notice of the modification by email. We will also update the "Last Updated" date at the top of these Terms. Changes to the Terms will be effective at the time of posting. Your continued access or use of the Site, Application or Services will constitute acceptance of the modified Terms. Additionally, if the modified Terms contain material changes applicable to existing Members (by decreasing your rights or increasing your responsibilities), we will provide you with notice prior to the changes taking effect. If the modified Terms are not acceptable to you, your only recourse is to cease using the Site, Application and Services. If you do not close your Airbnb Account you will be deemed to have accepted the changes.

4. **Eligibility**

The Site, Application and Services are intended solely for persons who are 18 or older. Any access to or use of the Site, Application or Services by anyone under 18 is expressly prohibited. By accessing or using the Site, Application or Services you represent and warrant that you are 18 or older.

For users in the United States, Airbnb will, to the extent permitted by applicable laws and if we have sufficient information to identify a user, obtain reports from public records of criminal convictions or sex offender registrations of the user. For users outside the United States, we may, to the extent permitted by

applicable laws and if we have sufficient information to identify a user, obtain the local version of background or registered sex offender checks in our sole discretion. You agree and authorize us to use your personal information, such as your full name and date of birth, to obtain such reports, including from Airbnb's vendors.

5. **How the Site, Application and Services Work**

The Site, Application and Services can be used to facilitate the listing and Booking of **Accommodations**. Such Accommodations are included in Listings on the Site, Application and Services by Hosts. You may view Listings as an unregistered visitor to the Site, Application and Services; however, if you wish to book an Accommodation or create a Listing, you must first register to create an Airbnb Account (defined below).

As stated above, Airbnb makes available an online platform or marketplace with related technology for Guests and Hosts to meet online and arrange for Bookings of Accommodations directly with each other. Airbnb is not an owner or operator of properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations, nor is it a provider of properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations and Airbnb does not own, sell, resell, furnish, provide, rent, re-rent, manage and/or control properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations or transportation or travel services. Unless explicitly specified otherwise in the Airbnb platform, Airbnb's responsibilities are limited to facilitating the availability of the Site, Application and Services.

PLEASE NOTE THAT, AS STATED ABOVE, THE SITE, APPLICATION AND SERVICES ARE INTENDED TO BE USED TO FACILITATE HOSTS AND GUESTS CONNECTING AND BOOKING ACCOMMODATIONS DIRECTLY WITH EACH OTHER. AIRBNB CANNOT AND DOES NOT CONTROL THE CONTENT CONTAINED IN ANY LISTINGS AND THE CONDITION, LEGALITY OR SUITABILITY OF ANY ACCOMMODATIONS. AIRBNB IS NOT RESPONSIBLE FOR AND DISCLAIMS ANY AND ALL LIABILITY RELATED TO ANY AND ALL LISTINGS AND ACCOMMODATIONS. ACCORDINGLY, ANY BOOKINGS WILL BE MADE OR ACCEPTED AT THE MEMBER'S OWN RISK.

6. **Account Registration**

In order to access certain features of the Site and Application, and to book an Accommodation or create a Listing, you must register to create an account ("**Airbnb Account**") and become a Member. You may register to join the Services directly via the Site or Application or as described in this section.

You can also register to join by logging into your account with certain third-party social networking sites ("**SNS**") (including, but not limited to, Facebook; each such account, a "**Third-Party Account**"), via our Site or Application, as described below. As part of the functionality of the Site, Application and Services, you may link your Airbnb Account with Third-Party Accounts, by either: (i) providing your Third-Party Account login information to Airbnb through the Site, Services or Application; or (ii) allowing Airbnb to access your Third-Party Account, as permitted under the applicable terms and conditions that govern your use of each Third-Party Account. You represent that you are entitled to disclose your Third-Party Account login information to Airbnb and/or grant Airbnb access to your Third-Party Account (including, but not limited to, for use for the purposes described herein), without breach by you of any of the terms and conditions that govern your use of the applicable Third-Party Account and without obligating Airbnb to pay any fees or making Airbnb subject to any usage limitations imposed by such third-party service providers. By granting Airbnb access to any Third-Party Accounts, you understand that Airbnb will access, make available and store (if applicable) any Content that you have provided to and stored in your Third-Party Account ("**SNS Content**") so that it is available on and through the Site, Services and Application via your Airbnb Account and Airbnb Account profile page. Unless otherwise specified in these Terms, all SNS Content, if any, will be considered to be Member Content for all purposes of these Terms. Depending on the Third-Party Accounts you choose and subject to the privacy settings that you have set in such Third-Party Accounts, personally identifiable information that you post to your Third-Party Accounts will be available on and through your Airbnb Account on the Site, Services and Application. Please note that if a Third-Party Account or associated service becomes unavailable or Airbnb's access to such Third-Party Account is terminated by the third-party service provider, then SNS Content will no longer be available on and through the Site,

Services and Application. You have the ability to disable the connection between your Airbnb Account and your Third-Party Accounts, at any time, by accessing the "Settings" section of the Site and Application. PLEASE NOTE THAT YOUR RELATIONSHIP WITH THE THIRD-PARTY SERVICE PROVIDERS ASSOCIATED WITH YOUR THIRD-PARTY ACCOUNTS IS GOVERNED SOLELY BY YOUR AGREEMENT(S) WITH SUCH THIRD-PARTY SERVICE PROVIDERS. Airbnb makes no effort to review any SNS Content for any purpose, including but not limited to for accuracy, legality or non-infringement and Airbnb is not responsible for any SNS Content.

Your Airbnb Account and your Airbnb Account profile page will be created for your use of the Site and Application based upon the personal information you provide to us or that we obtain via an SNS as described above. You may not have more than one (1) active Airbnb Account. You agree to provide accurate, current and complete information during the registration process and to update such information to keep it accurate, current and complete. Airbnb reserves the right to suspend or terminate your Airbnb Account and your access to the Site, Application and Services if you create more than one (1) Airbnb Account, or if any information provided during the registration process or thereafter proves to be inaccurate, fraudulent, not current, incomplete, or otherwise in violation of these Terms of Service.

You are responsible for safeguarding your password. You agree that you will not disclose your password to any third party.

Unless expressly authorized by a specific feature on Airbnb, you are not permitted to share your Airbnb Account with anyone or allow others to access or use your Airbnb Account. Airbnb may enable features, in our discretion, that allow other Members to take certain actions associated with your Airbnb Account, on your behalf with your express authorization, such as having your executive assistant, travel agent, or employer book on your behalf or adding a family member to your account as an additional Host. You agree that you will take sole responsibility for any activities or actions under your Airbnb Account, whether or not you have authorized such activities or actions. You will immediately notify Airbnb of any unauthorized use of your Airbnb Account.

7. **Accommodation Listings**

As a Member, you may create Listings. To create a Listing, you will be asked a variety of questions about the Accommodation to be listed, including, but not limited to, the location, capacity, size, features, and availability of the Accommodation and pricing and related rules and financial terms. In order to be featured in Listings via the Site, Application and Services, all Accommodations must have valid physical addresses. Listings will be made publicly available via the Site, Application and Services. You understand and agree that the placement or ranking of Listings in search results may depend on a variety of factors, including, but not limited to, Guest and Host preferences, ratings and/or ease of Booking.

Other Members will be able to book your Accommodation via the Site, Application and Services based upon the information provided in your Listing, your Guest requirements, and Guests' search parameters and preferences. You understand and agree that once a Guest requests a Booking of your Accommodation, you may not request the Guest to pay a higher price than in the Booking request.

You acknowledge and agree that you alone are responsible for any and all Listings and Member Content you post. Accordingly, you represent and warrant that any Listing you post and the Booking of, or a Guest's stay at, an Accommodation in a Listing you post (i) will not breach any agreements you have entered into with any third parties, such as homeowners association, condominium, or other third party agreements, and (ii) will (a) be in compliance with all applicable laws (such as zoning laws), Tax requirements, Intellectual Property laws, and rules and regulations that may apply to any Accommodation included in a Listing you post (including having all required permits, licenses and registrations), and (b) not conflict with the rights of third parties. Please note that Airbnb assumes no responsibility for a Host's compliance with any agreements with or duties to third parties, applicable laws, rules and regulations. Airbnb reserves the right, at any time and without prior notice, to remove or disable access to any Listing for any reason, including Listings that Airbnb, in its sole discretion, considers to be objectionable for any reason, in violation of these Terms or Airbnb's then-current *Policies and Community Guidelines* or *Standards*, *Trademark & Branding Guidelines*, or otherwise harmful to the Site, Application or Services.

If you are a Host, you understand and agree that Airbnb does not act as an insurer or as your contracting agent. If a Guest requests a Booking of your Accommodation and stays at your Accommodation, any agreement you enter into with such Guest is between you and the Guest and Airbnb is not a party to it.

When you create a Listing, you may also choose to include certain requirements which must be met by the Members who are eligible to request a Booking of your Accommodation, such as requiring Members to have a profile picture or verified phone number, in order to book your Accommodation. Any Member wishing to book Accommodations included in Listings with such requirements must meet these requirements. More information on how to set such requirements is available via the "Hosting" section of the Site, Application and Services.

If you are a Host, Airbnb makes certain tools available to you to help you to make informed decisions about which Members you choose to confirm or preapprove for Booking for your Accommodation. You acknowledge and agree that, as a Host, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals who reside at or are otherwise present at the Accommodation at your request or invitation, excluding the Guest (and the individuals the Guest invites to the Accommodation, if applicable.)

Airbnb recommends that Hosts obtain appropriate insurance for their Accommodations. Please review any insurance policy that you may have for your Accommodation carefully, and in particular please make sure that you are familiar with and understand any exclusions to, and any deductibles that may apply for, such insurance policy, including, but not limited to, whether or not your insurance policy will cover the actions or inactions of or relating to Guests (and the individuals the Guest invites to the Accommodation, if applicable) while at your Accommodation. Please also review such policy for any interaction with the Airbnb Host Protection Insurance Program, to the extent provided in your jurisdiction.

Airbnb may offer Hosts the option of having photographers take photographs of their Accommodations. If you as a Host choose to have photographer do this, Airbnb shall own all copyrights in photographs taken but these photographs will be made available to you to include in your Listing with a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording ("**Verified Images**"). You agree that you alone are responsible for ensuring that your Listing is accurately represented in the Verified Images. You alone are responsible for using the Verified Images for your Listing and you warrant that you will cease to use the Verified Images or any other images if such images cease to accurately represent your Listing or if you cease to be a Host for the Listing featured. All images, materials and content created by these photographers, including Verified Images, constitute Airbnb Content, regardless of whether you include them in your Listing and you agree not to use them except in your Listing without prior authorization from Airbnb. If your Airbnb Account is terminated or suspended for any reason, you shall not use Verified Images in any way. You agree that Airbnb retains its right to and may use the Verified Images for advertising, marketing, commercial and other business purposes in any media or platform, whether in relation to your Listing or otherwise, without further notice or compensation.

8. **No Endorsement**

Airbnb does not endorse any Member, Listing or Accommodation. You understand that Verified Images are intended only to indicate a photographic representation of the Accommodation at the time the photograph was taken. Verified Images are therefore not an endorsement by Airbnb of any Member, Listing or Accommodation.

Members are required by these Terms to provide accurate information. Although Airbnb may, for transparency or fraud prevention or detection purposes, directly or through third parties, ask you to provide a form of government identification, your date of birth, and other information, or undertake additional checks and processes designed to help verify or check the identities or backgrounds of Members and/or screen Member information against third party databases or other sources, we do not make any representations about, confirm, or endorse any Member or the Member's purported identity or background.

By registering for an Airbnb Account, you agree that Airbnb may - but is not obligated to - request a consumer report on you from a Consumer Reporting Agency. If we do request a consumer report, we'll request and use it in compliance with applicable law, including the Fair Credit Reporting Act.

Any references in the Site, Application or Services to a Member being "verified" or "connected" (or similar language) only indicate that the Member has completed a relevant verification or identification process, and does not represent anything else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Member, including of the Member's identity and whether the Member is trustworthy, safe or suitable. Instead, any such description is intended to be useful information for you to evaluate when you make your own decisions about the identity and suitability of others whom you contact or interact with via the Site, Application and Services. We therefore recommend that you always exercise due diligence and care when deciding whether to stay with a Host or to accept or preapprove a Booking request from a Guest, or to have any other interaction with any other Member. Except as provided in the Airbnb *Host Guarantee Terms and Conditions* ("**Airbnb Host Guarantee**"), which is an agreement between Airbnb and Hosts, we are not responsible for any damage or harm resulting from your interactions with other Members.

By using the Site, Application or Services, you agree that any legal remedy or liability that you seek to obtain for actions or omissions of other Members or other third parties will be limited to a claim against the particular Members or other third parties who caused you harm. You agree not to attempt to impose liability on or seek any legal remedy from Airbnb with respect to such actions or omissions. Accordingly, we encourage you to communicate directly with other Members on the Site and Services regarding any Bookings or Listings made by you. This limitation shall not apply to any claim by a Host against Airbnb regarding the remittance of payments received from a Guest by Airbnb on behalf of a Host, which instead shall be subject to the limitations described in the section below entitled "Limitation of Liability".

9. **Bookings and Financial Terms**

   A. *Key definitions*

   "**Accommodation Fees**" means the amounts that are due and payable by a Guest in exchange for that Guest's stay in an Accommodation. The Host alone, and not Airbnb, is responsible for the Accommodation Fees for his or her Listing. The Host may in his or her sole discretion decide to include in these amounts (i) a cleaning fee or any other fee permitted on the Airbnb platform, or (ii) Taxes that the Host determines that he or she has to collect.

   "**Guest Fees**" means the fee that Airbnb charges a Guest for the use of the Services, which is calculated as a percentage of the applicable Accommodation Fees. The Guest Fees will be displayed to the Guest when the Guest is asked whether to send a Booking request to a Host.

   "**Host Fees**" means the fee that Airbnb charges a Host for the use of the Services, which is calculated as a percentage of the applicable Accommodation Fees.

   "**Payment Method**" means a payment method that you have added to your Airbnb Account, such as a credit card, debit card or PayPal.

   "**Service Fees**" means collectively the Guest Fees and the Host Fees.

   "**Total Fees**" means collectively the Accommodation Fees and the Guest Fees plus any Taxes.

   B. *Bookings and Financial Terms for Hosts*

   If you are a Host and a Booking is requested for your Accommodation via the Site, Application or Services, you will be required to either preapprove, confirm or reject the Booking request within the Booking Request Period, otherwise the Booking request will automatically expire. When a Booking is requested via the Site, Application or Services, we will share with you (i) the first and last name of the Guest who has requested the Booking, (ii) a link to the Guest's Airbnb Account profile page, (iii) if the Guest and Host have both connected their Airbnb accounts to SNS and have not turned off sharing of social connections, the names of any shared connections on such SNS, and (iv) an indication of whether or not the Guest has provided other information to Airbnb, such as a verified email address, connection to SNSs, or a government ID. If you are unable to confirm or decide to reject a Booking request within the Booking Request Period, any amounts collected by Airbnb (via Airbnb Payments) for the requested Booking will be refunded to the applicable Guest. When you confirm a Booking requested by a Guest,

Airbnb will send you a Communication confirming such Booking, depending on the selections you make via the Site, Application and Services.

Airbnb Payments will collect the Total Fees from Guests at the time of the Booking request or upon the Host's confirmation and will initiate payment of the Accommodation Fees (less applicable fees and taxes) to the Host at the time and as further described in the *Payments Terms*.

Each Host agrees that Airbnb may, in accordance with the cancellation policy selected by the Host and reflected in the relevant Listing, (i) permit the Guest to cancel the Booking and (ii) refund (via Airbnb Payments) to the Guest that portion of the Accommodation Fees specified in the applicable cancellation policy.

C. *Bookings and Financial Terms for Guests*

The Hosts, not Airbnb, are solely responsible for honoring any confirmed Bookings and making available any Accommodations reserved through the Site, Application and Services. If you, as a Guest, choose to enter into a transaction with a Host for the Booking of an Accommodation, you agree and understand that you will be required to enter into an agreement with the Host and you agree to accept any terms, conditions, rules and restrictions associated with such Accommodation imposed by the Host.

You acknowledge and agree that you, and not Airbnb, will be responsible for performing the obligations of any such agreements, that Airbnb is not a party to such agreements, and that, with the exception of Airbnb Payments' obligations pursuant to the *Payments Terms*, Airbnb (inclusive of all subsidiaries) disclaims all liability arising from or related to any such agreements.

The Total Fees payable will be displayed to a Guest before the Guest sends a Booking request to a Host. As noted above, the Host is required to either preapprove, confirm or reject the Booking request within the Booking Request Period; otherwise, the requested Booking will be automatically cancelled. Upon receipt of your Booking request, Airbnb Payments may initiate a pre-authorization and/or charge a nominal amount to your Payment Method pursuant to the *Payments Terms*. If a requested Booking is cancelled (i.e. not confirmed by the applicable Host), any amounts collected by Airbnb Payments will be refunded to such Guest, depending on the selections the Guest makes via the Site and Application, and any pre-authorization of such Guest's Payment Method will be released, if applicable.

You as a Guest agree to pay the Total Fees for any Booking requested, and in most cases confirmed, in connection with your Airbnb Account. Airbnb Payments will collect the Total Fees pursuant to the *Payments Terms*.

Once your confirmed Booking transaction is complete you will receive a confirmation Communication summarizing your confirmed Booking.

D. *Service Fees and Other Fees*

In consideration for the use of Airbnb's online marketplace and platform, Airbnb charges Service Fees. Airbnb Payments collects these Service Fees pursuant to the *Payments Terms*, and, where applicable, may also collect Taxes (such as VAT in Europe) in respect of the Host Fees and Guest Fees. Airbnb Payments deducts the Host Fees from the Accommodation Fees before remitting the balance to the Host as described in the *Payments Terms*. Guest Fees are, as noted above, included in the Total Fees.

Applicable Guest Fees, as well as Taxes collected by Airbnb, will be shown to Guests via the Site and Application at checkout, prior to their submission of a Booking request. And, Airbnb will disclose applicable Host Fees to Hosts via the Site and Application. More information on Services Fees can be found at the **Airbnb Help Center**.

E. *General Booking and Financial Terms*

*Cancellations and Refunds*

If, as a Guest, you wish to cancel a confirmed Booking made via the Site, Application and Services, either prior to or after arriving at the Accommodation, the cancellation policy of the Host contained in the applicable Listing will apply to such cancellation. Our ability to refund the Accommodation Fees, Guest Fees and other amounts charged to you will depend upon the terms of the applicable cancellation policy. Details regarding refunds and cancellation policies are available via the Site and Application. The Guest Fee is non-refundable unless otherwise indicated in the cancellation policy selected by the Host. Airbnb Payments will initiate any refunds due pursuant to the *Payments Terms.*

If a Host cancels a confirmed Booking made via the Site, Services, and Application, (i) Airbnb Payments will refund the Total Fees for such Booking to the applicable Guest pursuant to the *Payments Terms* and (ii) the Guest will receive a Communication from Airbnb containing alternative Listings and other related information. If the Guest requests a Booking from one of the alternative Listings and the Host associated with such alternative Listing confirms the Guest's requested Booking, then the Guest agrees to pay Airbnb the Total Fees relating to the confirmed Booking for the Accommodation in the alternative Listing, in accordance with these Terms. If a Host cancelled a confirmed Booking and you, as a Guest, have not received a Communication from Airbnb, please *contact Airbnb*.

If, as a Host, you cancel a confirmed Booking, you agree that Airbnb may apply penalties or consequences to you or your Listing, including (i) publishing an automated review on your Listing indicating that a Booking was cancelled, (ii) keeping the calendar for your Listing unavailable or blocked for the dates of the cancelled Booking, or (iii) imposing a cancellation fee. You will be notified of the situations in which a cancellation fee applies before you decide to cancel.

In certain circumstances, Airbnb may decide, in its sole discretion, that it is necessary or desirable to cancel a confirmed Booking made via the Site, Application and Services. This may be for reasons set forth in *Airbnb's Extenuating Circumstances Policy* or for any other reason. Airbnb may also determine, in its sole discretion, to refund to the Guest part or all of the amounts charged to the Guest in accordance with the *Guest Refund Policy*or in connection with a cancellation under *Airbnb's Extenuating Circumstances Policy*. You agree that Airbnb and the relevant Guest or Host will not have any liability for such cancellations or refunds.

*Resolution Center*

Members may use the Resolution Center to send or request money for refunds, services or damages related to their Bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbnb Account, and Airbnb Payments will handle all such payments pursuant to the *Payments Terms*. When a Member agrees to provide services or amenities to another Member via the Resolution Center, both parties acknowledge and agree that they, and not Airbnb, will be responsible for performing their respective obligations of any such agreements, that Airbnb is not a party to such agreements, and that, with the exception of Airbnb Payments' obligations pursuant to the *Payments Terms*, Airbnb (inclusive of all subsidiaries) disclaims all liability arising from or related to any such agreements and the services or amenities provided.

*Rounding Off*

Airbnb may, in its sole discretion, round up or round down amounts that are payable from or to Guests or Hosts to the nearest whole functional base unit in which the currency is denominated (e.g. to the nearest dollar, euro or other supported currency); for example, Airbnb will round up an amount of 102.00, and 101.00.

Some currencies are denominated in large numbers. In those cases, Airbnb may determine the functional base unit in which those currencies are denominated to be 10, 100 or 1,000 of the currency; the corresponding examples for such currencies would be for Airbnb to round up an amount of 1,045 up to 1,050 and 1,044 down to 1,040, or 35,450 up to 35,500 and 35,449 down to 35,400, or 837,500 up to 838,000 and 837,499 down to 837,000.

*Donations*

Some Hosts may pledge to donate a portion of the funds they receive from confirmed Bookings made via the Site, Application and Services to aparticular cause or charity. We do not take any responsibility

orliability for whether the Host does in fact make the donation he or shepledged to make. In such cases, the Host in question is responsible forhis or her own compliance with all laws and regulations applicable tosuch pledges and/or fund-raising.

*Booking Modifications*

You as a Guest or Host are responsible for any modifications to a Booking that you direct Airbnb Customer Service to make ("**Booking Modifications**"), and you agree to pay any Accommodation Fees, Guest Fees, Hosts Fees, Services Fees, and/or Taxes associated with such Booking Modifications.

10. **Taxes**

Tax regulations may require us to collect appropriate tax information from our Hosts, or to withhold taxes from payouts to Hosts, or both. For instance, IRS regulations stipulate that we must collect an IRS Form W–9 from certain US Hosts, and an appropriate IRS Form W–8 (e.g. Form W–8BEN) from non-US hosts with at least one Listing in the US. You as a Host are solely responsible for keeping the information in your tax forms current, complete and accurate. If you as a Host fail to provide us with documentation that we determine to be sufficient to alleviate our obligation (if any) to withhold taxes from payments to you (e.g. where you are a US Host and you fail to provide us with a completed IRS Form W–9), we reserve the right in our sole discretion to freeze all payouts to you until resolution, to withhold such amounts as required by law, or to do both.

You as a Host understand and agree that you are solely responsible for determining (i) your applicable Tax reporting requirements, and (ii) the Taxes that should be included, and for including Taxes to be collected or obligations relating to applicable Taxes in Listings. You are also solely responsible for remitting to the relevant authority any Taxes included or received by you. Airbnb cannot and does not offer Tax-related advice to any Members.

Where applicable, or based upon request from a Host, Airbnb may issue a valid VAT invoice to such Host.

You understand and acknowledge that appropriate governmental agencies, departments or authorities (the "**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on the amount paid for the right to use and/or occupancy of accommodations, and to be remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these taxes may be required to be collected and remitted as a percentage of the Accommodation Fees set by Hosts, a set amount per day, or other variations, and are sometimes called "occupancy taxes," "hotel taxes," "lodging taxes," "transient taxes," "sales and use taxes," "value added taxes," "room taxes" or "tourist taxes" (hereafter, "**Occupancy Taxes**").

A. *Occupancy Tax Collection and Remittance*

In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupancy Taxes from or on behalf of Guests or Hosts, in accordance with your directions in these Terms ("Collection and Remittance") if such tax jurisdiction asserts Airbnb or Hosts have a tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, whether you are a Guest or Host, in lieu of the Host collecting Occupancy taxes from Guests and remitting to the Tax Authority, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Accommodation Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. When Airbnb facilitates Collection and Remittance of Occupancy Taxes in a jurisdiction for the first time, Airbnb will provide notice to existing Hosts with Listings for Accommodations in such jurisdictions. When a new Listing is created in a jurisdiction where Airbnb facilitates Collection and Remittance of Occupancy Taxes, the Host will be notified in the Listing creation flow.

The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will be visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is directly facilitating Collection and Remittance, Guests and Hosts agree that Hosts are not permitted to attempt collection, or collect any Occupancy Taxes being collected by Airbnb relating to their Accommodations on Airbnb in that such jurisdiction. You expressly agree to release, defend, indemnify,

and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, debts, obligations, and expenses, including, without limitation, reasonable legal and/or accounting fees, arising out of or in any way related to Occupancy Taxes, including, without limitation, the applicability of, calculation, collection or remittance of Occupancy Taxes in any amount or at all as to your transactions or Accommodations. For any jurisdiction in which we facilitate Collection and Remittance, Hosts and Guests expressly grant us permission, without further notice, to store, transfer and disclose data and other information relating to them or to their transactions, Bookings, Accommodations and Occupancy Taxes, including, but not limited to, personally identifiable information such as Host or Guest's name, Listing addresses, transaction dates and amounts, tax identification number(s), the amount of taxes collected from Guests or allegedly due, contact information and similar information, to the relevant Tax Authority.

B. *Opt-in to Host Remittance of Taxes*

In other jurisdictions, Airbnb may decide in its sole discretion to facilitate Occupancy Tax collection on behalf of Hosts and Guests in accordance with a Host's direction to opt in to a specific Occupancy Tax line item in the Booking process, in which the Host directs that Occupancy Taxes from Guests be sent directly to the Host so that the Host will remit such taxes directly to Tax Authority ("**Opt-in for Host Remittance**"). In any jurisdiction in which we decide to facilitate Collection by Opt-in for Host Remittance, whether you are a Guest or Host, you hereby instruct and authorize Airbnb (via Airbnb Payments) to send Occupancy Taxes received from Guests at the time Accommodation Fees are collected to the Host who is obligated to send such taxes to the Tax Authority directly. If Airbnb offers and a Host selects Opt-in for Host Remittance in any jurisdiction, Hosts and Guests remain solely responsible and liable for the payment and remittance of any and all taxes that may apply to Accommodations; you agree and understand that Airbnb is not responsible for, and will not send any such Occupancy Taxes to the Tax Authority under Opt-in to Host Remittance of Taxes. You hereby agree that through third party payment processors, Airbnb is merely processing Your election and direction to have Occupancy Taxes from Guests sent directly to the Host for remittance by the Host to the Tax Authority, and that You will remit all amounts collected from Guests as Occupancy Taxes to such Tax Authority. You expressly agree to release, defend, indemnify, and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, debts, obligations, and expenses, including, without limitation, reasonable legal and/or accounting fees, arising out of or in any way related to Occupancy Taxes, including, without limitation, the applicability of, calculation of, collection of Occupancy Taxes in any amount or at all as to your transactions or Accommodations. For any jurisdiction in which we facilitate Opt-in for Host Remittance, Hosts and Guests expressly grant us permission, without further notice, to store, transfer and disclose data and other information relating to them or to their transactions, Bookings, Accommodations and Occupancy Taxes, including, but not limited to, personally identifiable information such as Host or Guest's name, Listing addresses, transaction dates and amounts, tax identification number(s), the amount of taxes received by Hosts from Guests, or allegedly due, contact information and similar information, to the relevant Tax Authority.

C. *Miscellaneous Occupancy Tax Provisions*

Whether you are a Guest or Host, you agree that any claim or cause of action relating to Airbnb's facilitation of Opt-in for Host Remittance or Collection and Remittance of Occupancy Taxes shall not extend to any supplier or vendor that may be used by Airbnb in connection with facilitation of Opt-in Remittance or Collection and Remittance of Occupancy Taxes, if any. Guests and Hosts agree that we may seek additional amounts from You in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

In any jurisdiction in which we have not provided notice of, or are not facilitating (or are no longer facilitating) the collection or remittance of Occupancy Taxes by Collection and Remittance, Opt-in for Host Remittance or any other means or method, in your jurisdiction, Hosts and Guests remain solely responsible and liable for the collection and/or remittance of any and all Occupancy Taxes that may apply to Accommodations.

Hosts and Guests acknowledge and agree that in some jurisdictions, Airbnb may decide not to facilitate collection or remittance of Occupancy Taxes or may not be able to facilitate the collection and/or remittance of Occupancy Taxes, and nothing contained in these Terms of Service is a representation or guarantee that Airbnb will facilitate collection and/or remittance of Occupancy Tax anywhere at all, including in any specific jurisdiction, or that Airbnb will continue to facilitate any collection or remittance of Occupancy Tax in any specific jurisdiction in which it may have been offered. Airbnb reserves the right, in its sole determination, to cease any facilitation of any collection and remittance of Occupancy Tax (regardless of method used or to be used in the future) for any reason or no reason at all, provided that it will give Hosts reasonable notice in any jurisdiction in which Airbnb determines to cease any such facilitation.

## 11. Currency Conversion

Airbnb's online platform facilitates Bookings between Guests and Hosts who may pay in a currency different from their destination currency, which may require currency conversions to accommodate these differing currency preferences. Although the Airbnb platform allows users to view the price of Listings in a number of currencies, the currencies available for users to make and receive payments may be limited, and may not include the default currency in any given geographic location.

Details regarding currency conversion, including any associated fees, are detailed in the *Payments Terms*.

## 12. Damage to Accommodations and Security Deposits

As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located at an Accommodation) in the condition it was in when you arrived. You acknowledge and agree that, as a Guest, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals whom you invite to, or otherwise provide access to, the Accommodation. In the event that a Host claims otherwise and provides evidence of damage ("**Damage Claim**"), including but not limited to photographs, you agree to pay the cost of replacing the damaged items with equivalent items.

Hosts may choose to include security deposits in their Listings ("**Security Deposits**"). Each Listing will describe whether a Security Deposit is required for the applicable Accommodation. Airbnb will use commercially reasonable efforts to address Hosts' requests and claims related to Security Deposits, but Airbnb is not responsible for administering or accepting any Damage Claims by Hosts related to Security Deposits, and disclaims any and all liability in this regard.

If a Host has a Damage Claim for a confirmed Booking, the Host can seek payment from the Guest through the Resolution Center. The Host may escalate the Damage Claim to Airbnb if the Host and Guest are unable to resolve a Damage Claim through the Resolution Center, or immediately in certain circumstances. If a Host escalates a Damage Claim to Airbnb, you as a Guest will be notified of the Damage Claim and given an opportunity to respond. If you as a Guest agree to pay the Host in connection with a Damage Claim, or if Airbnb determines, in its sole discretion, that you are responsible for damaging an Accommodation or any personal or other property located at an Accommodation, Airbnb (via Airbnb Payments) will collect any such costs from you and/or against the Security Deposit in accordance with the *Payments Terms*. Airbnb also reserves the right to otherwise collect payment from you and pursue any avenues available to Airbnb in this regard in situations in which you have been determined, in Airbnb's sole discretion, to have damaged any Accommodation or any personal or other property located at an Accommodation.

Both Guests and Hosts agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claims or other complaints or claims made by Members relating to Accommodations or any personal or other property located at an Accommodation (including, without limitation, payment requests made under the Airbnb Host Guarantee) or with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding use or abuse of the Site, Application or the Services. If you are a Guest, upon Airbnb's reasonable request, and to the extent you are reasonably able to do so, you agree to participate in mediation or similar resolution process with a Host, at no cost to you, which process will be conducted by Airbnb or a third party selected by Airbnb or its insurer, with respect to losses for which the Host is requesting payment from Airbnb under the Airbnb Host Guarantee.

If you are a Guest, you understand and agree that Airbnb may make a claim under your homeowner's, renter's or other insurance policy related to any damage or loss that you may have caused or been responsible for or to an Accommodation or any personal or other property located at an Accommodation (including without limitation amounts paid by Airbnb under the Airbnb Host Guarantee). You agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information as may be reasonably requested by Airbnb, in order to make a claim under your homeowner's, renter's or other insurance policy, including, but not limited to, executing documents and taking such further acts as Airbnb may reasonably request to assist Airbnb in accomplishing the foregoing.

Security Deposits, if required by a Host, may be applied to any fees due from a Guest overstaying at a Listing without the Host's consent.

## 13. Overstaying without the Host's Consent

Guests agree that a confirmed Booking is merely a license granted by the Host to the Guest to enter and use the Listing for the limited duration of the confirmed Booking and in accordance with the Guest's agreement with the Host. Guests further agree to leave the Accommodation no later than the checkout time that the Host specifies in the Listing or such other time as mutually agreed upon between the Host and Guest. If a Guest stays past the agreed upon checkout time without the Host's consent, they no longer have a license to stay in the Listing and the Host is entitled to make the Guest leave. In addition, Guests agree that the Host can charge the Guest, for each 24 hour period that the Guest stays over the agreed period without the Host's consent, an additional nightly fee of two times the average nightly Accommodation Fee originally paid by the Guest to cover the inconvenience suffered by the Host, plus all applicable Service Fees, Taxes, and any legal expenses incurred by the Host to make the Guest leave (collectively, "**Additional Sums**"). Airbnb Payments will collect Additional Sums from Guests pursuant to the *Payments Terms*.

## 14. User Conduct

You understand and agree that you are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply to your use of the Site, Application, Services and Collective Content. In connection with your use of the Site, Application, Services and Collective Content, you may not and you agree that you will not:

- violate any local, state, provincial, national, or other law or regulation, or any order of a court, including, without limitation, zoning restrictions and Tax regulations;

- use manual or automated software, devices, scripts, robots, backdoors or other means or processes to access, "scrape," "crawl" or "spider" any web pages or other services contained in the Site, Application, Services or Collective Content;

- access or use our Site, Application, Services or the Airbnb API to use, expose, or allow to be used or exposed, any Airbnb Content: (i) that is not publicly displayed by Airbnb in its search results pages or listing pages before a Booking is confirmed; (ii) in any way that is inconsistent with the Airbnb Privacy Policy or Terms of Service; or (iii) in any way that otherwise violates the privacy rights or any other rights of Airbnb's users or any other third party;

- use the Site, Application, Services or Collective Content for any commercial or other purposes that are not expressly permitted by these Terms or in a manner that falsely implies Airbnb endorsement, partnership or otherwise misleads others as to your affiliation with Airbnb;

- dilute, tarnish or otherwise harm the Airbnb brand in any way, including through unauthorized use of Collective Content, registering and/or using Airbnb or derivative terms in domain names, trade names, trademarks or other source identifiers, or registering and/or using domains names, trade names, trademarks or other source identifiers that closely imitate or are confusingly similar to Airbnb domains, trademarks, taglines, promotional campaigns or Collective Content

- copy, store or otherwise access or use any information contained on the Site, Application, Services or Collective Content for purposes not expressly permitted by these Terms;

- infringe the rights of Airbnb or the rights of any other person or entity, including without limitation, their intellectual property, privacy, publicity or contractual right

- interfere with or damage our Site, Application or Services, including, without limitation, through the use of viruses, cancel bots, Trojan horses, harmful code, flood pings, denial-of-service attacks, backdoors, packet or IP spoofing, forged routing or electronic mail address information or similar methods or technology;

- use our Site, Application or Services to transmit, distribute, post or submit any information concerning any other person or entity, including without limitation, photographs of others without their permission, personal contact information or credit, debit, calling card or account numbers;

- use our Site, Application, Services or Collective Content in connection with the distribution of unsolicited commercial email ("spam") or advertisements unrelated to lodging in a private residence;

- "stalk" or harass any other user of our Site, Application, Services or Collective Content, or collect or store any personally identifiable information about any other user other than for purposes of transacting as an Airbnb Guest or Host;

- offer, as a Host, any Accommodation that you do not yourself own or have permission to Book as a residential or other property (without limiting the foregoing, you will not list Accommodations as a Host if you are serving in the capacity of an agent for a third party);

- offer, as a Host, any Accommodation that may not be Booked pursuant to the terms and conditions of an agreement with a third party;

- register for more than one Airbnb Account or register for an Airbnb Account on behalf of an individual other than yourself;

- unless Airbnb explicitly permits otherwise, request or book a stay at any Accommodation if you will not actually be staying at the Accommodation yourself;

- contact another Member for any purpose other than asking a question related to a Booking, Accommodation, Listing, or the Member's use of the Site, Application and Services;

- recruit or otherwise solicit any Host or other Member to join third-party services or websites that are competitive to Airbnb, without Airbnb's prior written approval;

- recruit or otherwise solicit any Member to join third-party services, applications or websites, without our prior written approval;

- impersonate any person or entity, or falsify or otherwise misrepresent yourself or your affiliation with any person or entity;

- use automated scripts to collect information from or otherwise interact with the Site, Application, Services or Collective Content;

- use the Site, Application, Services or Collective Content to find a Host or Guest and then complete a Booking of an Accommodation independent of the Site, Application or Services, in order to circumvent the obligation to pay any Service Fees related to Airbnb's provision of the Services or for any other reasons;

- as a Host, submit any Listing with false or misleading information, including price information, or submit any Listing with a price that you do not intend to honor;

- violate these Terms or Airbnb's then-current *Policies and Community Guidelines* or *Standards*;

- engage in disruptive, circumventive, abusive or harassing behavior in any area or aspect of our Platform, Application, or Services;

- post, upload, publish, submit or transmit any Content that: (i) infringes, misappropriates or violates a third party's patent, copyright, trademark, trade secret, moral rights or other intellectual property rights, or rights of publicity or privacy; (ii) violates, or encourages any conduct that would violate, any applicable law or regulation or would give rise to civil liability; (iii) is fraudulent, false, misleading (directly or by omission or failure to update information) or deceptive; (iv) is defamatory, obscene, pornographic, vulgar or offensive; (v) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (vi) is violent or threatening or promotes violence or actions that are threatening to any other person; or (vii) promotes illegal or harmful activities or substances;

- systematically retrieve data or other content from our Site, Application or Services to create or compile, directly or indirectly, in single or multiple downloads, a collection, compilation, database, directory or the like, whether by manual methods, through the use of bots, crawlers, or spiders, or otherwise;

- use, display, mirror or frame the Site, Application, Services or Collective Content, or any individual element within the Site, Application, Services or Collective Content, Airbnb's name, any Airbnb trademark, logo or other proprietary information, or the layout and design of any page or form contained on a page in the Site, Application or Services, without Airbnb's express written consent;

- access, tamper with, or use non-public areas of the Site, Application or Services, Airbnb's computer systems, or the technical delivery systems of Airbnb's providers;

- attempt to probe, scan, or test the vulnerability of any Airbnb system or network or breach any security or authentication measures;

- avoid, bypass, remove, deactivate, impair, descramble, or otherwise circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party (including another user) to protect the Site, Services, Application or Collective Content;

- forge any TCP/IP packet header or any part of the header information in any email or newsgroup posting, or in any way use the Site, Services, Application or Collective Content to send altered, deceptive or false source-identifying information;

- attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Site, Services, Application or Collective Content;

- advocate, encourage, or assist any third party in doing any of the foregoing; or

- accept or make a payment for Accommodation Fees outside Airbnb Payments. If you do so, you acknowledge and agree that you: (i) would be in breach of these Terms; (ii) accept all risks and responsibility for such payment, and (iii) hold Airbnb harmless from any liability for such payment.

Airbnb has the right to investigate and prosecute violations of any of the above to the fullest extent of the law. In addition, and as set in these Terms, Airbnb may take a range of actions against you, including but not limited to removing or disabling access to any or all of your Member Content or deactivating or canceling your Listing(s) or Airbnb Account, for a violation of this Section or these Terms.

Airbnb may access, preserve and disclose any of your information if we are required to do so by law, or if we believe in good faith that it is reasonably necessary to (i) respond to claims asserted against Airbnb or to comply with legal process (for example, subpoenas or warrants), (ii) enforce or administer our agreements with users, such as these Terms and the *Airbnb Host Guarantee*, (iii) for fraud prevention, risk assessment, investigation, customer support, product development and de-bugging purposes, or (iv) protect the rights, property or safety of Airbnb, its users, or members of the public. You acknowledge that Airbnb has no obligation to monitor your access to or use of the Site, Application, Services or Collective Content or to review, remove, disable access to or edit any Member Content, but has the right to do so for the purpose of operating and improving the Site, Application and Services (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes), to ensure your compliance with these

Terms, to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body, to respond to content that it determines is otherwise objectionable or as set forth in these Terms. Airbnb reserves the right, at any time and without prior notice, to remove or disable access to any Collective Content that Airbnb, at its sole discretion, considers to be objectionable for any reason, in violation of these Terms or otherwise harmful to the Site, Application or Services.

***Reporting Misconduct***

If you stay with or host anyone who you feel is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number; provided that your report will not obligate us to take any action beyond that required by law (if any) or cause us to incur any liability to you.

15. **Privacy**

You agree that Airbnb's *Privacy Policy* (as may be updated from time to time) governs Airbnb's collection and use of your personal information.

16. **Intellectual Property Ownership and Rights Notices**

The Site, Application, Services, and Collective Content are protected by copyright, trademark, and other laws of the United States and foreign countries. You acknowledge and agree that the Site, Application, Services and Collective Content, including all associated intellectual property rights, are the exclusive property of Airbnb and its licensors. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Site, Application, Services, or Collective Content. All trademarks, service marks, logos, trade names, and any other proprietary designations of Airbnb used on or in connection with the Site, Application, Services, and Airbnb Content are trademarks or registered trademarks of Airbnb in the US and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third parties used on or in connection with the Site, Application, Services, and Airbnb Content are used for identification purposes only and may be the property of their respective owners. As a Host, Guest, or Member, you understand and agree that you are bound by the additional Terms, Guidelines and Policies that apply to your use of the Site, Application, Services and Collective Content, including Airbnb's *Trademark & Branding Guidelines* (as may be updated from time to time).

17. **Additional Terms**

Our Site, Application and Services have different products, features and offerings, so sometimes additional terms or product requirements may apply to your use of those products, features or offerings. For example, additional terms apply if you refer new users to Airbnb ("**Referral Program**") or participate in our *Home Safety program*. If additional terms are available for the relevant product or Services you use, those additional terms become part of these Terms.

18. **Application License**

Subject to your compliance with these Terms, Airbnb grants you a limited non-exclusive, non-transferable license to download and install a copy of the Application on each mobile device or computer that you own or control and run such copy of the Application solely for your own personal use. Furthermore, with respect to any Apple App Store Sourced Application (defined below), you will only use the App Store Sourced Application (i) on an Apple-branded product that runs the iOS (Apple's proprietary operating system) and (ii) as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service. Airbnb reserves all rights in the Application not expressly granted to you by these Terms.

19. **Airbnb Content and Member Content License**

Subject to your compliance with these Terms and Airbnb's *Trademark & Branding Guidelines*, Airbnb grants you a limited, non-exclusive, non-transferable license, to (i) access and view any Airbnb Content solely for your personal and non-commercial purposes and (ii) access and view any Member Content to which you are permitted access, solely for your personal and non-commercial purposes. You have no right to sublicense the license rights granted in this section.

You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Site, Application, Services, or Collective Content, except as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licenses and rights expressly granted in these Terms.

20. **Member Content**

We may, in our sole discretion, permit you to post, upload, publish, submit or transmit Member Content. By making available any Member Content on or through the Site, Application, Services, or through Airbnb promotional campaigns, you hereby grant to Airbnb a worldwide, irrevocable, perpetual (or for the term of the protection), non-exclusive, transferable, royalty-free license, with the right to sublicense, to use, view, copy, adapt, translate, modify, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast, access, view, and otherwise exploit such Member Content on, through, by means of or to promote or market the Site, Application and Services. Airbnb does not claim any ownership rights in any such Member Content and nothing in these Terms will be deemed to restrict any rights that you may have to use and exploit any such Member Content.

You acknowledge and agree that you are solely responsible for all Member Content that you make available through the Site, Application, Services or through Airbnb promotional campaigns. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that you make available through the Site, Application, Services or through Airbnb promotional campaigns or you have all rights, licenses, consents and releases that are necessary to grant to Airbnb the rights in such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Content or Airbnb's use of the Member Content (or any portion thereof) on, through or by means of the Site, Application, the Services or Airbnb promotional campaigns will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

21. **Links**

The Site, Application and Services may contain links to third-party websites or resources. You acknowledge and agree that Airbnb is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resources do not imply any endorsement by Airbnb of such websites or resources or the content, products, or services available from such websites or resources. You acknowledge sole responsibility for and assume all risk arising from your use of any such websites or resources or the Content, products or services on or available from such websites or resources.

Some portions of the Airbnb platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to *Google's terms of use*.

22. **Feedback**

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Site, Application and Services ("**Feedback**"). You may submit Feedback by emailing us, through the "*Contact*" section of the Site and Application, or by other means of communication. You acknowledge and agree that all Feedback you give us will be the sole and exclusive property of Airbnb and you hereby

irrevocably assign to Airbnb and agree to irrevocably assign to Airbnb all of your right, title, and interest in and to all Feedback, including without limitation all worldwide patent, copyright, trade secret, moral and other proprietary or intellectual property rights therein, and waive any moral rights you may have in such Feedback. At Airbnb's request and expense, you will execute documents and take such further acts as Airbnb may reasonably request to assist Airbnb to acquire, perfect, and maintain its intellectual property rights and other legal protections for the Feedback.

23. **Copyright Policy**

Airbnb respects copyright law and expects its users to do the same. It is Airbnb's policy to terminate in appropriate circumstances the Airbnb Accounts of Members or other account holders who repeatedly infringe or are believed to be repeatedly infringing the rights of copyright holders. Please see Airbnb's *Copyright Policy* for further information.

24. **Term and Termination, Suspension and Other Measures**

A. *Term*

These Terms shall be effective for a 30-day term, at the end of which it will automatically and continuously renew for subsequent 30-day terms until such time when you or Airbnb terminate these Terms as described below.

B. *Termination for convenience*

You may terminate these Terms at any time via the "Cancel Account" feature on the Site or by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed Bookings will be automatically cancelled and your Guests will receive a full refund. If you cancel your Airbnb Account as a Guest, any confirmed Booking will be automatically cancelled and any refund will depend upon the terms of the applicable cancellation policy.

Without limiting our rights specified below, Airbnb may terminate these Terms for convenience at any time by giving you 30 days' notice via email to your registered email address.

C. *Termination for breach, suspension and other measures*

Airbnb may immediately, without notice terminate these Terms if (i) you have materially breached these Terms or our Policies, including but not limited to any breach of your warranties outlined in these Terms or breach of the "User Conduct" provisions in these Terms, (ii) you have provided inaccurate, fraudulent, outdated or incomplete information during the Airbnb Account registration, or Listing process or thereafter, (iii) you have violated applicable laws, regulations or third party rights, or (iv) Airbnb believes in good faith that such action is reasonably necessary to protect the safety or property of other Members, Airbnb or third parties, for fraud prevention, risk assessment, security or investigation purposes.

In addition Airbnb may deactivate or delay Listings, reviews, or other Member Content, cancel any pending or confirmed Bookings, limit your use of or access to your Airbnb Account and the Site, Application or Services, temporarily or permanently revoke any special status associated with your Airbnb Account, or temporarily or permanently suspend your Airbnb Account if (i) you have breached these Terms or our Policies, including material and non-material breaches and receiving poor ratings from Hosts or Guests, or (ii) Airbnb believes in good faith that such action is reasonably necessary to protect the safety or property of Members, Airbnb or third parties, for fraud prevention, risk assessment, security or investigation purposes.

If we take any of the measures described in this Section 24.C, we may (i) communicate to your Guests or Hosts that a pending or confirmed Booking has been cancelled, (ii) refund your Guests in full for any and all confirmed Bookings, irrespective of preexisting cancellation policies, (iii) support your Guests, on

an exceptional basis, in finding potential alternative Accommodations, and (iv) you will not be entitled to any compensation for confirmed Bookings that were cancelled.

In case of non-material breaches and where appropriate, you will be given notice of any measure by Airbnb and an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

D. *Consequences*

If you or we terminate this Agreement, we do not have an obligation to delete or return to you any of your Member Content, including but not limited to any reviews or Feedback. When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use of the Site, Application and Services has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us, you may not register a new Airbnb Account or attempt to access and use the Site, Application and Services through other Airbnb Accounts.

E. *Survival*

If you or we terminate this Agreement, the clauses of these Terms that reasonably should survive termination of the Agreement will remain in effect.

25. **Disclaimers**

IF YOU CHOOSE TO USE THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT OR PARTICIPATE IN THE REFERRAL PROGRAM, YOU DO SO AT YOUR SOLE RISK. YOU ACKNOWLEDGE AND AGREE THAT AIRBNB DOES NOT HAVE AN OBLIGATION TO CONDUCT BACKGROUND OR REGISTERED SEX OFFENDER CHECKS ON ANY MEMBER, INCLUDING, BUT NOT LIMITED TO, GUESTS AND HOSTS. BUT MAY CONDUCT SUCH BACKGROUND OR REGISTERED SEX OFFENDER CHECKS, IN OUR SOLE DISCRETION, TO THE EXTENT PERMITTED BY APPLICABLE LAWS AND IF WE HAVE SUFFICIENT INFORMATION TO IDENTIFY A MEMBER. IF WE CHOOSE TO CONDUCT SUCH CHECKS, TO THE EXTENT PERMITTED BY APPLICABLE LAW, WE DISCLAIM WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, THAT SUCH CHECKS WILL IDENTIFY PRIOR MISCONDUCT BY A USER OR GUARANTEE THAT A USER WILL NOT ENGAGE IN MISCONDUCT IN THE FUTURE.

THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT AND REFERRAL PROGRAM ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, AIRBNB EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. AIRBNB MAKES NO WARRANTY THAT THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT, INCLUDING, BUT NOT LIMITED TO, THE LISTINGS OR ANY ACCOMMODATIONS, OR THE REFERRAL PROGRAM WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. AIRBNB MAKES NO WARRANTY REGARDING THE QUALITY OF ANY LISTINGS, ACCOMMODATIONS, HOSTS, GUESTS, YOUR ACCRUAL OF AIRBNB TRAVEL CREDITS, THE SERVICES OR COLLECTIVE CONTENT OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY COLLECTIVE CONTENT OBTAINED THROUGH THE SITE, APPLICATION, SERVICES OR REFERRAL PROGRAM.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM AIRBNB OR THROUGH THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT, WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

YOU ARE SOLELY RESPONSIBLE FOR ALL OF YOUR COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OF THE SITE, APPLICATION OR SERVICES AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE, APPLICATION OR SERVICES, INCLUDING, BUT NOT LIMITED TO, ANY HOSTS OR GUESTS. YOU UNDERSTAND THAT AIRBNB DOES NOT MAKE ANY ATTEMPT TO VERIFY THE STATEMENTS OF USERS OF THE SITE,

APPLICATION OR SERVICES OR TO REVIEW OR VISIT ANY ACCOMMODATIONS. AIRBNB MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OF USERS OF THE SITE, APPLICATION OR SERVICES OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE USERS OF THE SITE, APPLICATION OR SERVICES. YOU AGREE TO TAKE REASONABLE PRECAUTIONS IN ALL COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OF THE SITE, APPLICATION OR SERVICES AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE, APPLICATION OR SERVICES, INCLUDING, BUT NOT LIMITED TO, GUESTS AND HOSTS, PARTICULARLY IF YOU DECIDE TO MEET OFFLINE OR IN PERSON REGARDLESS OF WHETHER SUCH MEETINGS ARE ORGANIZED BY AIRBNB. AIRBNB EXPLICITLY DISCLAIMS ALL LIABILITY FOR ANY ACT OR OMISSION OF ANY GUEST OR OTHER THIRD PARTY.

## 26. Limitation of Liability

YOU ACKNOWLEDGE AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE SITE, APPLICATION, SERVICES AND COLLECTIVE CONTENT, YOUR LISTING OR BOOKING OF ANY ACCOMMODATIONS VIA THE SITE, APPLICATION AND SERVICES, YOUR PARTICIPATION IN THE REFERRAL PROGRAM, AND ANY CONTACT YOU HAVE WITH OTHER USERS OF AIRBNB WHETHER IN PERSON OR ONLINE REMAINS WITH YOU. NEITHER AIRBNB NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT OR THE REFERRAL PROGRAM WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS, FROM THE USE OF OR INABILITY TO USE THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT, FROM ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OF THE SITE, APPLICATION, OR SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE, APPLICATION, SERVICES, OR YOUR PARTICIPATION IN THE REFERRAL PROGRAM OR FROM YOUR LISTING OR BOOKING OF ANY ACCOMMODATION VIA THE SITE, APPLICATION AND SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT AIRBNB HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

EXCEPT FOR OUR OBLIGATIONS TO PAY AMOUNTS TO APPLICABLE HOSTS PURSUANT TO THESE TERMS OR AN APPROVED PAYMENT REQUEST UNDER THE AIRBNB HOST GUARANTEE, IN NO EVENT WILL AIRBNB'S AGGREGATE LIABILITY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS AND YOUR USE OF THE SITE, APPLICATION AND SERVICES INCLUDING, BUT NOT LIMITED TO, FROM YOUR LISTING OR BOOKING OF ANY ACCOMMODATION VIA THE SITE, APPLICATION AND SERVICES, OR FROM THE USE OF OR INABILITY TO USE THE SITE, APPLICATION, SERVICES, OR COLLECTIVE CONTENT OR YOUR PARTICIPATION IN THE REFERRAL PROGRAM AND IN CONNECTION WITH ANY ACCOMMODATION OR INTERACTIONS WITH ANY OTHER MEMBERS, EXCEED THE AMOUNTS YOU HAVE PAID OR OWE FOR BOOKINGS VIA THE SITE, APPLICATION AND SERVICES AS A GUEST IN THE TWELVE (12) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY, OR IF YOU ARE A HOST, THE AMOUNTS PAID BY AIRBNB TO YOU IN THE TWELVE (12) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY, OR ONE HUNDRED U.S. DOLLARS (US$100), IF NO SUCH PAYMENTS HAVE BEEN MADE, AS APPLICABLE. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN AIRBNB AND YOU. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

## 27. Indemnification

You agree to release, defend, indemnify, and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site, Application, Services, or Collective Content or your violation of these Terms; (b) your Member Content; (c) your (i) interaction with any Member, (ii) Booking of an

Accommodation, or (iii) creation of a Listing; (d) the use, condition or Booking of an Accommodation by you, including but not limited to any injuries, losses, or damages (compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of a Booking or use of an Accommodation; and (e) your participation in the Referral Program or your accrual of any Airbnb Travel Credits.

28. **Export Control and Restricted Countries**

You may not use, export, re-export, import, or transfer the Application except as authorized by United States law, the laws of the jurisdiction in which you obtained the Application, and any other applicable laws. In particular, but without limitation, the Application may not be exported or re-exported: (a) into any United States embargoed countries; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Persons List or Entity List. By using the Site, Application and Services, you represent and warrant that (i) neither you nor your listed Accommodation is located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You also will not use the Site, Application and Services for any purpose prohibited by U.S. law, including the development, design, manufacture or production of missiles, or nuclear, chemical or biological weapons. Airbnb does not permit Listings associated with certain countries due to U.S. embargo restrictions. In addition to complying with the above, you must also comply with any relevant export control laws in your local jurisdiction.

29. **Accessing and Downloading the Application from iTunes**

The following applies to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"):

- You acknowledge and agree that (i) these Terms are concluded between you and Airbnb only, and not Apple, and (ii) Airbnb, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Services.

- You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

- In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Airbnb and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of Airbnb.

- You and Airbnb acknowledge that, as between Airbnb and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

- You and Airbnb acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Airbnb and Apple, Airbnb, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by these Terms.

- You and Airbnb acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of these Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be

deemed to have accepted the right) to enforce these Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

- ○ Without limiting any other terms of these Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

## 30. Entire Agreement

Except as they may be supplemented by a document referenced and incorporated herein or by additional Airbnb policies, guidelines, standards, or terms for a specific product, feature, service or offering, these Terms constitute the entire and exclusive understanding and agreement between Airbnb and you regarding the Site, Application, Services, Collective Content (excluding Payment Services), and any Bookings or Listings of Accommodations made via the Site, Application and Services (excluding Payment Services), and these Terms supersede and replace any and all prior oral or written understandings or agreements between Airbnb and you regarding Bookings or listings of Accommodations, the Site, Application, Services, and Collective Content (excluding Payment Services).

## 31. Assignment

You may not assign or transfer these Terms, by operation of law or otherwise, without Airbnb's prior written consent. Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. Airbnb may assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

## 32. Notices

Any notices or other communications permitted or required hereunder, including those regarding modifications to these Terms, will be in writing and given by Airbnb (i) via a Communication (in each case to the address or phone number that you provide) or (ii) by posting to the Site or via the Application. For notices made via a Communication, the date of receipt will be deemed the date on which such notice is transmitted.

## 33. Controlling Law and Jurisdiction

These Terms and your use of the Services will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to its conflict-of-law provisions. You and we agree to submit to the personal jurisdiction of a state court located in San Francisco County, San Francisco, California or a United States District Court, Northern District of California located in San Francisco, California for any actions for which the parties **retain the right to seek** injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights, **as set forth in the Dispute Resolution provision below.**

## 34. Dispute Resolution

If you reside in the United States, you and Airbnb agree that any dispute, claim or controversy arising out of or relating to these Terms or the breach, termination, enforcement, interpretation or validity thereof, or to the use of the Services or use of the Site, Application or Collective Content (collectively, "**Disputes**") will be settled by binding arbitration, except that each party retains the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights. You acknowledge and agree that you and Airbnb are each waiving the right to a trial by jury or to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney-general action, or any other representative proceeding. Further, unless both you and Airbnb otherwise agree

in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of any class or representative proceeding. If this specific paragraph is held unenforceable, then the entirety of this "Dispute Resolution" section will be deemed void. Except as provided in the preceding sentence, this "Dispute Resolution" section will survive any termination of these Terms.

*Arbitration Rules and Governing Law*. This agreement to arbitrate evidences a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Consumer Arbitration Rules (the "**AAA Rules**") then in effect, except as modified by this "Dispute Resolution" section. (The AAA Rules are available at *www.adr.org/arb_med*or by calling the AAA at 1–800–778–7879.) The Federal Arbitration Act will govern the interpretation and enforcement of this section.

*Arbitration Process*. A party who desires to initiate arbitration must provide the other party with a written Demand for Arbitration as specified in the AAA Rules. (The AAA provides a *form Demand for Arbitration*.) The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California and will be selected by the parties from the AAA's roster of consumer dispute arbitrators. If the parties are unable to agree upon an arbitrator within seven (7) days of delivery of the Demand for Arbitration, then the AAA will appoint the arbitrator in accordance with the AAA Rules.

*Arbitration Location and Procedure*. Unless you and Airbnb otherwise agree, the arbitration will be conducted in the county where you reside. If your claim does not exceed $10,000, then the arbitration will be conducted solely on the basis of documents you and Airbnb submit to the arbitrator, unless you request a hearing or the arbitrator determines that a hearing is necessary. If your claim exceeds $10,000, your right to a hearing will be determined by the AAA Rules. Subject to the AAA Rules, the arbitrator will have the discretion to direct a reasonable exchange of information by the parties, consistent with the expedited nature of the arbitration.

*Arbitrator's Decision*. The arbitrator will render an award within the time frame specified in the AAA Rules. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court having jurisdiction thereof. The arbitrator's award damages must be consistent with the terms of the "Limitation of Liability" section above as to the types and the amounts of damages for which a party may be held liable. The arbitrator may award declaratory or injunctive relief only in favor of the claimant and only to the extent necessary to provide relief warranted by the claimant's individual claim. If you prevail in arbitration you will be entitled to an award of attorneys' fees and expenses, to the extent provided under applicable law. Airbnb will not seek, and hereby waives all rights it may have under applicable law to recover, attorneys' fees and expenses if it prevails in arbitration.

*Fees*. Your responsibility to pay any AAA filing, administrative and arbitrator fees will be solely as set forth in the AAA Rules. However, if your claim for damages does not exceed $75,000, Airbnb will pay all such fees unless the arbitrator finds that either the substance of your claim or the relief sought in your Demand for Arbitration was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).

*Changes*. Notwithstanding the provisions of the "Modification" section above, if Airbnb changes this "Dispute Resolution" section after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within 30 days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb's email to you notifying you of such change. By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Airbnb in accordance with the provisions of this "Dispute Resolution" section as of the date you last accepted these Terms (or accepted any subsequent changes to these Terms).

35. **General**

The failure of Airbnb to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of Airbnb. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its

other remedies under these Terms or otherwise. If for any reason an arbitrator or a court of competent jurisdiction finds any provision of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of these Terms will remain in full force and effect.

36. **Third party beneficiary**

These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties.

37. **Additional Clauses for Users Contracting with Airbnb Ireland**

The following paragraphs will apply if you are contracting with Airbnb Ireland.

The second paragraph of Section 24.D, **Term and Termination, Suspension and Other Measures,** shall be removed and replaced with the following: "*If you or we terminate this Agreement, we do not have an obligation to return to you any of your Member Content, including but not limited to any reviews or Feedback. When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use of the Site, Application and Services has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us, you may not register a new Airbnb Account or attempt to access and use the Site, Application and Services through other Airbnb Accounts.*"

The **Controlling Law and Jurisdiction** section shall be removed and replaced with the following: "*Controlling Law and Jurisdiction These Terms will be interpreted in accordance with Irish law. You and we agree to submit to the non-exclusive jurisdiction of the Irish courts for resolving any dispute between the parties. If Airbnb wishes to enforce any of its rights against you, we may elect to do so in the Irish courts or in the courts of the jurisdiction in which you are resident.*"

The **Dispute Resolution** section shall be removed and is not applicable.

38. **Additional Clauses for Users Contracting with Airbnb China**

The following paragraphs will apply if you are contracting with Airbnb China

The **Controlling Law and Jurisdiction** section shall be removed and replaced with the following: "*Controlling Law and Jurisdiction These Terms will be governed by and construed in accordance with the laws of China ("China Laws"). Any dispute arising from or in connection with this Agreement shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties.*"

The **Dispute Resolution section shall be removed and is not applicable.**

39. **Contacting Airbnb**

If you have any questions about these Terms or any App Store Sourced Application, please contact Airbnb.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Callier on behalf of Avery Pardee
Bar No. 24146893
acallier@joneswalker.com
Envelope ID: 111821793
Filing Code Description: Motion to Compel
Filing Description: Airbnb's Motion to Compel Arbitration
Status as of 2/27/2026 3:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Havens | | christian@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Tarak Anada | | tanada@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |

CAUSE NO. 26-cv-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT | § | |
| SNOW A.N.F. OF S.S. A MINOR, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | 122ND JUDICIAL DISTRICT COURT |
| | § | |
| AIRBNB, INC., SARAH FIEHLER, | § | |
| AND NICHOLAS FIEHLER, | § | |
| | § | |
| *Defendants.* | § | GALVESTON COUNTY, TEXAS |

## ORDER GRANTING AIRBNB, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

COME NOW Defendant Airbnb, Inc.'s, ("Airbnb") Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration ("Motion"). After considering the Motion, the law, and all responses, if any, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Plaintiffs are compelled to arbitrate their claims against Airbnb pursuant to Airbnb's binding Terms of Service.

IT IS FURTHER ORDERED that this litigation is hereby STAYED in its entirety pending the outcome of arbitration.

SIGNED this _____ day of _____, 2026.

_____
HONORABLE PRESIDING JUDGE

*Approved as to form and content:*

*/s/ Avery B. Pardee*_____
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900

1

#110938964v1

2

Houston, Texas 77002
Tel: 504-582-8000
Fax: 504-589-8322
Email: apardee@joneswalker.com
         tanada@joneswalker.com
         emchard@joneswalker.com


*Attorneys for Airbnb, Inc*

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Callier on behalf of Avery Pardee
Bar No. 24146893
acallier@joneswalker.com
Envelope ID: 111821793
Filing Code Description: Motion to Compel
Filing Description: Airbnb's Motion to Compel Arbitration
Status as of 2/27/2026 3:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christian Havens | | christian@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/27/2026 2:42:27 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Tarak Anada | | tanada@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 2/27/2026 2:42:27 PM | SENT |

Filed: 2/27/2026 7:28 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 111840247
By: Shailja Dixit
3/2/2026 8:16 AM

## CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| **RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR** | § § § § § | **IN THE DISTRICT COURT** |
| | § | **122ND JUDICIAL DISTRICT** |
| *Plaintiffs,* | § § | |
| *v.* | § § § | |
| **AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER** | § § § § | |
| *Defendants.* | § | **GALVESTON COUNTY, TEXAS** |

## REQUEST FOR HEARING

Airbnb, Inc. hereby submits the following Request for Hearing:

1. Motion for which hearing requested: **Airbnb, Inc.'s Motion to Compel Arbitration and to Stay Proceeding Pending Arbitration**

2. Amount of time requested for both sides to complete presentation**: 30 minutes**

3. Clerk's Order:

    a.  Hearing will be: _____ Oral Argument _____ Submission Hearing

    b.  The hearing can / cannot be held via remote methods (i.e. Zoom)

    c.  Hearing will be held on: _____, 2026 at _____ a.m./p.m.

Dated: February 27, 2026.

Respectfully Submitted,

*/s/ Tarak Anada*
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    504-582-8000
Fax:    504-589-8322
Email: apardee@joneswalker.com
              tanada@joneswalker.com

1

#110983497v1

emchard@joneswalker.com
*Attorneys for Airbnb, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and correct copy of this document and all exhibits, if any, was filed electronically pursuant to Rule 21 of the Texas Rules of Civil Procedure and service requested electronically to all counsel of record pursuant to Rule 21a through the electronic filing manager.

/s/ Tarak Anada
Tarak Anada

2

#110983497v1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Callier on behalf of Tarak Anada
Bar No. 24090576
acallier@joneswalker.com
Envelope ID: 111840247
Filing Code Description: Request for Hearing
Filing Description: Airbnb's Request for Hearing on its Motion to Compel Arbitration
Status as of 3/2/2026 8:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 2/27/2026 7:28:31 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 2/27/2026 7:28:31 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 2/27/2026 7:28:31 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/27/2026 7:28:31 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 2/27/2026 7:28:31 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 2/27/2026 7:28:31 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/27/2026 7:28:31 PM | SENT |

Filed: 2/27/2026 3:10 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 111824453
By: Shailja Dixit
2/27/2026 3:18 PM

**CAUSE NO. 26-CV-0119**

| | | |
|---|---|---|
| **RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR** | § § § § | **IN THE DISTRICT COURT** |
| | § | **122ND JUDICIAL DISTRICT** |
| *Plaintiffs,* | § § | |
| *v.* | § § § | |
| **AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER** | § § § § | |
| *Defendants.* | § § | **GALVESTON COUNTY, TEXAS** |

## AIRBNB'S ALTERNATIVE RULE 91A MOTION TO DISMISS[1]

### I.    INTRODUCTION

Plaintiffs Rachel Snow and Robert Snow, as next friends of their minor child, S.S., seek to hold Airbnb, Inc. ("Airbnb") liable for alleged injuries sustained by the minor child at a Galveston, Texas property that Airbnb did not own, did not control, did not manage, and did not even have the right to access.  Indeed, Airbnb's only connection to this matter is that the property in question was booked through Airbnb's globally accessible online marketplace.

Plaintiffs fail to state a plausible claim against Airbnb.  As a website that allows individuals seeking to list and book accommodations to connect, Airbnb had no legally cognizable duty to protect Plaintiffs' child from a third party's alleged failure to maintain the property—one of millions listed via Airbnb's online marketplace worldwide—in safe condition.  Airbnb had no special relationship with Plaintiffs, and Airbnb could not foresee that the alleged "warped"

---

[1] Airbnb, Inc. files this Rule 91a Motion to Dismiss in the alternative to its previously filed Motion to Compel Arbitration. Airbnb only requests consideration of this Motion in the event that its previously filed Motion to Compel Arbitration is denied.

1

#110871711v3

condition of the property's patio chair[2] outside its possession and control would cause Plaintiffs' child's injury.  Plaintiffs' Petition contains *no facts* establishing the necessary elements of their claims against Airbnb because no such facts exist.  Thus, the Court should dismiss Plaintiffs' claims against Airbnb for failure to state a claim.

## II.     BACKGROUND

### A.     Airbnb's Online Marketplace

Airbnb provides an online marketplace that allows individuals who wish to offer accommodations, known as "Hosts," the opportunity to connect with individuals seeking to book accommodations, known as "Guests."  *Selden v. Airbnb, Inc*., 245, 4 F.4th 148, 152 (D.C. Cir. 2021).

As courts around the country have recognized, Airbnb does not own or control the properties that Hosts list, but instead allows Hosts and Guests to connect with each other to transact and communicate.  *See Airbnb, Inc. v. City & Cnty. of S.F.,* 217 F. Supp. 3d 1066, 1069 (N.D. Cal. 2016) ("Airbnb does not own, manage or operate any of the host properties, and is not a party to the rental agreements"); *Carroll v. Am. Empire Surplus Lines Ins. Co.,* 289 F. Supp. 3d 767, 771-73 (E.D. La. 2017) (holding that Airbnb does not control listed properties so as to establish a duty to protect); *King v. Pleasant 30 LLC,* 2022 WL 12827986, at *2 (N.Y. Sup. Ct., Kings Cnty. Oct. 6, 2022).  Hosts retain autonomy over their properties, can invite anyone to stay there, and often list their properties on platforms other than Airbnb.  *See Selden*, 245, 4 F.4th at 152.

---

[2] Plaintiff's Original Petition ("Petition") ¶ 12.

B. **Plaintiffs' Allegations**[3]

Plaintiffs allege that, on or about August 18, 2024, their minor child was injured while they were staying at a Galveston, Texas property owned by Defendants Sarah and Nicholas Fiehler when a chair that the child was sitting on tipped over.  Petition ¶¶ 10-12.

Plaintiffs make no factual allegations specific to Airbnb. Instead, Plaintiffs improperly lump all named Defendants together and make boilerplate and conclusory allegations against all of them including:

- "Defendants owed Plaintiffs a duty to keep the Property [in a] reasonably safe condition."

- "Defendants breached this duty by:

    a. Failing to inspect outdoor furniture;

    b. Allowing warped/bent furniture to remain in use;

    c. Failing to remove or warn about unsafe seating; and

    d. Failing to account for foreseeable use by children guests."

- "Defendants further violated lodging safety regulations or local codes requiring safe rental properties."

- "Defendants' breaches caused S.S.'s injuries described herein."

- "Defendants owed a duty to inspect, make safe, or warn of unreasonably dangerous conditions."

- "Defendants knew or should have known of the defect through reasonable inspection."

- "Defendants' ongoing activity of furnishing and offering unsafe seating to guests

---

[3] The factual assertions in this Motion are taken from the Plaintiffs' Petition pursuant to the standard for 91a motions. These assertions should not be construed as admissions, and Airbnb reserves the right to challenge the factual assertions, if necessary, at a later date.

3

constitutes negligent activity distinct from a static premises condition. The injury occurred contemporaneously with the use of the defective chair provided by Defendants."

- "Defendants proceeded with conscious indifference to guest safety by leaving defective furniture in place."

- "Defendants, in the course of its business, represented that the Property was safe and suitable for guest use. Defendants failed to exercise reasonable care in communicating that information, as the outdoor chair provided at the Property was warped, bent, and unstable, rendering it unsafe for its intended use."

- "Plaintiffs justifiably relied on Defendants' representations in booking and occupying the Property. Defendants' misrepresentations were a proximate cause of the injuries and damages suffered by S.S."

- "Defendants engaged in false, misleading, or deceptive acts by representing that the Property and its furnishings were of a particular standard, quality, or safety when they were not, and by failing to disclose the unsafe condition of the outdoor seating."

Petition ¶¶ 16-30.

Plaintiffs make no attempt to support these bare allegations with any supporting facts. Nor do Plaintiffs allege any facts to suggest how Airbnb—a website—had or could have had knowledge of any condition at the Property. Nonetheless, Plaintiffs assert that Airbnb owed them a duty to maintain the Property and somehow breached that duty. *Id.* ¶ 17. On these conclusory and unsupported allegations, Plaintiffs seek to hold Airbnb liable for the condition of the Property on theories of negligence, gross negligence, negligent misrepresentation, premises liability, and the Texas Deceptive Trade Practices Act. Plaintiffs' conclusory allegations fail to state a claim against Airbnb.

4

#110871711v3

## III.    ARGUMENT

Rule 91a provides for the dismissal of a claim that has no basis in law or fact. *See* TEX. R. CIV. P. 91a.1. "A cause of action has no basis in law if the allegations, taken as true, together with inferences reasonably drawn from them, do not entitle the claimant to the relief sought." *Bethel v. Quilling*, 595 S.W.3d 651, 654 (Tex. 2020). "A cause of action has no basis in fact if no reasonable person could believe the facts pleaded." *Id.*

The Court "must decide the motion based solely on the pleading of the cause of action, together with any exhibits permitted by Rule 59." *AC Interests, L.P. v. Tex. Comm'n on Envtl. Quality,* 543 S.W.3d 703, 706 (Tex. 2018) (citing TEX. R. CIV. P. 91a.6). When making its decision, the Court must remain cognizant that "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *GoDaddy.com, LLC v. Hollie Toups,* 429 S.W.3d 752, 754 (Tex. App.—Beaumont 2014, pet. denied) (citing *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009)). Thus, while the Court should take all of Plaintiffs' factual allegations as true, it does not need to extend that same deference to Plaintiffs' legal conclusions or conclusory statements. *Id.*; *see also Vasquez v. Legend Nat. Gas III, LP,* 492 S.W.3d 448, 451 (Tex. App.—San Antonio 2016, pet. denied).

Here, the Court should dismiss Plaintiffs' claims against Airbnb because they do not and cannot allege Airbnb owed them any duty of care under the circumstances, nor do they adequately allege that Airbnb had notice of the allegedly dangerous condition on the Property or that their child's injury was foreseeable in any way to Airbnb.  Thus, Plaintiffs do not and cannot plead facts sufficient to state any claim against Airbnb.

5

A.    **Plaintiffs Cannot Maintain a Premises Liability Claim Against Airbnb Under Texas Law.**

Plaintiffs have brought both premises liability and negligence claims against Airbnb. Petition ¶¶ 15-28. Under Texas law, "a person injured on another's property may have *either* a negligence claim or a premises-liability claim against the property owner." *Occidental Chem. Corp. v. Jenkins*, 478 S.W.3d 640, 644 (Tex. 2016) (emphasis added). "When the injury is the result of a contemporaneous, negligent activity on the property, ordinary negligence principles apply." *Id.* However, "[w]hen the injury is the result of the property's condition rather than an activity, premises-liability principles apply." *Id.*

Here, Plaintiffs allege that their child's injury was the result of the property's condition—they claim that their child was injured when she sat on an allegedly warped chair—rather than a contemporaneous, negligent activity on the premises. Petition ¶ 12. Accordingly, premises liability principles, and not ordinary negligence principles, apply to this case. *Jenkins*, 478 S.W.3d at 644.

"The elements of a premises liability claim involving an invitee injured on the owner/occupier's premises are (1) that the owner/occupier had actual or constructive knowledge of some condition on the premises; (2) that the condition posed an unreasonable risk of harm to the plaintiff; (3) that the owner/occupier did not exercise reasonable care to reduce or to eliminate the risk; and (4) that the owner's/occupier's failure to use such care proximately caused the plaintiff's personal injuries." *Harkins v. Wal-Mart Stores Tex., LLC*, 2022 Tex. App. LEXIS 6085, at \*14 (Tex. App.—Fort Worth Aug. 18, 2022) (citing *United Scaffolding, Inc. v. Levine*, 537 S.W.3d 463, 471 (Tex. 2017)).

In this case, Plaintiffs have not even alleged, let alone established, the most fundamental element of a premises liability claim: that Airbnb owned, occupied, or otherwise controlled the premises in question. To establish premises liability, a plaintiff must show that the defendant had

6

"control over and responsibility for the premises." *Cohen v. Landry's Inc.*, 442 S.W.3d 818, 824 (Tex. App.—Houston 2014) (allowing premises liability claim to proceed because plaintiff established that defendant owned and controlled a sidewalk by presenting an invoice for sidewalk repairs issued to the defendant). The control must "relate to the condition or activity that caused the injury." *Id.*   Control must be demonstrated by "ownership, occupation, management, or possession of the premises." *Id.* (citing *Lefmark Mgmt. Co. v. Old*, 946 S.W.2d 52, 54 (Tex. 1997)). Control can be proven by either a "contractual agreement expressly assigning the right of control" or an "actual exercise of control." *Id*. (citing *Dow Chem. Co. v. Bright*, 89 S.W.3d 602, 606 (Tex. 2002)). "[T]he duty to make the premises safe or warn of dangerous conditions generally runs with the ownership or control of the property," and a defendant's liability under a premises liability theory rests on the defendant's "assumption of control of the premises and responsibility for dangerous conditions on it." *Levine*, 537 S.W.3d at 474.

Plaintiffs plead no facts in their Petition to allege or explain how Airbnb—a Delaware corporation headquartered in San Francisco that provides an online marketplace—could have possibly owned, possessed or had the right to control the Galveston, Texas property at issue. Instead, Plaintiffs plead the opposite, and admit that Defendants Nicholas Fiehler and Sarah Fiehler were the property owners. Petition ¶ 10. Plaintiffs' premises liability claim should be dismissed for this reason alone.

And even if Plaintiffs had properly alleged ownership or control (which they have not), Plaintiffs do not allege any facts to suggest that Airbnb had actual or constructive knowledge of the alleged premises defect. Plaintiffs attempt to fulfill this element with another unsupported conclusory allegation that "Defendants knew or should have known of the defect through reasonable inspection." Petition ¶ 21. But as the Court is aware, "[t]hreadbare recitals of the

7

elements of a cause of action, supported by mere conclusory statements, do not suffice." *GoDaddy.com,* 429 S.W.3d at 754 (citing *Iqbal,* 556 U.S. at 678).

"Constructive knowledge is a substitute in the law for actual knowledge." *Parrish v. SMG*, 2017 Tex. App. LEXIS 11396, at *21 (Tex. App.—Houston Dec. 7, 2017).  In premises liability cases, a plaintiff can establish constructive knowledge by showing that the condition had "existed long enough for the owner or occupier to have discovered it upon reasonable inspection." *Id.* (internal quotations omitted).  The rule requiring proof that a dangerous condition had "existed for some length of time before charging a premises owner or occupier with constructive notice of the condition" is "firmly rooted" in Texas jurisprudence.  *Id.* at *21-22. Temporal evidence "best indicates whether the owner had a reasonable opportunity to discover and remedy a dangerous condition," and "[w]ithout some temporal evidence, there is no basis upon which the factfinder can reasonably assess the opportunity the premises owner had to discover the dangerous condition." *Id.* at *22. The plaintiff "*must* present some proof of how long the particular hazard had been present" before courts will impose liability on the premises owner for failing to discover and rectify, or warn of, the dangerous condition. *Id.* (emphasis added).

Here, there are no facts pled in the Petition to suggest that Airbnb had actual knowledge of the allegedly defective patio chair. And because Plaintiffs have not made any allegations as to the length of time that the allegedly defective condition existed for, Plaintiffs have also failed as a matter of law to adequately allege that Airbnb had constructive knowledge. *See id.* at *23 (dismissing plaintiff's premises liability claim because she "presented no evidence that the allegedly dangerous condition of the floor mat existed long enough that [defendant] had constructive notice of the condition." *See also Brookshire Grocery Co. v. Taylor,* 222 S.W.3d 406, 409 (Tex. 2006) (same); *Wal-Mart Stores v. Reece*, 81 S.W.3d 812, 817 (Tex. 2002) (same).

8

Plaintiffs' premises liability claim must also be dismissed due to a failure to plead facts showing actual or constructive knowledge on Airbnb's part.

**B.      Plaintiffs Cannot Maintain Negligence-Based Claims Against Airbnb Under Texas Law.**

In addition to bringing a claim for premises liability, Plaintiffs have also sued Airbnb for negligence, negligence *per se,* gross negligence, and negligent misrepresentation. Petition ¶¶ 15-28. In order to maintain a negligence-based claim, the plaintiff must "have been injured by or as a contemporaneous result of the activity itself rather than by a condition created by the activity." *Harkins*, 2022 Tex. App. LEXIS 6085, at *13 (dismissing plaintiff's negligence claim stemming from her tripping on a defective floor mat because "this is a premises defect case, not a negligent activity case."). *See also Clayton W. Williams, Jr., Inc. v. Olivo,* 952 S.W.2d 523, 527 (Tex. 1997) (dismissing negligence claim because plaintiff, who fell on pipe thread protectors left lying on the ground, pled facts implicating a premises defect, not negligent activity); *Keetch v. Kroger Co.*, 845 S.W.2d 262, 264 (Tex. 1992) (dismissing negligence claim because plaintiff who slipped on floor made slippery by plant spraying was not injured by activity of spraying itself, but rather by condition resulting from spraying).

Here, Plaintiffs only allege a defect with the property's condition—an allegedly warped chair—and do not allege injury by any contemporaneous, negligent activity on the premises. Indeed, Plaintiffs do not even allege that any employee of Airbnb was ever present on the premises to have engaged in any such contemporaneous, negligent activity. Accordingly, Plaintiffs can only bring a premises liability claim under Texas law, and their negligence-based claims must be dismissed.

Even if Plaintiffs were permitted to maintain negligence-based claims under the facts of this case, such claims must nonetheless be dismissed because lability for negligence "requires the

9

existence of a duty, a breach of that duty, and damages proximately caused by that breach." *Lopez v. Sunstate Equip. Co. LLC*, 2022 Tex. App. LEXIS 6534, at \*10 (Tex. App.—Dallas Aug. 29, 2022). There are no facts pled in the Petition to establish the existence of any legal duty owed by Airbnb to Plaintiffs. Specifically, Plaintiffs do not and cannot allege that Airbnb created the allegedly dangerous condition. Only "a party who negligently creates a dangerous situation has a duty to attempt to prevent injury to others if it reasonably appears or should appear that others in the exercise of their lawful rights may be injured thereby." *Gatten v. McCarley*, 391 S.W.3d 669, 674 (Tex. App.—Dallas 2013). "[A]bsent some sort of special relationship recognized in the law or voluntarily taking control of another with the other's reliance on that control, a person is not responsible for the tortious acts of another." *Carter v. Abbyad*, 299 S.W.3d 892, 901 (Tex. App.—Austin 2009). None of the types "of relationships that have been recognized as giving rise to a duty … [which] include employer/employee, parent/child, and independent contractor/contractee" are present in this case. *Gatten*, 391 S.W.3d at 674 (affirming dismissal of negligence claim in part due to plaintiff's failure to adequately plead the existence of a duty on the part of defendant).

Here Plaintiffs have not alleged that Airbnb created the allegedly dangerous condition. Nor have they alleged the existence of any special relationship that could otherwise give rise to a duty on Airbnb's part. Accordingly, their negligence-based claims must be dismissed due to their failure to adequately allege any duty owed by Airbnb.

Additionally, to establish a negligence-based claim, a plaintiff must adequately show "proximate cause," which, in turn, "consists of cause-in-fact and foreseeability." *Williams v. Sable*, 2011 Tex. App. LEXIS 464, at \*8 (Tex. App.—Houston Jan. 25, 2011). "Foreseeability cannot be established by mere conjecture, guess, or speculation." *Id.* at \*9. Because Plaintiffs have

10

#110871711v3

pled no facts to show how the alleged incident and resulting injury could have been foreseeable to Airbnb, they have further failed to state a negligence-based claim.

Plaintiffs have similarly failed to plead a claim for negligent misrepresentation, which entails pleading "(1) a representation made by a defendant in the course of its business or in a transaction in which it has a pecuniary interest; (2) the representation conveyed false information for the guidance of others in their business; (3) the defendant did not exercise reasonable care or competence in obtaining or communicating the information; and (4) the plaintiff suffers pecuniary loss by justifiably relying on the representation." *JPMorgan Chase Bank, N.A. v. Orca Assets G.P.*, L.L.C., 546 S.W.3d 648, 653-54 (Tex. 2018). Here, Plaintiffs have not alleged that Airbnb made any specific representation to them in connection with a transaction in which Airbnb had a pecuniary interest, or that such representation contained false information. Plaintiffs have therefore failed to adequately plead a claim for negligent misrepresentation.

### C. Plaintiffs Cannot Maintain a Texas Deceptive Trade Practices Act ("DTPA") Claim Against Airbnb.

"The elements of a DTPA claim are (1) the plaintiff is a consumer; (2) the defendant engaged in a false, misleading, or deceptive act; (3) the consumer relied on that act to the consumer's detriment; and (4) the act constituted a producing cause of the plaintiff's damages." *Liss v. Cushman & Wakefield of Tex., Inc.*, No. 01-23-00481-CV, 2025 Tex. App. LEXIS 4566, at *53 n.18 (Tex. App.—Houston [1st Dist.] June 30, 2025) (citing Tex. Bus. & Com. Code Ann. §§ 17.46-.50; *Shkolnick v. Coastal Fumigators, Inc.*, 186 S.W.3d 100, 104 (Tex. App.—Houston [1st Dist.] 2005, no pet.)).

Here, Plaintiffs have not alleged that Airbnb made any specific statement or representation relating to the condition of the chair at issue. And because Plaintiffs have not even pled that Airbnb knew about the allegedly defective condition of the chair, Airbnb cannot be liable for "failing to

11

disclose" under the DTPA. *See Sheehan v. Adams*, 320 S.W.3d 890, 897 (Tex. App.—Dallas [5th Dist.] 2010) ("The Adamses cannot be held liable under the DTPA for failing to disclose information they did not actually know. That is because under section 17.46(b)(24), the failure to disclose information requires the Adamses to have known the information at the time of the transaction and failed to bring it to Sheehan's attention. Proof that the Adamses should have known the information is not enough.") (internal quotations and citations omitted). Plaintiffs have therefore failed to plead sufficient facts to state a DTPA claim against Airbnb.

## IV.    CONCLUSION

For the foregoing reasons, Airbnb respectfully requests that the Court grant its Motion and dismiss Plaintiffs' claims against Airbnb.

Dated: February 27, 2026.

Respectfully Submitted,

*/s/ Tarak Anada*
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    504-582-8000
Fax:    504-589-8322
Email: apardee@joneswalker.com
        tanada@joneswalker.com
        emchard@joneswalker.com

*Attorneys for Airbnb, Inc.*

## CERTIFICATE OF CONFERENCE

This is to certify that representatives from my office conferred with Plaintiffs' counsel via telephone on February 26, 2026, prior to filing this Motion.  Plaintiff opposed this Motion.

*/s/ Tarak Anada*
Tarak Anada

12

#110871711v3

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and correct copy of this document and all exhibits, if any, was filed electronically pursuant to Rule 21 of the Texas Rules of Civil Procedure and service requested electronically to all counsel of record pursuant to Rule 21a through the electronic filing manager.

*/s/ Tarak Anada*
Tarak Anada

13

#110871711v3

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| **RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR,** | § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiffs,* | § § | |
| **VS.** | § § § | **122ND JUDICIAL DISTRICT COURT** |
| **AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER,** | § § § § | |
| *Defendants.* | § § | **GALVESTON COUNTY, TEXAS** |

## <u>ORDER GRANTING AIRBNB, INC.'S RULE 91 A MOTION TO DISMISS</u>

Before the Court is the Rule 91a Motion to Dismiss ("Motion") of Airbnb, Inc. ("Airbnb"). Having considered the Motion and briefing in connection therewith, the arguments of counsel, and the pleadings on file, the Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Rule 91a Motion to Dismiss filed by Defendant Airbnb is GRANTED, and that Plaintiffs' claims against them are DISMISSED with prejudice.

SIGNED this _____ day of _____, 2026.

_____
HONORABLE PRESIDING JUDGE

*Approved as to form and content:*


/s/ Avery B. Pardee_____
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel: 504-582-8000

1

#110939151v1

2

Fax: 504-589-8322
Email: apardee@joneswalker.com
        tanada@joneswalker.com
        emchard@joneswalker.com


*Attorneys for Airbnb, Inc*

2

#110939151v1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Callier on behalf of Avery Pardee
Bar No. 24146893
acallier@joneswalker.com
Envelope ID: 111824453
Filing Code Description: Motion to Dismiss
Filing Description: Deft. Airbnb's Alternative Rule 91a Motion to Dismiss
Status as of 2/27/2026 3:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 2/27/2026 3:10:16 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 2/27/2026 3:10:16 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 2/27/2026 3:10:16 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/27/2026 3:10:16 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 2/27/2026 3:10:16 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 2/27/2026 3:10:16 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/27/2026 3:10:16 PM | SENT |

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § § | |
| VS. | § § | 122ND JUDICIAL DISTRICT COURT |
| AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER, | § § § | |
| *Defendants.* | § § | GALVESTON COUNTY, TEXAS |

## ORDER GRANTING AIRBNB, INC.'S RULE 91 A MOTION TO DISMISS

Before the Court is the Rule 91a Motion to Dismiss ("Motion") of Airbnb, Inc. ("Airbnb"). Having considered the Motion and briefing in connection therewith, the arguments of counsel, and the pleadings on file, the Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Rule 91a Motion to Dismiss filed by Defendant Airbnb is GRANTED, and that Plaintiffs' claims against them are DISMISSED with prejudice.

SIGNED this _____ day of _____, 2026.

_____

HONORABLE PRESIDING JUDGE

*Approved as to form and content:*

/s/ Avery B. Pardee
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel: 504-582-8000

1

#110939151v1

2

Fax: 504-589-8322
Email: apardee@joneswalker.com
        tanada@joneswalker.com
        emchard@joneswalker.com


*Attorneys for Airbnb, Inc*

2

#110939151v1

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Angela Callier on behalf of Avery Pardee
Bar No. 24146893
acallier@joneswalker.com
Envelope ID: 111824739
Filing Code Description: Proposed Order
Filing Description: Order Granting Airbnb's Alternative Rule 91a Motion to Dismiss
Status as of 2/27/2026 3:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 2/27/2026 3:13:07 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 2/27/2026 3:13:07 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 2/27/2026 3:13:07 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 2/27/2026 3:13:07 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 2/27/2026 3:13:07 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 2/27/2026 3:13:07 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 2/27/2026 3:13:07 PM | SENT |

Filed: 3/3/2026 4:14 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 111955960
By: Shailja Dixit
3/3/2026 4:16 PM

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| VS. | § § § | 122ND JUDICIAL DISTRICT COURT |
| AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER, | § § § | |
| *Defendants.* | § § | GALVESTON COUNTY, TEXAS |

**REQUEST FOR HEARING**

Airbnb, Inc. hereby submits the following Request for Hearing:

1. Motion for which hearing requested: **Airbnb, Inc.'s Rule 91A Motion to Dismiss**

2. Amount of time requested for both sides to complete presentation**: 30 minutes**

3. Clerk's Order:

   a. Hearing will be: _____ Oral Argument _____ Submission Hearing

   b. The hearing can / cannot be held via remote methods (i.e. Zoom)

   c. Hearing will be held on: _____, 2026 at _____ a.m./p.m.

Dated: February 27, 2026.

Respectfully Submitted,

*/s/ Tarak Anada*
Avery B. Pardee (TX Bar No. 24146893)
Tarak Anada (TX Bar No. 24090576)
Erica R. McHard (TX Bar No. 24089213)
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    504-582-8000
Fax:    504-589-8322
Email: apardee@joneswalker.com
         tanada@joneswalker.com
         emchard@joneswalker.com
*Attorneys for Airbnb, Inc.*

1

#110983500v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and correct copy of this document and all exhibits, if any, was filed electronically pursuant to Rule 21 of the Texas Rules of Civil Procedure and service requested electronically to all counsel of record pursuant to Rule 21a through the electronic filing manager.

*/s/ Tarak Anada*
Tarak Anada

2

#110983500v1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Angela Callier on behalf of Tarak Anada
Bar No. 24090576
acallier@joneswalker.com
Envelope ID: 111955960
Filing Code Description: Request for Hearing
Filing Description: Requesting a hearing on Airbnb's previously filed
Motion to Dismiss
Status as of 3/3/2026 4:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 3/3/2026 4:14:35 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/3/2026 4:14:35 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/3/2026 4:14:35 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/3/2026 4:14:35 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/3/2026 4:14:35 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/3/2026 4:14:35 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/3/2026 4:14:35 PM | SENT |





## 122nd **Judicial District Court**

Galveston, County, Texas

### **Jeth Jones**
Judge

# NOTICE OF CASE SETTING/ACTION

March 09, 2026

AVERY F. PARDEE                    Email:
JONES WALKER LLP
811 MAIN STREET
SUITE 2900
HOUSTON TX 77002

CASE NUMBER:    26-CV-0119

CASE STYLE:    RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR VS. AIRBNB, INC., ET AL

DATE:    April 01, 2026

TIME:    10:30 AM

TYPE OF SETTING/ACTION: HEARING
 **It is the Movant's responsibility to give notice to all parties. Motion will not be heard without proof of notice.**

HEARING COMMENTS:    AIRBNB MOTION TO COMPEL ARBITRATION, RULE 91A MOTION TO DISMISS

FROM:    Becky Hernandez
         COURT ADMINISTRATOR
         122nd JUDICIAL DISTRICT COURT
         600 59TH ST, 3rd FLOOR
         GALVESTON, TX 77551
         (409) 766-2275



26 – CV – 0119
DCNOFCS
Notice — From Court of Setting Date
3145324

**CONFIDENTIALITY NOTE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately and we will arrange to retrieve the document from you.

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately and we will arrange to retrieve the document from you.

**Hernandez, Becky**

| | |
|---|---|
| **From:** | Hernandez, Becky |
| **To:** | tanada@joneswalker.com |
| **Subject:** | NOTICE OF ORAL HEARING (IN PERSON) 26CV0119 |
| **Attachments:** | 122nd Judicial District Court.pdf |

Thank you,

*Becky Hernandez, CCM*
122nd Judicial District Court
Court Coordinator for
Honorable Judge Jeth Jones
600 59th Street, Suite 3305
Galveston, Texas 77550
409.766.2275

1

CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR | § § § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § § | |
| v. | § § | 122ND JUDICIAL DISTRICT |
| AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER | § § § | |
| *Defendants.* | § § | GALVESTON COUNTY, TEXAS |

## ORDER DENYING DEFENDANT AIRBNB, INC.'S RULE 91A MOTION TO DISMISS

On this day, the Court considered Defendant Airbnb, Inc.'s Rule 91a Motion to Dismiss (the "Motion"). After considering the Motion, the pleadings, and the applicable law, the Court is of the opinion that the Motion should be **DENIED**.

IT IS THEREFORE ORDERED that Defendant Airbnb, Inc.'s Rule 91a Motion to Dismiss is **DENIED**.

Pursuant to Texas Rule of Civil Procedure 91a.7, the Court finds that Plaintiffs, as the prevailing party on the Motion, are entitled to recover their reasonable and necessary attorney's fees and costs incurred in addressing and appearing for hearing on Defendant Airbnb, Inc.'s Rule 91a Motion.

IT IS THEREFORE ORDERED that Plaintiffs are awarded attorney's fees in the amount of $3,500.00, representing reasonable and necessary attorney's fees incurred in addressing and appearing for hearing on Defendant Airbnb, Inc.'s Rule 91a Motion to Dismiss.

All relief not expressly granted herein is denied.

DATE SIGNED _____.

                                              _____

                                              **JUDGE PRESIDING**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennie Varnon on behalf of Christian Havens
Bar No. 24119469
jennie@havenslawpllc.com
Envelope ID: 112356735
Filing Code Description: Amended Petition
Filing Description: Plaintiffs' First Amended Petition
Status as of 3/12/2026 4:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |

Filed: 3/12/2026 3:23 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 112356735
By: Elissa Alvarado
3/12/2026 4:03 PM

## CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| **RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR** | § § § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § § | |
| **v.** | § § § | **122ND JUDICIAL DISTRICT** |
| **AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER** | § § § § | |
| *Defendants.* | § | **GALVESTON COUNTY, TEXAS** |

---

### PLAINTIFFS' FIRST AMENDED PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiffs, Rachel Snow and Robert Snow A.N.F. of S.S., a minor ("Plaintiffs"), and files this First Amended Petition, complaining of and about Airbnb, Inc., Sarah Fiehler, and Nicholas Fiehler ("Defendants"), and for cause of action would show unto the Court as follows:

### I.
### DISCOVERY CONTROL PLAN

1.      Plaintiffs intend to conduct discovery under Discovery Level 3, pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.  Pursuant to the Texas Rules of Civil Procedure 194.2, Defendants' initial disclosures are required to be made within thirty (30) days after the filing of the first answer or general appearance, unless a different time is set by the parties' agreement or Court order. Tex. R. Civ. P. 194.2.

---

**PLAINTIFFS' FIRST AMENDED PETITION – Page 1**

## II.
## PARTIES

2. Plaintiffs Rachel Snow and Robert Snow are residents of Tarrant County, Texas. Plaintiffs Rachel Snow and Robert Snow appear solely in their capacity as next friends of S.S., a minor, and assert no individual claims in this action.

3. Defendant, Airbnb, Inc., is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in San Francisco, California. Defendant conducts business in the State of Texas by, among other things, operating an online marketplace that facilitates short-term lodging transactions involving Texas properties, contracting with Texas residents and property owners, advertising and soliciting Texas consumers, processing payments arising from Texas transactions, and collecting fees in Texas. Defendant Airbnb, Inc., has failed to appoint or maintain a registered agent for service of process in the State of Texas, or its registered agent cannot with reasonable diligence be found. Accordingly, pursuant to Texas Business Organizations Code §§ 5.251 and 5.252 and Texas Civil Practice & Remedies Code § 17.044(b), Defendant is deemed to have appointed the Texas Secretary of State as its agent for service of process in this action.

4. Defendant, Sarah Fiehler, is an individual residing in, Texas who may be served at their place of residence located at **963 S. Cove Crystal Beach, Texas 77650** or wherever else they may be found.

5. Defendant, Nicholas Fiehler, is an individual residing in, Texas who may be served at their place of residence located at **963 S. Cove Crystal Beach, Texas 77650** or wherever else they may be found.

### III.
### JURISDICTION

6.      Jurisdiction in this Court is proper as the amount in controversy exceeds the minimal jurisdictional limits of this Court.

### IV.
### VENUE

7.      Venue is proper in Galveston County, Texas as it is the county Defendant resided at the time of the cause of action accrued or in which all or a substantial part of the events or omissions giving rise to the claim occurred.

### V.
### STATEMENT OF FACTS

8.      On or about Thursday, August 15, 2024, Plaintiff S.S., a minor, accompanied her parents and family friends on a vacation to Galveston County, Texas. At the time of the incident made the basis of this lawsuit, S.S. was four (4) years old. The group planned to stay at a short-term vacation rental property located at 963 S. Cove Dr., Crystal Beach, Texas 77650 (the "Property").

9.      The Property was offered for short-term rental through the online lodging marketplace operated by Defendant Airbnb, Inc. ("Airbnb"). Airbnb operates a commercial online platform through which property owners advertise short-term rental accommodations and travelers search for and book those accommodations.

10.      In order to list a property on Airbnb's platform, hosts must create a host account, verify identifying information, and submit detailed information regarding the property, including photographs, descriptions, amenities, and safety information concerning the property and its suitability for guest use. As part of the listing process, hosts are prompted to disclose and confirm safety features associated with the property, including items such as smoke alarms, carbon

monoxide detectors, fire extinguishers, and other safety devices. Airbnb publishes these safety disclosures and other listing information through its website and mobile application so that travelers may review a property's amenities and safety features when deciding whether to book a stay.

11.    Airbnb knows that travelers rely on the photographs, descriptions, amenities, and safety information displayed on its platform when selecting accommodations. Airbnb requires hosts to provide this information as part of the listing process and retains the ability to modify, suspend, or remove listings that fail to comply with its platform standards.

12.    Airbnb organizes and presents listings to potential guests through search results and listing pages that display photographs, descriptions, amenities, and other information about the property. Airbnb derives financial benefit from reservations made through its platform by charging service fees and processing payments associated with bookings.

13.    Airbnb facilitates and controls the booking and payment transaction between hosts and guests through its platform. Guests seeking accommodations must complete the reservation and payment process through Airbnb's system, and Airbnb collects service fees associated with the booking. Airbnb profits directly from each reservation made through its platform and markets its services to consumers as a means of locating and booking suitable accommodations.

14.    The Property was listed on Airbnb's platform by Defendants Nicholas Fiehler and Sarah Fiehler (the "Fiehler Defendants"), who owned, maintained, and controlled the Property and its furnishings.

15.    The reservation for the Property was made through Airbnb under the name Sarah "Katie" Griffin (confirmation number HMC92ZZCZQ) for the dates August 15, 2024 through August 19, 2024.

16.     The listing for the Property on Airbnb's platform included photographs, descriptions, amenities, and other representations regarding the suitability of the Property for guest use. This information was published and distributed by Airbnb through its platform to potential guests searching for accommodations in the Galveston area.

17.     Through the Airbnb booking process, the Fiehler Defendants were notified of the guests who would be staying at the Property during the reserved rental period.

18.     Plaintiff S.S. was present at the Property as a guest during the rental period.

19.     On or about Sunday, August 18, 2024, at approximately 8:30 a.m., S.S. and her family members went outside to the backyard area of the Property. The backyard contained a seating area consisting of multiple chairs arranged around a metal coffee table containing a fire pit. This seating area and furniture were provided by Defendants for guest use.

20.     As S.S. sat down in one of the chairs in a normal and expected manner, the chair suddenly became unstable and tipped forward, lifting its rear legs off the ground. As a result, S.S. was thrown forward and struck her face against the metal coffee table positioned in front of the chair.

21.     After the incident, the chair was inspected and observed to have a warped and bent base, which is designed to stabilize the chair and keep it secure to the ground. The warped and bent base rendered the chair unstable and unsafe for normal use. The defective chair constituted an unreasonably dangerous condition. The condition was not open or obvious, particularly to a four-year-old child using the chair in a normal and expected manner.



22.    The impact caused S.S. to strike the metal coffee table with such force that her front

teeth left visible indentations in the metal surface.



23.     Immediately following the incident, S.S. began screaming as blood poured from her mouth. Upon examination, it was discovered that her front teeth had been forcibly displaced and were hanging from her gums. S.S. required immediate emergency medical care as a result of the injuries caused by the defective chair.

24.     The dangerous condition of the chair existed prior to Plaintiff's arrival and would have been discovered through reasonable inspection and maintenance of the Property and its furnishings.

25.     The Fiehler Defendants knew or should have known of the dangerous condition and failed to repair, replace, or remove the defective furniture before allowing guests to use it.

26.     Airbnb facilitated the reservation and payment transaction for the Property through its platform, collected service fees associated with the booking, and published and distributed the listing information for the Property—including photographs, descriptions, amenities, and safety disclosures—to potential guests.

## VI.
## CAUSE OF ACTION

**A.     Negligence – Fiehler Defendants**

27.     All preceding and succeeding paragraphs are incorporated herein by reference.

28.     Defendants Nicholas Fiehler and Sarah Fiehler owned, maintained, and controlled the Property and its furnishings.

29.     The Fiehler Defendants owed Plaintiff a duty to exercise ordinary care to maintain the Property and its furnishings in a reasonably safe condition for guests lawfully on the premises.

30.     The Fiehler Defendants breached that duty by, among other things:

    a.   Failing to inspect outdoor furniture provided for guest use;

    b.   Allowing warped or structurally defective furniture to remain in use;

**PLAINTIFFS' FIRST AMENDED PETITION – Page 7**

    c.   Failing to repair or replace unsafe furniture;

    d.   Failing to remove unsafe furniture from guest use; and

    e.   Failing to warn guests of dangerous conditions.

31.    The Fiehler Defendants knew or should have known of the dangerous condition through reasonable inspection of the Property and its furnishings.

32.    These breaches proximately caused the injuries suffered by Plaintiff S.S.

**B.**    **Premises Liability – Fiehler Defendants**

33.    All preceding and succeeding paragraphs are incorporated herein by reference.

34.    Plaintiff S.S. was an invitee lawfully present on the Property.

35.    The defective chair constituted an unreasonably dangerous condition on the premises.

36.    The Fiehler Defendants knew or should have known of the condition through reasonable inspection.

37.    The Fiehler Defendants failed to exercise reasonable care to reduce or eliminate the risk posed by the dangerous condition.

38.    This failure proximately caused Plaintiff's injuries.

**C.**    **Negligence – Defendant Airbnb**

39.    All preceding and succeeding paragraphs are incorporated herein by reference.

40.    Defendant Airbnb operates an online lodging marketplace through which property owners advertise accommodations and travelers search for and book those accommodations.

41.    Airbnb collects, organizes, publishes, and distributes information regarding properties listed on its platform, including photographs, descriptions, amenities, safety disclosures, and other information concerning the suitability of the property for guest use.

42.     Airbnb knows that travelers rely on the information presented on its platform when deciding whether to book a property.

43.     By collecting, organizing, and publishing listing information for the purpose of guiding travelers in selecting accommodations, Airbnb owed a duty to exercise reasonable care in supplying information to consumers regarding properties offered through its platform.

44.     Airbnb breached this duty by, among other things:

a.  Publishing and distributing information regarding the Property—including photographs, descriptions, amenities, and safety disclosures—without exercising reasonable care to ensure that the information accurately represented accommodations that were reasonably safe for guest use;

b.  Representing through its platform that the Property and its furnishings were suitable for guest occupancy while failing to exercise reasonable care in communicating information upon which travelers would foreseeably rely; and

c.  Failing to exercise reasonable care in supplying information regarding the Property for the guidance of travelers selecting accommodations through Airbnb's platform.

45.     Airbnb's conduct was a proximate cause of Plaintiff S.S.'s injuries.

**D.      Negligent Misrepresentation – Defendant Airbnb**

46.     All preceding and succeeding paragraphs are incorporated herein by reference.

47.     In the course of its business and in a transaction in which it had a pecuniary interest, Defendant Airbnb supplied information to travelers and guests for their guidance in selecting accommodations.

48. Through the listing for the Property on its platform, including photographs, descriptions, amenities, and other information presented on the listing page, Airbnb represented that the Property and its furnishings were suitable for guest use and occupancy.

49. These representations conveyed false information because the Property contained unsafe and defective furniture, including the unstable chair described herein.

50. Airbnb failed to exercise reasonable care or competence in obtaining or communicating this information.

51. Plaintiff relied upon these representations when selecting and staying at the Property.

52. Plaintiff suffered damages as a result.

**E.** **Negligent Undertaking – Defendant Airbnb**

53. All preceding and succeeding paragraphs are incorporated herein by reference.

54. Defendant Airbnb undertook to collect, organize, publish, and distribute information regarding properties listed on its platform, including photographs, descriptions, amenities, and safety disclosures, for the purpose of guiding travelers and consumers in selecting accommodations.

55. Airbnb knew that travelers rely upon the information presented through its platform when deciding whether to book and stay at a property.

56. By undertaking to provide this information and to facilitate the booking of accommodations through its platform, Airbnb assumed a duty to exercise reasonable care in performing those services.

57. Airbnb breached that duty by failing to exercise reasonable care in collecting, organizing, and publishing information regarding the Property, including failing to exercise

reasonable care in communicating photographs, descriptions, amenities, and safety disclosures concerning the safety and suitability of the accommodations offered for guest use.

58.     Plaintiff relied upon the information provided through Airbnb's platform when selecting and staying at the Property.

59.     Airbnb's failure to exercise reasonable care in performing its undertaking increased the risk of harm to Plaintiff and was a proximate cause of Plaintiff's injuries and damages.

**F.     Texas Deceptive Trade Practices Act – Defendant Airbnb**

60.     All preceding and succeeding paragraphs are incorporated herein by reference.

61.     Plaintiff S.S., through her next friends, is a consumer within the meaning of the Texas Deceptive Trade Practices Act because Plaintiff sought or acquired services from Defendant Airbnb, including the use of Airbnb's online marketplace and booking services for short-term lodging accommodations.

62.     Airbnb is engaged in trade and commerce as defined by the Texas Deceptive Trade Practices Act.

63.     Through its website and booking platform, Airbnb represented to travelers and guests that properties listed on its platform were suitable for guest occupancy and accurately described through photographs, amenities, and other information presented in the listing.

64.     Airbnb further represented that the Property offered through its platform was appropriate for guest use and occupancy.

65.     These representations were false, misleading, or deceptive because the Property contained unsafe and defective furnishings, including the unstable chair described herein.

66.     Airbnb's acts constitute false, misleading, or deceptive acts or practices in violation of Tex. Bus. & Com. Code §17.46(b), including but not limited to:

a.  representing that goods or services had characteristics, uses, or benefits that they did not have;

b.  representing that goods or services were of a particular standard, quality, or grade when they were not; and

c.  failing to disclose information concerning goods or services known at the time of the transaction with the intent to induce the consumer into a transaction that the consumer would not have entered had the information been disclosed.

67.  Airbnb knew that consumers rely on the representations and information presented through its platform when selecting accommodations.

68.  Plaintiff relied upon the representations and omissions described above in selecting and staying at the Property.

69.  Airbnb's deceptive acts and practices were a producing cause of Plaintiff's injuries and damages.

70.  Plaintiff seeks all relief available under the Texas Deceptive Trade Practices Act, including economic damages, additional damages where permitted by law, attorneys' fees, and costs.

## VII.
## DAMAGES

71.  As a direct and proximate result of the occurrence made the basis of this lawsuit, and the negligent acts and/or omissions of the Defendants set out above, Plaintiffs suffered serious bodily injuries that resulted in personal physical injuries and damages. Because of the nature of the personal physical injuries sustained by S.S., they are entitled to monetary compensation for damages as set out further below, which have been incurred in the past and, in all reasonable probability, will be sustained in the future.

a.      Reasonable expenses for necessary medical care incurred in the past for the treatment of S.S.'s injuries resulting from the incident complained herein. Such charges are reasonable and were usual and customary charges for such services;

b.      Reasonable expenses of necessary medical care that continues and, in all reasonable probability, S.S. will incur in the future, including the reasonable and necessary expenses for medical care, services, and treatment of her injuries resulting from the incident complained of herein;

c.      Physical pain and mental anguish sustained by the S.S. in the past;

d.      Physical pain and mental anguish that, in reasonable probability, will be sustained by in the future;

e.      Physical impairment sustained by in the past;

f.      Physical impairment that, in reasonable probability, will be sustained by in the future;

g.      Disfigurement sustained by S.S. in the past; and

h.      Disfigurement that, in reasonable probability, S.S. will sustain in the future.

## VIII.
## PRE-JUDGMENT and POST-JUDGMENT INTEREST SOUGHT

72.      Plaintiffs seek pre-judgment and post-judgment interest as allowed by the laws of the State of Texas.

## IX.
## RULE 193.7 NOTICE

73.      Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby gives actual notice to Defendant that any and all documents produced may be used against the

**PLAINTIFFS' FIRST AMENDED PETITION – Page 13**

Defendant at any pre-trial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## X.
## TRCP RULE 47 STATEMENT OF RELIEF SOUGHT

74.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs states that they seek monetary relief from $250,000 to $1,000,000, excluding interest, or statutory or punitive damages and penalties, and attorney's fees and costs. Plaintiffs expressly reserve the right to amend this Rule 47 statement of relief if necessary.

## XI.
## JURY DEMAND

75.    Plaintiffs hereby demand a jury trial in connection with this matter pursuant to Texas Rule of Civil Procedure 216 and are paid with the filing of Plaintiffs' Original Petition as payment of the jury.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request that Defendants be cited to appear and answer herein, and upon final hearing of the cause, judgment be entered against Defendants for Plaintiffs' damages in an amount within the jurisdictional limits of this Court, together with pre-judgment interest from the date of Plaintiffs' injury through the date of judgment at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and for such other and further relief, in law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully Submitted,


**HAVENS LAW, PLLC**

/s/ Christian Havens
**Christian Havens**
Texas Bar No. 24119469
christian@havenslawpllc.com
6301 Gaston Ave., Ste. 1134
Dallas, Texas 75204
P. (214) 614-7080
F. (214) 306-7880

**ATTORNEY FOR PLAINTIFFS**


## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 12, 2026 a true and correct copy of the foregoing instrument was served on all counsel of record pursuant to the Texas Rules of Civil Procedure.

/s/ Christian Havens
Christian Havens

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennie Varnon on behalf of Christian Havens
Bar No. 24119469
jennie@havenslawpllc.com
Envelope ID: 112356735
Filing Code Description: Amended Petition
Filing Description: Plaintiffs' First Amended Petition
Status as of 3/12/2026 4:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tarak Anada | | tanada@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/12/2026 3:23:53 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/12/2026 3:23:53 PM | SENT |

Filed: 3/13/2026 4:07 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 112415060
By: Shailja Dixit
3/13/2026 4:12 PM

## CITATION

### THE STATE OF TEXAS

RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR
VS. AIRBNB, INC., ET AL

Cause No.: 26-CV-0119

122nd District Court of Galveston County

TO:    Sarah Fiehler
       963 S Cove
       Crystal Beach, TX 77650

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the 122nd District Court of Galveston County sitting in Galveston, Texas, and the Original Petition - OCA was filed January 21, 2026. It bears cause number 26-CV-0119 and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the 22nd day of January, 2026.

Issued at the request of:
Christian Havens
Havens Law PLLC
6301 Gaston Avenue
Suite 1134
Dallas, TX 75204



John D. Kinard, District Clerk
Galveston County, Texas

By    Alondra Alvarez, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice<br>Please calendar this event | | | | |
|---|---|---|---|---|
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
| Court Name | Status Conference Time | Court Phone Number | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409-766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :04/23/2026 set in the 122nd District Court - Judge Jeth Jones

## RETURN OF SERVICE

| Case No: 26-CV-0119 | In the 122nd District Court |
| --- | --- |

Rachel Snow and Robert Snow A.N.F. of S.S., a minor vs. Airbnb, Inc., Et Al

Come to hand on *February 20, 2026* at *4:41* o'clock *p* .m., and executed in *ST. LOUIS* County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, *MO* together with the accompanying copy of the Original Petition - OCA at the following times and places, to wit:

To:   Sarah Fiehler
      963 S Cove
      Crystal Beach, TX 77650

**SERVED:**     **ADDRESS/LOCATION**

| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| --- | --- | --- | --- |
| 3/3/2026 | 1:51 p.m. | 418 Indian Hills Court, Ballwin, mo 63021 | |
| | | | |
| | | | |

and NOT executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the cause or failure to execute this process is for the following

reason: _____

| FEES: Serving CITATION and copy  $ _____ | Mileage _____ miles @ $ _____ per mile   Total $ _____ |
| --- | --- |
| TOTAL FEES AND MILEAGE $ | |

Signed on _____ day of _____, 20___    **Officer**

    **County, TX**

    **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with rule 107 (c).The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.

"My name is *Douglas*   *Charles*   *Shaw*, my date of birth is *7/28/1964*
   (First)      (Middle)      (Last)

And my address is: *15923 Forest Valley Drive Ballwin MO 63021*
       Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in *ST. LOUIS* County, State of *MISSOURI*, on *March 3, 2026*.

| Declarant/Authorized Process Server Signature | ID# and expiration of certification |
| --- | --- |
| *Douglas Charles Shaw* | *NA* |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 112415060
Filing Code Description: Return of Service on Citation/Subpoena
Filing Description: ROS-SARAH FIEHLER
Status as of 3/13/2026 4:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tarak Anada | | tanada@joneswalker.com | 3/13/2026 4:07:51 PM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/13/2026 4:07:51 PM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 4:07:51 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/13/2026 4:07:51 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/13/2026 4:07:51 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/13/2026 4:07:51 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/13/2026 4:07:51 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/13/2026 4:07:51 PM | SENT |

Filed: 3/13/2026 4:12 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 112415479
By: Shailja Dixit
3/13/2026 4:13 PM

## CITATION

### THE STATE OF TEXAS

RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S., A MINOR
VS: AIRBNB, INC., ET AL

Cause No.: 26-CV-0119

122nd District Court of Galveston County

TO:     Nicholas Fiehler
963 S Cove
Crystal Beach, TX 77650

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the 122nd District Court of Galveston County sitting in Galveston, Texas, and the Original Petition - OCA was filed January 21, 2026. It bears cause number 26-CV-0119 and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the 22nd day of January, 2026.

Issued at the request of:
Christian Havens
Havens Law PLLC.
6301 Gaston Avenue
Suite 1134
Dallas, TX 75204.



John D. Kinard, District Clerk
Galveston County, Texas

By     Alondra Alvarez, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice |||||
|---|---|---|---|---|
| **Please calendar this event** |||||
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) |||||
| Court Name | Status Conference Time | Court Phone Number || |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409-766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :04/23/2026 set in the 122nd District Court - Judge Jeth Jones

## RETURN OF SERVICE

| Case No. 26-CV-0119 | In the 122nd District Court |
|---|---|

Rachel Snow and Robert Snow A.N.F. of S.S., a minor vs. Airbnb, Inc., Et Al.

Come to hand on _February 20, 2026_ at _4:41_ o'clock _p_ .m., and executed in _St. Louis_ County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

To:   Nicholas Fiehler
      963 S Cove
      Crystal Beach, TX  77650

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| 3/5/2026 | 5:39pm | 418 Indian Hills court, Ballwin, MO 63021 | |
| | | | |
| | | | |

and NOT executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the cause or failure to execute this process is for the following

reason:_____

| FEES: Serving CITATION and copy $_____ | |
|---|---|
| TOTAL FEES AND MILEAGE $ | Mileage _____ miles @ $_____ per mile   Total $ _____ |

Signed on _____ day of _____ , 20 _____                              **Officer**

                                                                          **County, TX**

                                                      **Deputy /Officer Signature**

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with rule 107 (c).The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _Douglas_   _Charles_   _Shaw_ , my date of birth is _7/28/1964_
         (First)        (Middle)        (Last)

And my address is _15923 Forest Valley Drive Ballwin MO 63021_
                  Street, City, State, Zip, County

"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _St. Louis_   County, State of _Missouri_ , on _3/5/2026_ .

| Declarant/Authorized Process Server Signature | ID# and expiration of certification |
|---|---|
| _Douglas Charles Shaw_ | NA |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 112415479
Filing Code Description: Return of Service on Citation/Subpoena
Filing Description: ROS - NICHOLAS FIEHLER
Status as of 3/13/2026 4:13 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 3/13/2026 4:12:14 PM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/13/2026 4:12:14 PM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 4:12:14 PM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/13/2026 4:12:14 PM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/13/2026 4:12:14 PM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/13/2026 4:12:14 PM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/13/2026 4:12:14 PM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/13/2026 4:12:14 PM | SENT |

Filed 3/13/2026 10:11 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 112384792
By: Shailja Dixit
3/13/2026 10:18 AM

## CAUSE NO. 26-CV-0119

| | | |
|---|---|---|
| **RACHEL SNOW AND ROBERT SNOW A.N.F. OF S.S. A MINOR** | § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | |
| v. | § | |
| | § | **122nd DISTRICT COURT** |
| **AIRBNB, INC., SARAH FIEHLER, AND NICHOLAS FIEHLER** | § § § | |
| | § | **GALVESTON COUNTY, TEXAS** |
| **Defendants.** | § | |

## DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Sarah Fiehler and Nicholas Fiehler ("**Defendants**") answer Rachel Snow and Robert Snow A.N.F. of S.S. A Minor's ("**Plaintiffs**") First Amended Petition and assert affirmative defenses as follows:

### I.    GENERAL DENIAL

1.    Defendants generally deny Plaintiff's claims and demand strict proof thereof by the preponderance of credible evidence, if Plaintiff can do so.

### III.    AFFIRMATIVE DEFENSES

2.    Plaintiff's claims fail, in whole or in part, because Plaintiff failed to state a claim upon which relief may be granted.

3.    Plaintiff's claims fail, in whole or in part, because Plaintiff or Plaintiff's parents or other third parties were the sole cause (i.e., the sole proximate cause and/or sole producing cause) of Plaintiff's alleged injuries and/or damages, if any. No act or omission by Defendants was a proximate cause of any alleged injury to Plaintiff.

4.    Plaintiff's claims fail, in whole or in part, because a new and independent cause (i.e., an act or omission of a separate and independent agency which was not reasonably

---

foreseeable) destroyed the causal connection, if any, between Plaintiff's alleged injuries and/or damages, if any, and the acts and/or omissions of the Defendants, if any.

5.      Plaintiff's claims fail, in whole or in part, because Defendants do not have actual or constructive knowledge of the alleged premises defect, if any.

6.      Plaintiff's claims fail, in whole or in part, because the alleged premises defect, if any, did not present an unreasonable risk of harm.

7.      Any condition alleged to have caused Plaintiff's injuries was open and obvious to a reasonable person exercising ordinary care for Plaintiff's own safety, thereby negating any duty to warn.

8.      Plaintiff's claims fail, in whole or in part, to the extent waiver, estoppel, ratification, privilege, accord and satisfaction, and consent bar them.

9.      Plaintiff's claims fail, in whole or in part, because Plaintiff has unclean hands.

10.      Plaintiff's claims fail, in whole or in part, because Plaintiff failed to mitigate damages, if any.

11.      Defendants affirmatively assert that Plaintiff's bodily injuries and/or their other damages and losses, if any, were the result of an unavoidable accident not caused by any act or omission by the defendants.

12.      Defendants assert that this action is barred in whole or in part by the contributory negligence of the Plaintiff, Plaintiff's parents, or third parties under the applicable provision of law. Any injuries or damages allegedly sustained by Plaintiff were caused, in whole or in part, by the negligence or fault of Plaintiff's parents, including but not limited to the failure to properly supervise the minor child S.S. Any recovery by Plaintiff should be reduced in proportion to the percentage of responsibility attributable to Plaintiff and/or third parties pursuant to Chapter 33 of

the Texas Civil Practice and Remedies Code.

13.    Plaintiff's claims fail, in whole or in part, by the statute of limitations, statute of repose, and/or laches.

14.    Plaintiff's claims fail, in whole or in part, because Plaintiff is proportionately responsible for any damages claimed, if any. Should Plaintiff prove any damages, the Defendants hereby invoke Texas Civil Practice & Remedies Code Chapter 33 and requests the trier of fact determine the proportion of responsibility for said damages by Plaintiff, any other party to this suit, and any responsible third party, and to grant judgment against the Defendants, if at all, for only those damages for which the Defendants are found to be proportionately responsible, if any, and as reduced by all settlement amounts.  Moreover, if Plaintiff is found more than 50 percent responsible, Plaintiff may not recover any damages in this lawsuit.

15.    Defendants are entitled to an offset against any damages awarded to Plaintiff, including defendants' attorneys' fees incurred in this suit, and amounts recovered pursuant to the settlement of any claims related to this matter.

16.    Defendants invoke Texas Civil Practice and Remedies Code 41.0105 and request that, to the extent Plaintiff seeks recovery of their medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid by or on behalf of Plaintiff, as opposed to the amount charged.

17.    Plaintiff's claims are barred or limited by the doctrine of express assumption of risk. By booking and accepting the reservation for the subject property, Plaintiff's parents, Rachel Snow and Robert Snow, expressly agreed that "all renters are expressly assuming the risk of any harm arising from their use of the premises or others whom they invite to use the premises." Plaintiff, as a person invited to use the premises by the renters, is bound by this express assumption of risk.

18.     Plaintiff's claims are barred or limited by a valid release and waiver of liability. The rental terms for the subject property, which were accepted by Plaintiff's parents upon booking the reservation, expressly stated that "[t]he owners are not responsible for any accidents, injuries or illnesses that occur while on the premises, nor are the owners responsible for loss or damage of personal property of renters." Acceptance of the reservation constituted agreement to these terms.

19.     Plaintiff's claims are barred or limited by the contractual terms governing the use of the premises. The rental listing expressly stated that "[y]our reservation implies that you agree to these terms," and Plaintiff's parents accepted these terms by completing the reservation. Defendants are entitled to enforce the liability limitations contained therein.

20.     Further, without waiving the foregoing and for further answer, if such should be necessary, the Defendants would show that Plaintiff suffered from a "preexisting condition" as that concept is known and understood in law, and that the Defendants are not responsible to compensate Plaintiff for any such pre-existing condition.

## IV.     NOTICES

16.     Pursuant to Texas Rule of Civil Procedure 193.7, Defendants give notice to all parties that any and all documents produced in response to written discovery may be used against the producing party at any pretrial proceeding and/or at trial of this matter without the necessity of authenticating documents.

17.     Defendants respectfully reserve the right at this time to amend their pleadings after they have had the opportunity to investigate more closely these claims, as is the right and privilege of said defendant under the Rules of Civil Procedure and the laws of the State of Texas.

Case 3:26-cv-00082   Document 1-2   Filed 03/16/26 in TXSD   Page 240 of 242

## V.     RULE 194 DISCLOSURES REQUIRED

18.     Plaintiff is required to disclose to the Defendants the information and materials required by Texas Rule of Civil Procedure 194.

## VI.     PRAYER

Defendants request that this court enter a judgment that Plaintiff take nothing by this suit and the Defendants will be awarded any and all relief to which they are justly entitled.

Date: March 13, 2026

Respectfully submitted,

   */s/ Jessica A. Riley*
Jessica A. Riley, SBN: 24102416
--*Attorney in charge*
HINSHAW & CULBERTSON LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
Telephone: 945.229.6390
Facsimile:  312.704.3001
jriley@hinshawlaw.com

**ATTORNEYS FOR DEFENDANTS SARAH FIEHLER AND NICHOLAS FIEHLER**

**DEFENDANTS' ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**     **Page 5 of 6**
26-cv-0119; *Rachel Snow and Robert Snow a.n.f. of S.S. a minor v. AirBnb, Inc., et al.*

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of this document was served on March 13, 2026 as follows:

Christian Havens
Havens Law, PLLC
6301 Gaston Avenue, Suite 1134
Dallas, TX 75204
christian@havenslawpllc.com
*Attorney for Plaintiffs*
<u>**VIA TEXFILE**</u>

Avery B. Pardee
Tarak Anada
Erica R. McHard
Jones Walker LLP
811 Main Street,
Suite 2900 Houston, Texas 77002
Tel: 504-582-8000
Fax: 504-589-8322
Email: apardee@joneswalker.com
tanada@joneswalker.com
emchard@joneswalker.com
*Attorneys for Defendant Airbnb, Inc*
<u>**VIA TEXFILE**</u>

    */s/ Jessica A. Riley*
Jessica A. Riley

---

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Linda Weaver on behalf of Jessica Riley
Bar No. 24102416
lweaver@hinshawlaw.com
Envelope ID: 112384792
Filing Code Description: Original Answer
Filing Description: Fiehler Deft's Original Answer and Affirmative Defenses
Status as of 3/13/2026 10:19 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tarak Anada | | tanada@joneswalker.com | 3/13/2026 10:11:08 AM | SENT |
| Angela Callier | | acallier@joneswalker.com | 3/13/2026 10:11:08 AM | SENT |
| Christian Havens | | christian@havenslawpllc.com | 3/13/2026 10:11:08 AM | SENT |
| Candice Soriano | | candice@havenslawpllc.com | 3/13/2026 10:11:08 AM | SENT |
| Erica R.McHard | | emchard@joneswalker.com | 3/13/2026 10:11:08 AM | SENT |
| Avery B.Pardee | | apardee@joneswalker.com | 3/13/2026 10:11:08 AM | SENT |
| Jennie Varnon | | jennie@havenslawpllc.com | 3/13/2026 10:11:08 AM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |
| Linda Weaver | | lweaver@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |
| Jessica Riley | | jriley@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |
| Sierra Garcia | | sgarcia@hinshawlaw.com | 3/13/2026 10:11:08 AM | SENT |